**FLANGAS LAW GROUP**
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAIME R. MORENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>Defendants. | Case No: 2:23-cv-00470-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Jaime R. Moreno ("Plaintiff") and Defendants Marathon Digital Holdings, Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher, by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff commenced the above-captioned action (the "Action") on March 30, 2023.

2. On June 7, 2023, the undersigned counsel for Defendants were authorized to and did waive service of the summons and the Complaint in the Action on behalf of Defendants, provided, however, that waiver of service and entry into this stipulation shall not waive or prejudice any, and Defendants expressly preserve all, rights, claims, and defenses including, but not limited to, all defenses relating to jurisdiction and venue, except a defense as to the sufficiency of service of the summons and Complaint and the form or sufficiency of the summons.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), Defendants would be required to file and serve an answer or a motion by August 7, 2023.

4. This putative class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 77z-1, *et seq*.

5. The PSLRA requires that no later than 20 days after a complaint is filed, the plaintiff must publish a notice, advising members of the purported plaintiff class, the pendency of the action, the claims asserted therein and the purported class period (15 U.S.C. § 77z-1 (a)(3)(A)).

6. On March 30, 2023, Plaintiff issued a press release pursuant to the PSLRA on Globe Newswire, a national wire service, advising purported class members of the pendency of the Action, the claims asserted in the Action, and the purported class period alleged in the Action, as well as that any motion for appointment of lead plaintiff must be filed no later than May 29, 2023 (60 calendar days from the issuance of the press release).

7. The PSLRA provides that following the expiration of the 60-day notice period, the Court will address consolidation of all related actions, the appointment of a lead plaintiff, and the lead plaintiff's retention of lead counsel (15 U.S.C. § 77z-1(a)(3)).

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel, that Defendants' time to answer, move, or otherwise respond to the Complaint is stayed pending the Court's appointment of a lead plaintiff and lead counsel for lead plaintiff.

Dated this 7th day of June, 2023

**FLANGAS LAW GROUP**
*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.  (NBN 8675)
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
E-mail: kps@fdlawlv.com

**WEIL, GOTSHAL & MANGES LLP**
JONATHAN D. POLKES
(*pro hac vice* application forthcoming)
CAROLINE HICKEY ZALKA
(*pro hac vice* application forthcoming)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: jonathan.polkes@weil.com
E-mail: caroline.zalka@weil.com

*Attorneys for Defendants Marathon Digital Holdings, Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher*

**MUEHLBAUER LAW OFFICE, LTD.**
*/s/ Andrew R. Muehlbauer*
ANDREW R. MUEHLBAUER, ESQ.
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
E-mail: andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
E-mail: jalieberman@pomlaw.com
E-mail: ahood@pomlaw.com

*Attorneys for Plaintiff Jaime R. Moreno*

**ORDER**

IT IS SO ORDERED that:

1. Defendants' time to answer, move, or otherwise respond to the Complaint is stayed pending the Court's appointment of a lead plaintiff and lead counsel for lead plaintiff.

2. Defendants' shall respond to the Complaint within twenty-one (21) days of a decision on the pending motions for appointment of lead plaintiff and lead counsel for lead plaintiff.

DATED this 9th day of June 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE