**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara
311 East Liberty St.
Reno, Nevada 89501
Tel: 775-323-1321
Fax: 775-323-4082
Email: david@omaralaw.net

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Movant James R. Lax*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAIME R. MORENO, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>         Defendants. | Case No. 2:23-cv-00470-RFB-DJA<br><br>**SUPPLEMENTAL DECLARATION OF DAVID C. O'MARA IN SUPPORT OF JAMES R. LAX'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, DAVID C. O'MARA hereby declare that:

1.      I am a member in good standing of the Bar of this Court, and a partner in the law firm of The O'Mara Law Firm, P.C., liaison counsel for proposed Lead Plaintiff Movant James R. Lax ("Movant").

2.      I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Attached hereto as Exhibit A and Exhibit B are spreadsheets that provide an analysis of movants Todd Langer and Kevin Clark's purported transactions in Marathon Digital Holdings, Inc. securities, respectively. The spreadsheets contain the transactions reported by Mr. Langer and Mr. Clark in their motions and specify which of the transactions resulted in a causally related loss.

4.      Mr. Langer and Mr. Clark's transactions in the attached spreadsheets are color-coded as follows. Transactions that did not result in a recoverable loss are highlighted in yellow. The highlighting appears as follows:

| Types of Transaction | Coding Color Scheme | | | |
|---|---|---|---|---|
| Transactions resulting in unrecoverable loss | 02-09-2022 | 1700 | 28.024 | $ 47 |
| | 02-22-2022 | 2200 | 22.75 | $ 50 |
| | 04-14-2022 | 2800 | 21.2999 | $ 59 |

5.      The "Summary of Financial Interest" in each spreadsheet reflects the correct recoverable loss amounts.

//

//

//

//

//

(*continued on following page*)

2

6.    As demonstrated in the attached spreadsheets, Mr. Langer has a net gain of $24,204.60, and Mr. Clark has a net gain of $28,715.58.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2023                        Respectfully submitted,

                                            **THE O'MARA LAW FIRM, P.C.**

                                            */s/ David C. O'Mara*
                                            David C. O'Mara
                                            311 East Liberty St.
                                            Reno, Nevada 89501
                                            Tel: 775-323-1321
                                            Fax: 775-323-4082
                                            Email: david@omaralaw.net

                                            *Liaison Counsel for James R. Lax and [Proposed]*
                                            *Liaison Counsel for the Class*

                                            **LEVI & KORSINSKY, LLP**
                                            Adam M. Apton
                                            55 Broadway, 4th Floor
                                            New York, NY 10006
                                            Tel: (212) 363-7500
                                            Fax: (212) 363-7171
                                            Email: aapton@zlk.com

                                            *Lead Counsel for James R. Lax and [Proposed]*
                                            *Lead Counsel for the Class*

SUPPLEMENTAL DECLARATION OF DAVID C. O'MARA
NO. 2:23-cv-00470-RFB-DJA

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2023, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ David C. O'Mara
David C. O'Mara

SUPPLEMENTAL DECLARATION OF DAVID C. O'MARA
NO. 2:23-cv-00470-RFB-DJA

INDEX OF EXHIBITS

| Exh No. | Description | Pages |
|---------|-------------|-------|
| A | Summary of Financial Interest (Todd Langer) | 5 |
| B | Summary of Financial Interest (Kevin Clark) | 2 |

SUPPLEMENTAL DECLARATION OF DAVID C. O'MARA
NO. 2:23-cv-00470-RFB-DJA