# EXHIBIT A

| Client Name | Todd Langer - Pomerantz/Schall |
|---|---|
| Company Name | Marathon Digital Holdings, Inc. |
| Ticker Symbol | MARA |
| Security Type | |
| Class Period Start | 05-10-2021 |
| Class Period End | 02-28-2023 |
| 90-DAY Lookback Period Start | 03-01-2023 |
| 90-DAY Lookback Period End | 05-29-2023 |
| 90-DAY Lookback Average | $ 08.70 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| DURA LIFO* Total | ($20,300.60) |

**Todd Langer**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-10-2021 | 50 | 66.41 | $ 3,320.50 | 06-30-2022 | 50 | | $ 05.37 | $ 268.50 | - | - | - | $ 08.70 | | $ 3,052.00 | |
| 11-10-2021 | 100 | 69.5 | $ 6,950.00 | 06-30-2022 | 100 | | $ 05.37 | $ 537.00 | - | - | - | $ 08.70 | | $ 6,413.00 | |
| 11-10-2021 | 100 | 69.8 | $ 6,980.00 | 06-30-2022 | 100 | | $ 05.37 | $ 537.00 | - | - | - | $ 08.70 | | $ 6,443.00 | |
| 11-15-2021 | 250 | 69.08 | $ 17,270.00 | 06-30-2022 | 250 | | $ 05.37 | $ 1,342.50 | - | - | - | $ 08.70 | | $ 15,927.50 | |
| 11-15-2021 | 250 | 73.75 | $ 18,437.50 | 06-30-2022 | 250 | | $ 05.37 | $ 1,342.50 | - | - | - | $ 08.70 | | $ 17,095.00 | |
| 12-13-2021 | 100 | 36.99 | $ 3,699.00 | 06-30-2022 | 100 | | $ 05.37 | $ 537.00 | - | - | - | $ 08.70 | | $ 3,162.00 | |
| 12-13-2021 | 150 | 37 | $ 5,550.00 | 06-30-2022 | 150 | | $ 05.37 | $ 805.50 | - | - | - | $ 08.70 | | $ 4,744.50 | |
| 12-15-2021 | 40 | 35 | $ 1,400.00 | 06-30-2022 | 40 | | $ 05.37 | $ 214.80 | - | - | - | $ 08.70 | | $ 1,185.20 | |
| 12-17-2021 | 210 | 34.3 | $ 7,203.00 | 06-30-2022 | 210 | | $ 05.37 | $ 1,127.70 | - | - | - | $ 08.70 | | $ 6,075.30 | |
| 01-04-2022 | 250 | 32.83 | $ 8,207.50 | 06-30-2022 | 250 | | $ 05.37 | $ 1,342.50 | - | - | - | $ 08.70 | | $ 6,865.00 | |
| 01-26-2022 | 100 | 22.63 | $ 2,263.00 | 06-30-2022 | 100 | | $ 05.37 | $ 537.00 | - | - | - | $ 08.70 | | $ 1,726.00 | |
| 01-26-2022 | 100 | 22.63 | $ 2,263.00 | 06-30-2022 | 100 | | $ 05.37 | $ 537.00 | - | - | - | $ 08.70 | | $ 1,726.00 | |
| 01-27-2022 | 300 | 20.54 | $ 6,162.00 | 06-30-2022 | 300 | | $ 05.37 | $ 1,611.00 | - | - | - | $ 08.70 | | $ 4,551.00 | |
| 02-02-2022 | 200 | 23.03 | $ 4,606.00 | 06-30-2022 | 200 | | $ 05.37 | $ 1,074.00 | - | - | - | $ 08.70 | | $ 3,532.00 | |
| 02-02-2022 | 300 | 23.04 | $ 6,912.00 | 06-30-2022 | 300 | | $ 05.37 | $ 1,611.00 | - | - | - | $ 08.70 | | $ 5,301.00 | |
| 02-02-2022 | 452 | 22.94 | $ 10,368.88 | 02-08-2022 | 452 | | $ 25.77 | $ 11,648.04 | - | - | - | $ 08.70 | | -$ 1,279.16 | -$ 1,279.16 |
| 02-02-2022 | 48 | 22.94 | $ 1,101.12 | 02-08-2022 | 48 | | $ 25.78 | $ 1,237.44 | - | - | - | $ 08.70 | | -$ 136.32 | -$ 136.32 |
| 02-02-2022 | 500 | 23.03 | $ 11,515.00 | 02-02-2022 | 500 | | $ 24.10 | $ 12,050.00 | - | - | - | $ 08.70 | | -$ 535.00 | -$ 535.00 |
| 02-11-2022 | 1000 | 27.02 | $ 27,020.00 | 06-30-2022 | 1000 | | $ 05.37 | $ 5,370.00 | - | - | - | $ 08.70 | | $ 21,650.00 | |
| 02-11-2022 | 1000 | 27.09 | $ 27,090.00 | 06-30-2022 | 1000 | | $ 05.37 | $ 5,370.00 | - | - | - | $ 08.70 | | $ 21,720.00 | |
