# EXHIBIT B

| Client Name | Kevin Clark - Rosen |
| --- | --- |
| Company Name | Marathon Digital Holdings, Inc. |
| Ticker Symbol | MARA |
| Security Type | |
| Class Period Start | 05-10-2021 |
| Class Period End | 02-28-2023 |
| 90-DAY Lookback Period Start | 03-01-2023 |
| 90-DAY Lookback Period End | 05-29-2023 |
| 90-DAY Lookback Average | $ 08.70 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| DURA LIFO* Total | ($28,715.58) |

**Kevin Clark**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-09-2022 | 1700 | 28.024 | $ 47,640.80 | 02-15-2022 | 1700 | | $ 28.32 | $ 48,135.50 | - | - | - | $ 08.70 | | -$ 494.70 | -$ 494.70 |
| 02-22-2022 | 2200 | 22.75 | $ 50,050.00 | 02-28-2022 | 2200 | | $ 23.42 | $ 51,513.00 | - | - | - | $ 08.70 | | -$ 1,463.00 | -$ 1,463.00 |
| 04-14-2022 | 2800 | 21.2999 | $ 59,639.72 | 11-16-2022 | 2800 | | $ 08.69 | $ 24,332.00 | - | - | - | $ 08.70 | | $ 35,307.72 | |
| 04-21-2022 | 500 | 20 | $ 10,000.00 | 11-16-2022 | 500 | | $ 08.69 | $ 4,345.00 | - | - | - | $ 08.70 | | $ 5,655.00 | |
| 09-02-2022 | 7500 | 11.6 | $ 87,000.00 | 11-16-2022 | 7500 | | $ 08.69 | $ 65,175.00 | - | - | - | $ 08.70 | | $ 21,825.00 | |
| 11-03-2022 | 6180 | 11.1492 | $ 68,902.06 | 11-16-2022 | 6180 | | $ 08.69 | $ 53,704.20 | - | - | - | $ 08.70 | | $ 15,197.86 | |
| 11-03-2022 | 3020 | 11.1099 | $ 33,551.90 | 11-16-2022 | 3020 | | $ 08.69 | $ 26,243.80 | - | - | - | $ 08.70 | | $ 7,308.10 | |
| 11-08-2022 | 5000 | 10 | $ 50,000.00 | 11-16-2022 | 5000 | | $ 08.69 | $ 43,450.00 | - | - | - | $ 08.70 | | $ 6,550.00 | |
| 01-09-2023 | 34600 | 4.5 | $ 155,700.00 | 01-12-2023 | 34600 | | $ 05.50 | $ 190,300.00 | - | - | - | $ 08.70 | | -$ 34,600.00 | -$ 34,600.00 |
| 01-09-2023 | 200 | 4.49 | $ 898.00 | 01-12-2023 | 200 | | $ 05.51 | $ 1,102.00 | - | - | - | $ 08.70 | | -$ 204.00 | -$ 204.00 |
| 01-09-2023 | 200 | 4.49 | $ 898.00 | 01-12-2023 | 200 | | $ 05.50 | $ 1,100.00 | - | - | - | $ 08.70 | | -$ 202.00 | -$ 202.00 |
| 01-24-2023 | 9955 | 9.42 | $ 93,776.10 | 04-21-2023 | | 9955 | $ 09.15 | | $ 91,088.25 | 9955 | - | $ 08.70 | | $ 2,687.85 | $ 2,687.85 |
| 01-24-2023 | 17454 | 9.42 | $ 164,416.68 | 04-21-2023 | | 17454 | $ 09.14 | | $ 159,529.56 | 17454 | - | $ 08.70 | | $ 4,887.12 | $ 4,887.12 |
| 01-24-2023 | 2441 | 9.41 | $ 22,969.81 | 04-21-2023 | | 2441 | $ 09.15 | | $ 22,335.15 | 2441 | - | $ 08.70 | | $ 634.66 | $ 634.66 |
| 01-24-2023 | 50 | 9.4099 | $ 470.50 | 04-21-2023 | | 50 | $ 09.15 | | $ 457.50 | 50 | - | $ 08.70 | | $ 13.00 | $ 13.00 |
| 01-24-2023 | 100 | 9.405 | $ 940.50 | 04-21-2023 | | 100 | $ 09.15 | | $ 915.00 | 100 | - | $ 08.70 | | $ 25.50 | $ 25.50 |
| Total: | 93,900 | | $846,854.06 | | 63,900 | 30000 | | $509,400.50 | $274,325.46 | 30,000 | | | | $63,128.10 | ($28,715.58) |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.