**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara
311 East Liberty St.
Reno, Nevada 89501
Tel: 775-323-1321
Fax: 775-323-4082
Email: david@omaralaw.net

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Movant James R. Lax*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAIME R. MORENO, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:23-cv-00470-RFB-DJA |
| Plaintiff, | **NOTICE OF POST-MOTION FACTS REGARDING THE PENDING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF** |
| v. | |
| MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER, | |
| Defendants. | |

Movant James R. Lax ("Lax") hereby respectfully gives notice to the Court of a recent filing by Pomerantz LLP, counsel to movants Todd Langer, Mary Barida, and Jacks Way LLC (collectively, the "Marathon Investor Group"), in the securities fraud class action lawsuit *Turpel v. Canopy Growth Corporation, et al.,* No. 1:23-cv-04302 (S.D.N.Y.) ("*Canopy Growth*").

Both this Action and *Canopy Growth* are putative securities class actions governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), meaning that lead plaintiff motions are required and have been filed in both lawsuits. On July 18, 2023, Pomerantz LLP, counsel for the Marathon Investor Group this Action, filed a lead plaintiff motion on behalf of a shareholder in *Canopy Growth*. *See* Declaration of David O'Mara ("O'Mara Decl."), Ex. A. On August 15, 2023, Pomerantz LLP filed an opposition brief in further support of the motion. *Id.*, Ex. B. In its opposition brief, Pomerantz LLP argues that a competing shareholder artificially inflated his "financial interest" in the action by claiming losses that are unrecoverable under *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005). O'Mara Decl., Ex. B. at 7-9. Specifically, Pomerantz LLP argues that an "investor would not have any recoverable losses for shares they sold prior to" a corrective disclosure. *Id*. at 7-8.

Pomerantz LLP's argument in *Canopy Growth* is directly at odds with the argument it is making before the Court in this Action on behalf of the Marathon Investor Group. Contrary to the position taken in *Canopy Growth*, Pomerantz LLP has argued that "courts generally decline to apply *Dura* principles in assessing financial interest for the purposes of appointing lead plaintiffs in PSLRA actions." ECF No. 32 at 8. Pomerantz LLP's filing in *Canopy Growth* properly reflects the law on this issue and, indeed, echoes the argument advanced by Lax in the briefing here. *See* ECF No. 29 at 7-9 (Lax Opposition); ECF No. 31 at 5-7 (Lax Reply). Lax respectfully requests the Court to take Pomerantz LLP's change of position into account when deciding the motions. *See* Nev. Rules of Prof'l Conduct 1.7 (prohibiting lawyer from representing client where "[t]here is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client" absent "informed consent, confirmed in writing"); *see also Shearing v. Allergan, Inc.*, No. CV-S-93-866-DWH (LRL), 1994 U.S. Dist. LEXIS 21680, *6 (D. Nev. Apr. 4, 1994) ("if there is any doubt as to whether an attorney should be disqualified,

2

it should be resolved in favor of disqualification").

Dated: August 16, 2023

Respectfully submitted,

**THE O'MARA LAW FIRM, P.C.**

*/s/ David C. O'Mara*
David C. O'Mara
311 East Liberty St.
Reno, Nevada 89501
Tel: 775-323-1321
Fax: 775-323-4082
Email: david@omaralaw.net

*Liaison Counsel for James R. Lax and [Proposed]*
*Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for James R. Lax and [Proposed]*
*Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2023, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ Bryan Snyder
BRYAN SNYDER

NOTICE OF POST-MOTION FACTS
NO. 2:23-cv-00470-RFB-DJA

## INDEX OF EXHIBITS

| Exh No. | Description | Pages |
|---|---|---|
| | Declaration of David C. O'Mara in Support of Notice of Post-Motion Facts | 2 |
| A | *Turpel v. Canopy Growth Corporation*, 1:23-cv-04302-PAE (S.D.N.Y.) (the "*Canopy Growth* Motion") | 103 |
| B | Memorandum of Law in Further Support of Motion for Lead | 17 |