**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara
311 East Liberty St.
Reno, Nevada 89501
Tel: 775-323-1321
Fax: 775-323-4082
Email: david@omaralaw.net

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Movant James R. Lax*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAIME R. MORENO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER, <br><br> Defendants. | Case No. 2:23-cv-00470-RFB-DJA <br><br> **DECLARATION OF DAVID C. O'MARA IN SUPPORT OF NOTICE OF POST-MOTION FACTS REGARDING THE PENDING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF** |

I, David C. O'Mara, hereby declare as follows:

1.      I am a partner of the law firm The O'Mara Law Firm, P.C., liaison counsel for James R. Lax ("Lax"). I respectfully submit this declaration in support of the Notice of Post-Motion Facts Regarding the Pending Motions for Appointment of Lead Plaintiff. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the lead plaintiff motion filed on July 24, 2023 by Pomerantz LLP ("Pomerantz") in the action entitled *Turpel v. Canopy Growth Corporation*, 1:23-cv-04302-PAE (S.D.N.Y.) (the "*Canopy Growth* Motion").

3.      Attached hereto as **Exhibit B** is a true and correct copy of the opposition brief in

further support of the *Canopy Growth* Motion filed by Pomerantz on August 15, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 16th day of August, 2023.

*/s/ David C. O'Mara*
David C. O'Mara

DECLARATION OF DAVID C. O'MARA