1  **FLANGAS LAW GROUP**
   KIMBERLY P. STEIN, ESQ.
2  Nevada Bar No. 8675
   Email: kps@fdlawlv.com
3  3275 South Jones Boulevard, Suite 105
   Las Vegas, NV 89146
4  Telephone: (702) 307-9500

5  **WEIL, GOTSHAL & MANGES LLP**
   JONATHAN D. POLKES
6  (admitted *pro hac vice*)
   CAROLINE HICKEY ZALKA
7  (admitted *pro hac vice*)
   767 Fifth Avenue
8  New York, New York 10153
   Telephone: (212) 310-8000
9  E-mail: jonathan.polkes@weil.com
   E-mail: caroline.zalka@weil.com

*Attorneys for Defendants Marathon Digital Holdings, Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAIME R. MORENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>Defendants. | Case No: 2:23-cv-00470-RFB-DJA<br><br>**STIPULATION AND ORDER** |

Lead Plaintiff Marathon Investor Group ("**Lead Plaintiff**") and Defendants Marathon Digital Holdings, Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher (collectively, "**Defendants**"), by and through their undersigned counsel, hereby stipulate as follows:

- 1 -

1. On March 30, 2023, Jaime R. Moreno, commenced the above-captioned action (the "**Action**") and filed the operative, putative class action complaint (the "**Complaint**") in the Action. *See* Dkt. No. 1.

2. On May 30, 2023, Marathon Investor Group filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel. *See* Dkt. No. 16.

3. On June 9, 2023, the Court granted the Parties' Stipulation and Proposed Order staying Defendants' time to answer, move, or otherwise respond to the Complaint pending the Court's appointment of a lead plaintiff and lead counsel, and ordered Defendants to respond to the Complaint within twenty-one (21) days of the Court's decision appointing lead plaintiff and approving lead counsel. *See* Dkt. Nos. 22, 27.

4. On March 29, 2024, the Court appointed Marathon Investor Group as Lead Plaintiff, Pomerantz LLP and the Schall Law Firm as Co-Lead Counsel, and Muehlbauer Law Office, Ltd. as Liaison Counsel. *See* Dkt. No. 39.

5. The Action is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, which provide that discovery generally shall be stayed during the pendency of any motion to dismiss.

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and among the undersigned counsel that:

(a) Lead Plaintiff shall file an amended complaint (the "**Amended Complaint**") on or before June 4, 2024;

(b) Defendants shall answer or otherwise respond to the Amended Complaint on or before August 5, 2024;

(c) If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file any opposition to such motion on or before October 4, 2024; and

(d) Defendants shall file any reply in support of such motion on or before November 18, 2024.

Dated this 5th day of April, 2024

**FLANGAS LAW GROUP**
*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ. (NBN 8675)
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
E-mail: kps@fdlawlv.com

**WEIL, GOTSHAL & MANGES LLP**
JONATHAN D. POLKES
(admitted *pro hac vice*)
CAROLINE HICKEY ZALKA
(admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: jonathan.polkes@weil.com
E-mail: caroline.zalka@weil.com

*Attorneys for Defendants Marathon Digital Holdings, Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher*

**MUEHLBAUER LAW OFFICE, LTD.**
*/s/ Andrew R. Muehlbauer*
ANDREW R. MUEHLBAUER, ESQ.
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
E-mail: andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
Jonathan D. Park (*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
E-mail: jalieberman@pomlaw.com
E-mail: ahood@pomlaw.com
E-mail: jpark@pomlaw.com

**THE SCHALL FIRM**
Brian Schall (*pro hac vice* application forthcoming)
Ivy T. Ngo (*pro hac vice* application forthcoming)
Rina Restaino (*pro hac vice* application forthcoming)
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com
ivy@schallfirm.com

rina@schallfirm.com

*Attorneys for Plaintiff Marathon Investor Group*

**ORDER**

IT IS SO ORDERED that:

1. Lead Plaintiff shall file an amended complaint (the "**Amended Complaint**") on or before June 4, 2024.

2. Defendants shall answer or otherwise respond to the Amended Complaint on or before August 5, 2024;

3. ~~If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file any opposition to such motion on or before October 4, 2024 and Defendants shall file any reply in support of such motion on or before November 18, 2024.~~

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 40) is **granted in part and denied in part.** It is denied in part regarding the parties' request that the undersigned magistrate judge set a briefing schedule for any potential motion to dismiss. Not only is this relief prospective, motions to dismiss must be finally determined by the assigned district judge under 28 U.S.C. 636(b)(1)(a). As a result, the request for an extended briefing schedule for this motion is more appropriately decided by the assigned district judge. The stipulation is granted in all other respects.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 9, 2024