**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**WEIL, GOTSHAL & MANGES LLP**
JONATHAN D. POLKES (*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
CAROLINE HICKEY ZALKA (*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

Attorneys for Defendants *Marathon
Digital Holdings Inc., Merrick Okamoto,
Frederick G. Thiel, Simeon Salzman,
and Hugh J. Gallagher*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>Defendants. | Lead Case No: 2:23-cv-00470-RFB-DJA<br><br><br>**DECLARATION OF KIMBERLY P. STEIN IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

I, Kimberly P. Stein, declare the following:

1.      I am a resident of the State of Nevada, and partner of the firm Flangas Law Group, counsel for Defendants Marathon Digital Holdings Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher in the above-captioned matter.

2.      I submit this declaration in support of the Motion to Dismiss filed together with this declaration.

3.      True and correct copies of the following documents cited in the accompanying Motion to Dismiss are attached as Exhibits A through Y:

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | Mar. 10, 2022 Marathon Form 10-K |
| B | Nov. 14, 2022 Marathon Form 10-Q |
| C | Aug. 6, 2020 Marathon Form S-3 |
| D | May 10, 2022 Everything Blockchain, Inc. Form 10-K, excerpted (cover and pages 15, 16, 23, and 61) |
| E | Mar. 16, 2021 Marathon Form 10-K |
| F | June 30, 2022 Association of International Certified Professional Accountants, *Accounting for an auditing of digital assets*, excerpted (cover and pages iii–v, 15, and 18) |
| G | Sept. 30, 2022 Financial Accounting Standards Board, Staff Paper |
| H | Apr. 15, 2022 Ault Alliance, Inc. Form 10-K, excerpted (cover, F-26, F-27, and signature pages) |
| I | Apr. 6, 2023 Bit Digital, Inc. Form 6-K |
| J | Mar. 2, 2023 Riot Platforms, Inc. Form 8-K |
| K | Mar. 16, 2023 Marathon Form 10-K, excerpted (cover and pages 29, 41–46, 58–59, 63, 94–98, and 111) |

1

| | | |
|---|---|---|
| L | Aug. 9, 2022 Marathon Form 10-Q | |
| M | Dec. 2021 KPMG Revenue Recognition Handbook, excerpted (cover and pages 617–621) | |
| N | Feb. 28, 2023 Marathon Form 8-K | |
| O | Marathon's Historical Stock Price Information | |
| P | Feb. 22, 2023 Bit Digital Inc. SEC Comment Letter | |
| Q | Dec. 15, 2023 Deloitte, *FASB Issues Final Standard on Crypto Assets* | |
| R | Mar. 23, 2023 Financial Accounting Standards Board *Proposed Accounting Standard Update*, excerpted (cover and pages 17–18) | |
| S | Mar. 8, 2024 Stronghold Digital Mining, Inc. Form 10-K, excerpted (cover and pages 51, 52, 131, and 132) | |
| T | Dec. 1, 2023 Cleanspark, Inc. Form 10-K, excerpted (cover and pages 38 and 52) | |
| U | Form 10-K SEC General Instructions | |
| V | Dec. 30, 2021 Marathon Form 4 for Merrick Okamoto | |
| W | Oct. 12, 2022 Marathon Form 8-K | |
| X | Feb. 28, 2023 CoinDesk, Stephen Alpher, *Bitcoin Miner Marathon Digital to Restate Some Results on Accounting Issues* | |
| Y | Oct. 20, 2022 Marcum LLP, Robert Graham, *FASB Recommends New Cryptocurrency Accounting Method with Significant Impact on Corporate Reporting* | |

/ / /

/ / /

/ / /

/ / /

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my knowledge, information and belief.

Executed on:  August 5, 2024.

**FLANGAS LAW GROUP**

*/s/Kimberly P. Stein*
KIMBERLY P. STEIN
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500

3

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on August 5, 2024, that I electronically filed the above and foregoing document entitled **DECLARATION OF KIMBERLY P. STEIN IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/Andi Hughes
An employee of Flangas Law Group

4