**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**WEIL, GOTSHAL & MANGES LLP**
JONATHAN D. POLKES (*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
CAROLINE HICKEY ZALKA (*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

*Attorneys for Defendants Marathon*
*Digital Holdings Inc.,*
*Merrick Okamoto, Frederick G. Thiel,*
*Simeon Salzman, and Hugh J. Gallagher*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>Defendants. | Lead Case No: 2:23-cv-00470-RFB-DJA<br><br><br>**APPENDIX OF EXHIBITS TO DECLARATION OF KIMBERLY P. STEIN IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS – VOLUME 2** |

Defendants Marathon Digital Holdings Inc. ("Marathon"), Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher (collectively, "Defendants")  by and through their counsel of record, hereby file their Appendix of Exhibits in Support of their Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws, pursuant to FRCP 9(b) and 12(b)(6).

| Exhibit No. | Description | Bates Nos. |
|---|---|---|
| **VOLUME 1** | | |
| A | March 10, 2022 Marathon Form 10-K | 1-53 |
| B | November 14, 2022 Marathon Form 10-Q | 54-92 |
| C | August 6, 2020 Marathon Form S-3 | 93-159 |
| D | May 10, 2022 Everything Blockchain, Inc. Form 10-K, excerpted (cover and pages 15, 16, 23, and 61) | 160-165 |
| E | March 16, 2021 Marathon Form 10-K | 166-213 |
| F | June 30, 2022 Association of International Certified Professional Accountants, Accounting for an auditing of digital assets, excerpted (cover and pages iii–v, 15, and 18) | 214-221 |
| G | September 30, 2022 Financial Accounting Standards Board, Staff Paper | 222-236 |
| H | April 15, 2022 Ault Alliance, Inc. Form 10-K, excerpted (cover, F-26, F-27, and signature pages) | 237-245 |
| **VOLUME 2** | | |
| I | April 6, 2023 Bit Digital, Inc. Form 6-K | 246-250 |
| J | March 2, 2023 Riot Platforms, Inc. Form 8-K | 251-255 |
| K | March 16, 2023 Marathon Form 10-K, excerpted (cover and pages 29, 41–46, 58–59, 63, 94–98, and 111) | 256-279 |
| L | August 9, 2022 Marathon Form 10-Q | 280-298 |
| M | December 2021 KPMG Revenue Recognition Handbook, excerpted (cover and pages 617–621) | 299-306 |
| N | February 28, 2023 Marathon Form 8-K | 307-311 |
| O | February 28, 2023 Marathon Form 8-K | 312-313 |
| P | February 22, 2023 Bit Digital Inc. SEC Comment Letter | 314-317 |
| Q | December 15, 2023 Deloitte, FASB Issues Final Standard on Crypto Assets | 318-325 |
| R | March 23, 2023 Financial Accounting Standards Board Proposed Accounting Standard Update, excerpted (cover and pages 17–18) | 326-331 |

| Exhibit No. | Description | Bates Nos. |
|---|---|---|
| S | March 8, 2024 Stronghold Digital Mining, Inc. Form 10-K, excerpted (cover and pages 51, 52, 131, and 132) | 332-338 |
| T | December 1, 2023 Cleanspark, Inc. Form 10-K, excerpted (cover and pages 38 and 52) | 339-342 |
| U | Form 10-K SEC General Instructions | 343-362 |
| V | December 30, 2021 Marathon Form 4 for Merrick Okamoto | 363-365 |
| W | December 30, 2021 Marathon Form 4 for Merrick Okamoto | 366-367 |
| X | February 28, 2023 CoinDesk, Stephen Alpher, Bitcoin Miner Marathon Digital to Restate Some Results on Accounting Issues | 368-372 |
| Y | October 20, 2022 Marcum LLP, Robert Graham, FASB Recommends New Cryptocurrency Accounting Method with Significant Impact on Corporate Reporting | 373-375 |

Dated this 5th day of August 2024.    **FLANGAS LAW GROUP**

*/s/Kimberly P. Stein*
KIMBERLY P. STEIN
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com

**WEIL GOTSHAL & MANGES, LLP**
JONATHAN D. POLKES (*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
CAROLINE HICKEY ZALKA (*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com

*Attorneys for Defendants Marathon Digital Holdings Inc., Frederick G. Thiel, Merrick Okamoto, Simeon Salzman, and Hugh J. Gallagher*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on August 5, 2024, that I electronically filed the above and foregoing document entitled **APPENDIX OF EXHIBITS TO DECLARATION OF KIMBERLY P. STEIN IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS – VOLUME 2** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/Andi Hughes
An employee of Flangas Law Group