| 02-14-2022 | 500 | 25.5 | $ 12,750.00 | 06-30-2022 | 500 | | $ 05.37 | $ 2,685.00 | - | - | - | $ 08.70 | | $ 10,065.00 | |
| 02-14-2022 | 500 | 26.32 | $ 13,160.00 | 02-14-2022 | 500 | | $ 27.75 | $ 13,875.00 | - | - | - | $ 08.70 | | -$ 715.00 | -$ 715.00 |
| 02-14-2022 | 500 | 26.49 | $ 13,245.00 | 02-14-2022 | 500 | | $ 27.75 | $ 13,875.00 | - | - | - | $ 08.70 | | -$ 630.00 | -$ 630.00 |
| 02-17-2022 | 338 | 27.45 | $ 9,278.10 | 02-17-2022 | 338 | | $ 27.79 | $ 9,393.02 | - | - | - | $ 08.70 | | -$ 114.92 | -$ 114.92 |
| 02-17-2022 | 100 | 27.45 | $ 2,745.00 | 02-17-2022 | 100 | | $ 27.80 | $ 2,780.00 | - | - | - | $ 08.70 | | -$ 35.00 | -$ 35.00 |
| 02-17-2022 | 50 | 27.45 | $ 1,372.50 | 02-17-2022 | 50 | | $ 27.80 | $ 1,390.00 | - | - | - | $ 08.70 | | -$ 17.50 | -$ 17.50 |
| 02-17-2022 | 12 | 27.45 | $ 329.40 | 02-17-2022 | 12 | | $ 27.80 | $ 333.60 | - | - | - | $ 08.70 | | -$ 04.20 | -$ 04.20 |
| 02-17-2022 | 200 | 27.49 | $ 5,498.00 | 02-17-2022 | 200 | | $ 27.80 | $ 5,560.00 | - | - | - | $ 08.70 | | -$ 62.00 | -$ 62.00 |
| 02-17-2022 | 800 | 27.49 | $ 21,992.00 | 02-17-2022 | 800 | | $ 27.79 | $ 22,232.00 | - | - | - | $ 08.70 | | -$ 240.00 | -$ 240.00 |
| 02-17-2022 | 1000 | 27.5 | $ 27,500.00 | 02-17-2022 | 1000 | | $ 27.80 | $ 27,800.00 | - | - | - | $ 08.70 | | -$ 300.00 | -$ 300.00 |
| 02-18-2022 | 250 | 23.77 | $ 5,942.50 | 03-09-2022 | 250 | | $ 25.51 | $ 6,377.50 | - | - | - | $ 08.70 | | -$ 435.00 | -$ 435.00 |
| 02-18-2022 | 250 | 23.88 | $ 5,970.00 | 03-09-2022 | 250 | | $ 25.51 | $ 6,377.50 | - | - | - | $ 08.70 | | -$ 407.50 | -$ 407.50 |
| 02-18-2022 | 250 | 23.88 | $ 5,970.00 | 03-09-2022 | 250 | | $ 25.51 | $ 6,377.50 | - | - | - | $ 08.70 | | -$ 407.50 | -$ 407.50 |
| 02-22-2022 | 250 | 22.78 | $ 5,695.00 | 03-09-2022 | 250 | | $ 25.51 | $ 6,377.50 | - | - | - | $ 08.70 | | -$ 682.50 | -$ 682.50 |
| 02-22-2022 | 250 | 23.5 | $ 5,875.00 | 02-24-2022 | 250 | | $ 22.84 | $ 5,710.00 | - | - | - | $ 08.70 | | $ 165.00 | |
| 02-24-2022 | 250 | 22.39 | $ 5,597.50 | 02-24-2022 | 250 | | $ 22.56 | $ 5,640.00 | - | - | - | $ 08.70 | | -$ 42.50 | -$ 42.50 |
| 02-24-2022 | 250 | 22.4 | $ 5,600.00 | 02-24-2022 | 250 | | $ 22.56 | $ 5,640.00 | - | - | - | $ 08.70 | | -$ 40.00 | -$ 40.00 |
| 02-24-2022 | 250 | 22.5 | $ 5,625.00 | 02-24-2022 | 250 | | $ 22.56 | $ 5,640.00 | - | - | - | $ 08.70 | | -$ 15.00 | -$ 15.00 |
| 02-28-2022 | 500 | 25.25 | $ 12,625.00 | 02-28-2022 | 500 | | $ 26.60 | $ 13,300.00 | - | - | - | $ 08.70 | | -$ 675.00 | -$ 675.00 |
| 02-28-2022 | 1000 | 25.5 | $ 25,500.00 | 02-28-2022 | 1000 | | $ 25.89 | $ 25,890.00 | - | - | - | $ 08.70 | | -$ 390.00 | -$ 390.00 |
| 03-07-2022 | 250 | 21.65 | $ 5,412.50 | 03-09-2022 | 250 | | $ 25.51 | $ 6,377.50 | - | - | - | $ 08.70 | | -$ 965.00 | -$ 965.00 |
| 03-07-2022 | 250 | 21.67 | $ 5,417.50 | 03-09-2022 | 250 | | $ 25.51 | $ 6,377.50 | - | - | - | $ 08.70 | | -$ 960.00 | -$ 960.00 |
| 03-07-2022 | 250 | 21.7 | $ 5,425.00 | 03-09-2022 | 250 | | $ 25.51 | $ 6,377.50 | - | - | - | $ 08.70 | | -$ 952.50 | -$ 952.50 |
| 03-07-2022 | 250 | 21.74 | $ 5,435.00 | 03-09-2022 | 250 | | $ 25.51 | $ 6,377.50 | - | - | - | $ 08.70 | | -$ 942.50 | -$ 942.50 |
| 03-10-2022 | 250 | 23.77 | $ 5,942.50 | 06-13-2022 | 250 | | $ 06.75 | $ 1,687.50 | - | - | - | $ 08.70 | | $ 4,255.00 | |
| 03-10-2022 | 250 | 24 | $ 6,000.00 | 06-13-2022 | 250 | | $ 06.75 | $ 1,687.50 | - | - | - | $ 08.70 | | $ 4,312.50 | |
| 03-10-2022 | 250 | 24 | $ 6,000.00 | 06-13-2022 | 250 | | $ 06.75 | $ 1,687.50 | - | - | - | $ 08.70 | | $ 4,312.50 | |
| 03-10-2022 | 250 | 24 | $ 6,000.00 | 06-13-2022 | 250 | | $ 06.75 | $ 1,687.50 | - | - | - | $ 08.70 | | $ 4,312.50 | |
| 03-10-2022 | 250 | 24.25 | $ 6,062.50 | 06-13-2022 | 250 | | $ 06.75 | $ 1,687.50 | - | - | - | $ 08.70 | | $ 4,375.00 | |
| 03-10-2022 | 250 | 24.25 | $ 6,062.50 | 06-13-2022 | 250 | | $ 06.75 | $ 1,687.50 | - | - | - | $ 08.70 | | $ 4,375.00 | |
| 03-10-2022 | 8 | 24 | $ 192.00 | 03-18-2022 | 8 | | $ 27.45 | $ 219.60 | - | - | - | $ 08.70 | | -$ 27.60 | -$ 27.60 |
| 03-10-2022 | 492 | 24 | $ 11,808.00 | 03-18-2022 | 492 | | $ 27.45 | $ 13,505.40 | - | - | - | $ 08.70 | | -$ 1,697.40 | -$ 1,697.40 |
| 03-10-2022 | 500 | 24.25 | $ 12,125.00 | 03-18-2022 | 500 | | $ 27.45 | $ 13,725.00 | - | - | - | $ 08.70 | | -$ 1,600.00 | -$ 1,600.00 |
| 03-24-2022 | 225 | 29.25 | $ 6,581.25 | 04-07-2022 | 225 | | $ 24.19 | $ 5,442.75 | - | - | - | $ 08.70 | | $ 1,138.50 | |
| 03-24-2022 | 250 | 29.41 | $ 7,352.50 | 04-07-2022 | 250 | | $ 24.19 | $ 6,047.50 | - | - | - | $ 08.70 | | $ 1,305.00 | |
| 04-08-2022 | 250 | 23 | $ 5,750.00 | 06-13-2022 | 250 | | $ 06.75 | $ 1,687.50 | - | - | - | $ 08.70 | | $ 4,062.50 | |
| 04-08-2022 | 250 | 23 | $ 5,750.00 | 06-13-2022 | 250 | | $ 06.75 | $ 1,687.50 | - | - | - | $ 08.70 | | $ 4,062.50 | |
| 06-15-2022 | 500 | 6.75 | $ 3,375.00 | 06-15-2022 | 500 | | $ 06.91 | $ 3,455.00 | - | - | - | $ 08.70 | | -$ 80.00 | -$ 80.00 |

| Date | Qty | Price | Total | Date | Qty | Price | Total | | | | Fee | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-11-2022 | 250 | 17.33 | $ 4,332.50 | 10-26-2022 | 250 | $ 15.26 | $ 3,815.00 | - | - | - | $ 08.70 | $ 517.50 | |
| 08-11-2022 | 250 | 17.36 | $ 4,340.00 | 10-26-2022 | 250 | $ 15.38 | $ 3,845.00 | - | - | - | $ 08.70 | $ 495.00 | |
| 08-11-2022 | 250 | 17.52 | $ 4,380.00 | 10-26-2022 | 250 | $ 15.46 | $ 3,865.00 | - | - | - | $ 08.70 | $ 515.00 | |
| 08-11-2022 | 250 | 17.52 | $ 4,380.00 | 10-26-2022 | 250 | $ 15.43 | $ 3,857.50 | - | - | - | $ 08.70 | $ 522.50 | |
| 08-11-2022 | 250 | 17.63 | $ 4,407.50 | 10-26-2022 | 250 | $ 15.51 | $ 3,877.50 | - | - | - | $ 08.70 | $ 530.00 | |
| 08-11-2022 | 250 | 17.63 | $ 4,407.50 | 10-26-2022 | 250 | $ 15.46 | $ 3,865.00 | - | - | - | $ 08.70 | $ 542.50 | |
| 08-15-2022 | 250 | 17.45 | $ 4,362.50 | 10-26-2022 | 250 | $ 15.53 | $ 3,882.50 | - | - | - | $ 08.70 | $ 480.00 | |
| 08-15-2022 | 250 | 17.47 | $ 4,367.50 | 10-26-2022 | 250 | $ 15.54 | $ 3,885.00 | - | - | - | $ 08.70 | $ 482.50 | |
| 08-15-2022 | 250 | 17.48 | $ 4,370.00 | 10-26-2022 | 250 | $ 15.54 | $ 3,885.00 | - | - | - | $ 08.70 | $ 485.00 | |
| 08-15-2022 | 250 | 17.5 | $ 4,375.00 | 10-26-2022 | 250 | $ 15.58 | $ 3,895.00 | - | - | - | $ 08.70 | $ 480.00 | |
| 08-15-2022 | 250 | 17.53 | $ 4,382.50 | 10-26-2022 | 250 | $ 15.00 | $ 3,750.00 | - | - | - | $ 08.70 | $ 632.50 | |
| 08-15-2022 | 250 | 17.73 | $ 4,432.50 | 10-26-2022 | 250 | $ 15.00 | $ 3,750.00 | - | - | - | $ 08.70 | $ 682.50 | |
| 08-15-2022 | 161 | 17.75 | $ 2,857.75 | 10-25-2022 | 161 | $ 13.85 | $ 2,229.85 | - | - | - | $ 08.70 | $ 627.90 | |
| 08-15-2022 | 89 | 17.75 | $ 1,579.75 | 10-25-2022 | 89 | $ 14.25 | $ 1,268.25 | - | - | - | $ 08.70 | $ 311.50 | |
| 08-15-2022 | 250 | 17.91 | $ 4,477.50 | 10-25-2022 | 250 | $ 13.85 | $ 3,462.50 | - | - | - | $ 08.70 | $ 1,015.00 | |
| 08-15-2022 | 411 | 17.95 | $ 7,377.45 | 10-25-2022 | 411 | $ 14.25 | $ 5,856.75 | - | - | - | $ 08.70 | $ 1,520.70 | |
| 08-15-2022 | 89 | 17.95 | $ 1,597.55 | 10-25-2022 | 89 | $ 13.85 | $ 1,232.65 | - | - | - | $ 08.70 | $ 364.90 | |
| 08-15-2022 | 500 | 18 | $ 9,000.00 | 10-25-2022 | 500 | $ 14.25 | $ 7,125.00 | - | - | - | $ 08.70 | $ 1,875.00 | |
| 08-16-2022 | 250 | 16.98 | $ 4,245.00 | 10-25-2022 | 250 | $ 13.75 | $ 3,437.50 | - | - | - | $ 08.70 | $ 807.50 | |
| 08-16-2022 | 250 | 16.99 | $ 4,247.50 | 10-25-2022 | 250 | $ 13.75 | $ 3,437.50 | - | - | - | $ 08.70 | $ 810.00 | |
| 08-19-2022 | 100 | 13.2 | $ 1,320.00 | 09-28-2022 | 100 | $ 11.00 | $ 1,100.00 | - | - | - | $ 08.70 | $ 220.00 | |
| 08-19-2022 | 100 | 13.23 | $ 1,323.00 | 09-28-2022 | 100 | $ 11.00 | $ 1,100.00 | - | - | - | $ 08.70 | $ 223.00 | |
| 08-19-2022 | 200 | 13.3 | $ 2,660.00 | 09-19-2022 | 200 | $ 11.13 | $ 2,226.00 | - | - | - | $ 08.70 | $ 434.00 | |
| 08-19-2022 | 50 | 13.3 | $ 665.00 | 09-28-2022 | 50 | $ 11.00 | $ 550.00 | - | - | - | $ 08.70 | $ 115.00 | |
| 08-26-2022 | 50 | 11.45 | $ 572.50 | 09-19-2022 | 50 | $ 11.13 | $ 556.50 | - | - | - | $ 08.70 | $ 16.00 | |
| 08-30-2022 | 250 | 11.1 | $ 2,775.00 | 09-06-2022 | 250 | $ 11.46 | $ 2,865.00 | - | - | - | $ 08.70 | -$ 90.00 | -$ 90.00 |
| 08-30-2022 | 250 | 11.1 | $ 2,775.00 | 09-06-2022 | 250 | $ 11.46 | $ 2,865.00 | - | - | - | $ 08.70 | -$ 90.00 | -$ 90.00 |
| 08-30-2022 | 250 | 11.11 | $ 2,777.50 | 09-06-2022 | 250 | $ 11.46 | $ 2,865.00 | - | - | - | $ 08.70 | -$ 87.50 | -$ 87.50 |
| 09-20-2022 | 250 | 10.36 | $ 2,590.00 | 09-21-2022 | 250 | $ 11.26 | $ 2,815.00 | - | - | - | $ 08.70 | -$ 225.00 | -$ 225.00 |
| 10-03-2022 | 250 | 11.02 | $ 2,755.00 | 10-04-2022 | 250 | $ 12.75 | $ 3,187.50 | - | - | - | $ 08.70 | -$ 432.50 | -$ 432.50 |
| 10-03-2022 | 3 | 11.05 | $ 33.15 | 10-04-2022 | 3 | $ 12.75 | $ 38.25 | - | - | - | $ 08.70 | -$ 05.10 | -$ 05.10 |
| 10-03-2022 | 247 | 11.05 | $ 2,729.35 | 10-04-2022 | 247 | $ 12.75 | $ 3,149.25 | - | - | - | $ 08.70 | -$ 419.90 | -$ 419.90 |
| 10-03-2022 | 250 | 11.05 | $ 2,762.50 | 10-04-2022 | 250 | $ 12.75 | $ 3,187.50 | - | - | - | $ 08.70 | -$ 425.00 | -$ 425.00 |
| 10-03-2022 | 250 | 11.06 | $ 2,765.00 | 10-04-2022 | 250 | $ 12.75 | $ 3,187.50 | - | - | - | $ 08.70 | -$ 422.50 | -$ 422.50 |
| 10-05-2022 | 500 | 12.2 | $ 6,100.00 | 10-25-2022 | 500 | $ 13.75 | $ 6,875.00 | - | - | - | $ 08.70 | -$ 775.00 | -$ 775.00 |
| 10-05-2022 | 500 | 12.24 | $ 6,120.00 | 10-25-2022 | 500 | $ 14.50 | $ 7,250.00 | - | - | - | $ 08.70 | -$ 1,130.00 | -$ 1,130.00 |
| 10-05-2022 | 500 | 12.24 | $ 6,120.00 | 10-25-2022 | 500 | $ 14.50 | $ 7,250.00 | - | - | - | $ 08.70 | -$ 1,130.00 | -$ 1,130.00 |
| 10-05-2022 | 250 | 12.25 | $ 3,062.50 | 10-24-2022 | 250 | $ 12.93 | $ 3,232.50 | - | - | - | $ 08.70 | -$ 170.00 | -$ 170.00 |
| 10-05-2022 | 100 | 12.25 | $ 1,225.00 | 10-24-2022 | 100 | $ 12.96 | $ 1,296.00 | - | - | - | $ 08.70 | -$ 71.00 | -$ 71.00 |
| 10-05-2022 | 100 | 12.25 | $ 1,225.00 | 10-24-2022 | 100 | $ 12.96 | $ 1,296.00 | - | - | - | $ 08.70 | -$ 71.00 | -$ 71.00 |
| 10-05-2022 | 50 | 12.25 | $ 612.50 | 10-24-2022 | 50 | $ 12.95 | $ 647.50 | - | - | - | $ 08.70 | -$ 35.00 | -$ 35.00 |
| 10-05-2022 | 500 | 12.26 | $ 6,130.00 | 10-24-2022 | 500 | $ 12.90 | $ 6,450.00 | - | - | - | $ 08.70 | -$ 320.00 | -$ 320.00 |
| 10-27-2022 | 250 | 13.57 | $ 3,392.50 | 11-29-2022 | 250 | $ 06.07 | $ 1,517.50 | - | - | - | $ 08.70 | $ 1,875.00 | |
| 10-27-2022 | 250 | 13.65 | $ 3,412.50 | 11-29-2022 | 250 | $ 06.07 | $ 1,517.50 | - | - | - | $ 08.70 | $ 1,895.00 | |
| 10-27-2022 | 250 | 13.72 | $ 3,430.00 | 11-29-2022 | 250 | $ 06.07 | $ 1,517.50 | - | - | - | $ 08.70 | $ 1,912.50 | |
| 10-27-2022 | 250 | 13.9 | $ 3,475.00 | 11-29-2022 | 250 | $ 06.07 | $ 1,517.50 | - | - | - | $ 08.70 | $ 1,957.50 | |
| 10-27-2022 | 250 | 13.92 | $ 3,480.00 | 11-29-2022 | 250 | $ 06.07 | $ 1,517.50 | - | - | - | $ 08.70 | $ 1,962.50 | |
| 10-27-2022 | 250 | 13.96 | $ 3,490.00 | 11-29-2022 | 250 | $ 06.10 | $ 1,525.00 | - | - | - | $ 08.70 | $ 1,965.00 | |
| 10-27-2022 | 1000 | 13.78 | $ 13,780.00 | 11-29-2022 | 1000 | $ 06.10 | $ 6,100.00 | - | - | - | $ 08.70 | $ 7,680.00 | |
| 10-27-2022 | 1000 | 13.8 | $ 13,800.00 | 11-21-2022 | 1000 | $ 06.24 | $ 6,240.00 | - | - | - | $ 08.70 | $ 7,560.00 | |
| 10-27-2022 | 1500 | 13.79 | $ 20,685.00 | 11-21-2022 | 1500 | $ 06.24 | $ 9,360.00 | - | - | - | $ 08.70 | $ 11,325.00 | |
| 10-28-2022 | 250 | 13.73 | $ 3,432.50 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 1,552.50 | |
| 10-28-2022 | 250 | 13.75 | $ 3,437.50 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 1,557.50 | |
| 10-28-2022 | 250 | 13.75 | $ 3,437.50 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 1,557.50 | |
| 10-28-2022 | 250 | 13.78 | $ 3,445.00 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 1,565.00 | |
| 10-28-2022 | 250 | 13.79 | $ 3,447.50 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 1,567.50 | |
| 11-01-2022 | 50 | 12.45 | $ 622.50 | 11-18-2022 | 50 | $ 07.52 | $ 376.00 | - | - | - | $ 08.70 | $ 246.50 | |
| 11-01-2022 | 175 | 12.4 | $ 2,170.00 | 11-18-2022 | 175 | $ 07.52 | $ 1,316.00 | - | - | - | $ 08.70 | $ 854.00 | |
| 11-01-2022 | 200 | 12.45 | $ 2,490.00 | 11-18-2022 | 200 | $ 07.52 | $ 1,504.00 | - | - | - | $ 08.70 | $ 986.00 | |
| 11-01-2022 | 250 | 12.45 | $ 3,112.50 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 1,232.50 | |
| 11-01-2022 | 250 | 12.48 | $ 3,120.00 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 1,240.00 | |
| 11-01-2022 | 175 | 12.72 | $ 2,226.00 | 11-09-2022 | 175 | $ 10.36 | $ 1,813.00 | - | - | - | $ 08.70 | $ 413.00 | |
| 11-01-2022 | 325 | 12.72 | $ 4,134.00 | 11-18-2022 | 325 | $ 07.52 | $ 2,444.00 | - | - | - | $ 08.70 | $ 1,690.00 | |
| 11-01-2022 | 500 | 12.75 | $ 6,375.00 | 11-09-2022 | 500 | $ 10.36 | $ 5,180.00 | - | - | - | $ 08.70 | $ 1,195.00 | |
| 11-10-2022 | 225 | 9.55 | $ 2,148.75 | 11-17-2022 | 225 | $ 08.30 | $ 1,867.50 | - | - | - | $ 08.70 | $ 281.25 | |
| 11-10-2022 | 250 | 9.55 | $ 2,387.50 | 11-17-2022 | 250 | $ 08.33 | $ 2,082.50 | - | - | - | $ 08.70 | $ 305.00 | |
| 11-10-2022 | 250 | 9.55 | $ 2,387.50 | 11-17-2022 | 250 | $ 08.30 | $ 2,075.00 | - | - | - | $ 08.70 | $ 312.50 | |
| 11-18-2022 | 250 | 7.99 | $ 1,997.50 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 117.50 | |
| 11-18-2022 | 250 | 7.99 | $ 1,997.50 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 117.50 | |
| 11-18-2022 | 250 | 8 | $ 2,000.00 | 11-18-2022 | 250 | $ 07.52 | $ 1,880.00 | - | - | - | $ 08.70 | $ 120.00 | |
| 02-03-2023 | 250 | 7.22 | $ 1,805.00 | 02-27-2023 | 250 | $ 07.07 | $ 1,767.50 | - | - | - | $ 08.70 | $ 37.50 | |
| 02-03-2023 | 250 | 7.22 | $ 1,805.00 | 02-27-2023 | 250 | $ 07.02 | $ 1,755.00 | - | - | - | $ 08.70 | $ 50.00 | |
| 02-07-2023 | 3 | 6.83 | $ 20.49 | 02-27-2023 | 3 | $ 07.07 | $ 21.21 | - | - | - | $ 08.70 | -$ 00.72 | -$ 00.72 |
| 02-07-2023 | 47 | 6.83 | $ 321.01 | 02-27-2023 | 47 | $ 07.07 | $ 332.29 | - | - | - | $ 08.70 | -$ 11.28 | -$ 11.28 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total:** | 38,175 | $755,563.00 | 38,175 | | | $528,117.85 | | | | | | | $227,445.15 | ($20,300.60) |

| Client Name | Todd Langer - Pomerantz/Schall |
|---|---|
| Company Name | Marathon Digital Holdings, Inc. |
| Ticker Symbol | MARA |
| Security Type | |
| Class Period Start | 05-10-2021 |
| Class Period End | 02-28-2023 |
| 90-DAY Lookback Period Start | 03-01-2023 |
| 90-DAY Lookback Period End | 05-29-2023 |
| 90-DAY Lookback Average | $ 08.70 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| DURA LIFO* Total | ($84.50) |

### Todd Langer - Account 2

| | Purchases | | | | Sales | | | | | | Retained | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 02-23-2022 | 50 | 21.7 | $ 1,085.00 | 02-24-2022 | 50 | | $ 22.69 | $ 1,134.50 | - | - | - | $ 08.70 | | -$ 49.50 | -$ 49.50 |
| 02-23-2022 | 50 | 21.7 | $ 1,085.00 | 02-24-2022 | 50 | | $ 22.40 | $ 1,120.00 | - | - | - | $ 08.70 | | -$ 35.00 | -$ 35.00 |
| 03-25-2022 | 50 | 30.19 | $ 1,509.50 | 08-04-2022 | 50 | | $ 15.00 | $ 750.00 | - | - | - | $ 08.70 | | $ 759.50 | |
| **Total:** | 150 | | $3,679.50 | | 150 | | | $3,004.50 | | | | | | $675.00 | ($84.50) |

| Client Name | Todd Langer - Pomerantz/Schall |
|---|---|
| Company Name | Marathon Digital Holdings, Inc. |
| Ticker Symbol | MARA |
| Security Type | |
| Class Period Start | 05-10-2021 |
| Class Period End | 02-28-2023 |
| 90-DAY Lookback Period Start | 03-01-2023 |
| 90-DAY Lookback Period End | 05-29-2023 |
| 90-DAY Lookback Average | $ 08.70 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| DURA LIFO* Total | ($3,734.50) |

### Todd Langer - Account 3

| | Purchases | | | | Sales | | | | | | Retained | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 03-11-2022 | 49 | 22.75 | $ 1,114.75 | 03-22-2022 | 49 | | $ 30.50 | $ 1,494.50 | - | - | - | $ 08.70 | | -$ 379.75 | -$ 379.75 |
| 03-11-2022 | 1 | 22.75 | $ 22.75 | 07-13-2022 | 1 | | $ 07.90 | $ 07.90 | - | - | - | $ 08.70 | | $ 14.85 | |
| 03-11-2022 | 150 | 22.65 | $ 3,397.50 | 03-18-2022 | 150 | | $ 27.25 | $ 4,087.50 | - | - | - | $ 08.70 | | -$ 690.00 | -$ 690.00 |
| 03-11-2022 | 50 | 22.65 | $ 1,132.50 | 03-22-2022 | 50 | | $ 30.50 | $ 1,525.00 | - | - | - | $ 08.70 | | -$ 392.50 | -$ 392.50 |
| 03-11-2022 | 200 | 22.75 | $ 4,550.00 | 03-18-2022 | 200 | | $ 27.25 | $ 5,450.00 | - | - | - | $ 08.70 | | -$ 900.00 | -$ 900.00 |
| 03-14-2022 | 50 | 21.41 | $ 1,070.50 | 03-18-2022 | 50 | | $ 27.25 | $ 1,362.50 | - | - | - | $ 08.70 | | -$ 292.00 | -$ 292.00 |
| 03-15-2022 | 75 | 21.25 | $ 1,593.75 | 03-18-2022 | 75 | | $ 27.25 | $ 2,043.75 | - | - | - | $ 08.70 | | -$ 450.00 | -$ 450.00 |
| 03-25-2022 | 15 | 30.44 | $ 456.60 | 07-13-2022 | 15 | | $ 07.90 | $ 118.50 | - | - | - | $ 08.70 | | $ 338.10 | |
| 03-25-2022 | 50 | 30.5 | $ 1,525.00 | 07-13-2022 | 50 | | $ 07.90 | $ 395.00 | - | - | - | $ 08.70 | | $ 1,130.00 | |
| 03-25-2022 | 500 | 30 | $ 15,000.00 | 07-13-2022 | 500 | | $ 07.90 | $ 3,950.00 | - | - | - | $ 08.70 | | $ 11,050.00 | |
| 03-29-2022 | 25 | 30.25 | $ 756.25 | 07-13-2022 | 25 | | $ 07.90 | $ 197.50 | - | - | - | $ 08.70 | | $ 558.75 | |
| 03-29-2022 | 34 | 30.89 | $ 1,050.26 | 07-13-2022 | 34 | | $ 07.90 | $ 268.60 | - | - | - | $ 08.70 | | $ 781.66 | |
| 03-30-2022 | 375 | 30.73 | $ 11,523.75 | 07-13-2022 | 375 | | $ 07.90 | $ 2,962.50 | - | - | - | $ 08.70 | | $ 8,561.25 | |
| 04-01-2022 | 250 | 27.85 | $ 6,962.50 | 07-13-2022 | 250 | | $ 07.90 | $ 1,975.00 | - | - | - | $ 08.70 | | $ 4,987.50 | |
| 08-11-2022 | 75 | 16.98 | $ 1,273.50 | 11-29-2022 | 75 | | $ 06.10 | $ 457.50 | - | - | - | $ 08.70 | | $ 816.00 | |
| 08-11-2022 | 135 | 16.99 | $ 2,293.65 | 11-29-2022 | 135 | | $ 06.10 | $ 823.50 | - | - | - | $ 08.70 | | $ 1,470.15 | |
| 08-11-2022 | 175 | 17 | $ 2,975.00 | 11-29-2022 | 175 | | $ 06.10 | $ 1,067.50 | - | - | - | $ 08.70 | | $ 1,907.50 | |
| 08-11-2022 | 250 | 16.97 | $ 4,242.50 | 11-29-2022 | 250 | | $ 06.10 | $ 1,525.00 | - | - | - | $ 08.70 | | $ 2,717.50 | |
| 08-11-2022 | 250 | 17.1 | $ 4,275.00 | 11-29-2022 | 250 | | $ 06.10 | $ 1,525.00 | - | - | - | $ 08.70 | | $ 2,750.00 | |
| 08-11-2022 | 250 | 17.29 | $ 4,322.50 | 11-29-2022 | 250 | | $ 06.10 | $ 1,525.00 | - | - | - | $ 08.70 | | $ 2,797.50 | |
| 08-11-2022 | 250 | 17 | $ 4,250.00 | 11-29-2022 | 250 | | $ 06.13 | $ 1,532.50 | - | - | - | $ 08.70 | | $ 2,717.50 | |
| 08-11-2022 | 115 | 17 | $ 1,955.00 | 11-29-2022 | 115 | | $ 06.10 | $ 701.50 | - | - | - | $ 08.70 | | $ 1,253.50 | |
| 08-11-2022 | 500 | 17.31 | $ 8,655.00 | 11-29-2022 | 500 | | $ 06.13 | $ 3,065.00 | - | - | - | $ 08.70 | | $ 5,590.00 | |
| 08-11-2022 | 500 | 17.51 | $ 8,755.00 | 11-29-2022 | 500 | | $ 06.13 | $ 3,065.00 | - | - | - | $ 08.70 | | $ 5,690.00 | |
| 08-12-2022 | 250 | 17.76 | $ 4,440.00 | 11-18-2022 | 250 | | $ 07.54 | $ 1,885.00 | - | - | - | $ 08.70 | | $ 2,555.00 | |
| 08-12-2022 | 250 | 17.79 | $ 4,447.50 | 11-18-2022 | 250 | | $ 07.54 | $ 1,885.00 | - | - | - | $ 08.70 | | $ 2,562.50 | |
| 08-16-2022 | 250 | 16.91 | $ 4,227.50 | 11-18-2022 | 250 | | $ 07.54 | $ 1,885.00 | - | - | - | $ 08.70 | | $ 2,342.50 | |
| 01-11-2023 | 50 | 5.37 | $ 268.50 | 01-12-2023 | 50 | | $ 06.55 | $ 327.50 | - | - | - | $ 08.70 | | -$ 59.00 | -$ 59.00 |
| 01-11-2023 | 25 | 5.37 | $ 134.25 | 02-01-2023 | 25 | | $ 08.10 | $ 202.50 | - | - | - | $ 08.70 | | -$ 68.25 | -$ 68.25 |
| 01-11-2023 | 125 | 5.4 | $ 675.00 | 01-12-2023 | 125 | | $ 06.68 | $ 835.00 | - | - | - | $ 08.70 | | -$ 160.00 | -$ 160.00 |
| 01-11-2023 | 100 | 5.4 | $ 540.00 | 01-12-2023 | 100 | | $ 07.07 | $ 707.00 | - | - | - | $ 08.70 | | -$ 167.00 | -$ 167.00 |
| 01-11-2023 | 25 | 5.4 | $ 135.00 | 01-12-2023 | 25 | | $ 06.55 | $ 163.75 | - | - | - | $ 08.70 | | -$ 28.75 | -$ 28.75 |
| 01-27-2023 | 200 | 8 | $ 1,600.00 | 02-01-2023 | 200 | | $ 08.10 | $ 1,620.00 | - | - | - | $ 08.70 | | -$ 20.00 | -$ 20.00 |
| 01-27-2023 | 225 | 7.99 | $ 1,797.75 | 02-01-2023 | 225 | | $ 08.10 | $ 1,822.50 | - | - | - | $ 08.70 | | -$ 24.75 | -$ 24.75 |

| Trade Date | Shares | Price | Total Cost | Trade Date | Shares | Price | Proceeds | Retained | Shares | Price | Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-02-2023 | 250 | 7.55 | $ 1,887.50 | 03-14-2023 | 250 | $ 07.50 | $ 1,875.00 | 250 | - | $ 08.70 | | $ 12.50 | $ 12.50 |
| 02-03-2023 | 250 | 7.29 | $ 1,822.50 | 03-14-2023 | 250 | $ 07.75 | $ 1,937.50 | 250 | - | $ 08.70 | | -$ 115.00 | -$ 115.00 |
| Total: | 6,324 | | $115,128.76 | | 5,824 | 500 | $52,459.00 | $3,812.50 | 500 | | | $58,857.26 | ($3,734.50) |

| | |
|---|---|
| **Client Name** | Todd Langer - Pomerantz/Schall |
| **Company Name** | Marathon Digital Holdings, Inc. |
| **Ticker Symbol** | MARA |
| **Security Type** | |
| **Class Period Start** | 05-10-2021 |
| **Class Period End** | 02-28-2023 |
| **90-DAY Lookback Period Start** | 03-01-2023 |
| **90-DAY Lookback Period End** | 05-29-2023 |
| **90-DAY Lookback Average** | $ 08.70 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **DURA LIFO* Total** | ($85.00) |

| Todd Langer - Account 4 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | | Sales | | | | | Retained | | | Losses | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 02-23-2022 | 50 | 21.68 | $ 1,084.00 | 02-24-2022 | 50 | | $ 22.66 | $ 1,133.00 | - | - | - | $ 08.70 | | -$ 49.00 | -$ 49.00 |
| 02-23-2022 | 50 | 21.68 | $ 1,084.00 | 02-24-2022 | 50 | | $ 22.40 | $ 1,120.00 | - | - | - | $ 08.70 | | -$ 36.00 | -$ 36.00 |
| 03-25-2022 | 50 | 30.23 | $ 1,511.50 | 08-04-2022 | 50 | | $ 15.00 | $ 750.00 | - | - | - | $ 08.70 | | $ 761.50 | |
| Total: | 150 | | $3,679.50 | | 150 | | | $3,003.00 | | | | | | $676.50 | ($85.00) |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| **DURALIFO* Total** | ($24,204.60) |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.