# EXHIBIT K

**Mar. 16, 2023 Marathon Form 10-K, excerpted (cover and pages 29, 41–46, 58–59, 63, 94–98, and 111)**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15 (D) OF THE SECURITIES AND EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2022

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (D) OF THE SECURITIES AND EXCHANGE ACT OF 1934

For the transition period from _____ to _____

# MARATHON DIGITAL HOLDINGS, INC.
(Exact Name of Registrant as Specified in Charter)

| Nevada | 001-36555 | 01-0949984 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 101 NE Third Avenue, Suite 1200, Fort Lauderdale, FL | 33301 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: 702-945-2773

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock | MARA | The Nasdaq Capital Market |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. Yes ☒ No ☐

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. ☒

| | | | |
|---|---|---|---|
| Large Accelerated Filer | ☒ | Accelerated Filer | ☐ |
| Non-accelerated Filer | ☐ | Smaller Reporting Company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act) Yes ☐ No ☒

The aggregate market value of the common stock, no par value, held by non-affiliates of the registrant, based on the closing sale price of registrant's common stock as quoted on the Nasdaq Capital Market on June 30, 2022 (the last business day of the registrant's most recently completed second fiscal quarter), was approximately $600,000 thousand. Accordingly, the registrant qualifies under the SEC's revised rules as a "large accelerated filer."

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date 167,247,030 shares of common stock are issued and outstanding as of March 13, 2023.

***Because there has been limited precedent set for financial accounting of bitcoin and other cryptocurrency assets, the determination that we have made for how to account for cryptocurrency assets transactions may be subject to change.***

Because there has been limited precedent set for the financial accounting of cryptocurrencies and related revenue recognition and no official guidance has yet been provided by the Financial Accounting Standards Board or the SEC, it is unclear how companies may in the future be required to account for cryptocurrency transactions and assets and related revenue recognition. A change in regulatory or financial accounting standards could result in the necessity to change our accounting methods and restate our financial statements. Such a restatement could adversely affect the accounting for our newly mined cryptocurrency rewards and more generally negatively impact our business, prospects, financial condition and results of operations. Such circumstances would have a material adverse effect on our ability to continue as a going concern or to pursue our new strategy at all, which would have a material adverse effect on our business, prospects or operations as well as and potentially the value of any cryptocurrencies we hold or expect to acquire for our own account and harm investors.

***We have never paid nor do we expect in the near future to pay cash dividends.***

We have never paid cash dividends on our capital stock and do not anticipate paying any cash dividends on our Common Stock for the foreseeable future. While it is possible that we may declare a dividend after a large settlement, investors should not rely on such a possibility, nor should they rely on an investment in us if they require income generated from dividends paid on our capital stock. Any income derived from our Common Stock would only come from rise in the market price of our Common Stock, which is uncertain and unpredictable.

***Offers or availability for sale of a substantial number of shares of our Common Stock may cause the price of our Common Stock to decline.***

If our stockholders sell substantial amounts of our Common Stock in the public market upon the expiration of any statutory holding period or lockup agreements, under Rule 144, or issued upon the exercise of outstanding warrants or other convertible securities, it could create a circumstance commonly referred to as an "overhang" and in anticipation of which the market price of our Common Stock could fall. The existence of an overhang, whether or not sales have occurred or are occurring, also could make more difficult our ability to raise additional financing through the sale of equity or equity-related securities in the future at a time and price that we deem reasonable or appropriate. The shares of our restricted Common Stock will be freely tradable upon the earlier of: (i) effectiveness of a registration statement covering such shares and (ii) the date on which such shares may be sold without registration pursuant to Rule 144 (or other applicable exemption) under the Securities Act of 1933, as amended ("Securities Act").

## ITEM 1B. UNRESOLVED STAFF COMMENTS

The Company received Staff comments during 2022 which are material and still under review as set forth below. We additionally have described below certain comments more recently received which relate to certain restatement items in this Form 10-K in order to provide complete disclosure and not imply that the restated items set forth below have been fully resolved.

● Revenue recognition. The Staff commented on the Company's revenue recognition policy in its capacity as a pool operator and in its capacity as a pool participant, with specific attention on the Company's previous net recognition of revenue as an operator of a pool. The Company has, in the restated financial results, revised its revenue to include gross revenue earned as pool operator with any amounts remitted to third party pool participants as cost of revenue. The Staff further commented on the Company's accounting convention to recognize its noncash (bitcoin) revenue using fair value that is not at contract inception. The Company has evaluated the difference between its current accounting policy and fair value at contract inception and has determined that any differences in revenue are not material for all periods stated.

● Impairment of bitcoin. The Staff objected to the Company's calculation of impairment of bitcoin using a daily closing price. The Company has, in the restated financial results, revised its calculation to calculate impairment of bitcoin using the intraday low price of bitcoin.

● Accounting for investment fund. The Staff commented on whether the Company should have consolidated an investment fund in which the Company was the sole limited partner and, if so, whether its accounting for the income and expenses of the investment fund were appropriately classified within the Company's Statements of Other Comprehensive Income (Loss). The Company has since determined it would consolidate the NYDIG Fund and updated its classification of income and expenses of the investment fund within the Statements of Other Comprehensive Income (Loss) as part of the restated financial results.

● Statements of Other Comprehensive Income (Loss) Presentation. The Staff has commented on the classification and inclusion of certain items in loss from operation versus in other income (expense). These items include realized gain (loss) on sales of digital assets, interest income, impairment on digital assets and patents, and gain on sale of equipment. The Company has since revised its presentation prospectively, and in the restated financial results.

● Embedded leases in Hosting and Power Arrangements. The Staff has asked the Company for a comprehensive analysis around whether each of its server hosting arrangements contain embedded leases. The Company has provided such analysis and included any required disclosure as a result of such analysis in the Notes to its Consolidated Financial Statements.

● Investments. The Staff has requested fulsome analysis of the Company's accounting for various Simple Agreements on Future Equity ("SAFEs") and its investment in equity of certain investees. The Company has provided such analysis and has included impacts of any change in accounting for such investments in the restated financial results.

● Risk factors. The Staff has requested further disclosure on material risks due to regulations, ability to obtain financing, reputational harm, and depreciation of digital assets prices. The Company has considered such risks and has made the disclosures accordingly.

● Bitcoin as collateral. The Staff has raised several comments on the Company's accounting for bitcoin used as collateral within the Company's lending arrangements. The Company continues to respond to the Staff's comments based on its application of U.S. GAAP and has not changed its classification of such bitcoin used as collateral as Digital assets, restricted.

## ITEM 2. PROPERTIES

The Company leases office space at the following locations under operating lease agreements:

258

- 1180 North Town Center Drive, Suite 100, Las Vegas, Nevada 89144

- Tower 101, 101 NE Third Avenue, Fort Lauderdale, Florida, 33301

- 300 Spectrum Center Drive, Irvine CA, 92618

- 3306 5th Street SE, East Wenatchee, Washington, 98802

- 512 N. Douglas Ave., Oklahoma City, OK, 73106

29

Adjusted EBITDA is not a measurement of financial performance under GAAP and, as a result, this measure may not be comparable to similarly titled measures of other companies. Non-GAAP financial measures are subject to material limitations as they are not in accordance with, or a substitute for, measurements prepared in accordance with GAAP. Adjusted EBITDA is not meant to be considered in isolation and should be read only in conjunction with our Interim Reports on Form 10-Q and our Annual Reports on Form 10-K as filed with the Securities and Exchange Commission. Management uses both adjusted EBITDA and the supplemental information provided herein as a means of understanding, managing, and evaluating business performance and to help inform operating decision making. We rely primarily on our Consolidated Condensed Financial Statements to understand, manage, and evaluate our financial performance and use the non-GAAP financial measures only supplementally.

**Operations Summary**

During the first quarter of 2022, the Company announced its intention of exiting the facility in Hardin, MT ("Hardin"). On July 28, 2022, the Company terminated its power purchase agreements and commenced the acceleration of its exit from Hardin. This exit was completed in September 2022. The Company had deployed approximately 30,000 mining rigs at Hardin. During the year ended December 31, 2022, the Company recorded accelerated hosting and depreciation costs related to this early exit from the Hardin facility. In addition to the accelerated depreciation expense, upon exiting the facility the Company determined that the useful lives of the remaining mining rigs formerly deployed at Hardin should be reduced from 36 months to 24 months.

In late 2021, the Company contracted with a joint venture among Compute North and affiliates of NextEra Energy for hosting services in McCamey, TX and expected its mining rigs to begin coming online during the second quarter of 2022. King Mountain Upton Wind, LLC ("King Mountain") had filed a petition on April 5, 2022 seeking a declaratory order to confirm its status as an exempt wholesale generator ("EWG"). In the Petition, King Mountain stated that it proposed to share ownership of interconnection facilities that are currently eligible facilities within the meaning of section 32(a)(2) of the Public Utility Holding Company Act (PUHCA) as tenants-in common with a retail energy customer. However, the approval of this petition was delayed until July 15, 2022, when the Federal Energy Regulatory Commission ("FERC") found that King Mountain would retain its status as an EWG notwithstanding a proposal to share ownership of the Interconnection Facilities as tenants-in-common with a retail energy customer. As a result, the bulk of the Company's rigs did not come online until the early part of the fourth quarter. On December 15, 2022, US Bitcoin Corp ("US Bitcoin") replaced Compute North as a joint venture partner (and the operator of the facility) as a result of the Compute North bankruptcy.

In July 2022, the Company expanded certain hosting arrangements with Compute North in Granbury, TX. On December 15, 2022, US Bitcoin Corp replaced Compute North as the operator of this facility as a result of the Compute North Bankruptcy.

During the third and fourth quarters of 2022 the Company entered into a series of agreements to secure additional hosting capacity with Applied Digital as the partner at Garden City, TX, Ellendale, ND, and Jamestown, ND. These sites are expected to come online in phases during the first and second quarters of 2023.

**Results of Operations - Year ended December 31, 2022 compared to December 31, 2021 (Restated)**

**Financial Summary Table:**

| (in thousands) | | Years ended December 31, | | | | Favorable (Unfavorable) | |
|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 (Restated) | | | |
| Total revenues | $ | 117,753 | $ | 159,163 | $ | (41,410) | |
| **Costs and expenses** | | | | | | | |
| **Cost of revenues** | | | | | | | |
| Cost of revenues - energy, hosting and other | | (72,717) | | (27,491) | | (45,226) | |
| Cost of revenues - depreciation and amortization | | (78,709) | | (14,904) | | (63,805) | |
| Total cost of revenues | | (151,426) | | (42,395) | | (109,031) | |
| **Operating expenses** | | | | | | | |
| General and administrative expenses | | (56,739) | | (174,355) | | 117,616 | |
| Legal reserves | | (26,131) | | - | | (26,131) | |
| Impairment of deposits due to vendor bankruptcy filing | | (24,661) | | - | | (24,661) | |
| Impairment of digital assets | | (173,215) | | (30,329) | | (142,886) | |
| Impairment of patents | | (919) | | - | | (919) | |
| Impairment of mining equipment and advances to vendors | | (332,933) | | - | | (332,933) | |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | | (14,460) | | 557 | | (15,017) | |
| Gain on sale of equipment, net of disposals | | 83,880 | | - | | 83,880 | |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | | (85,017) | | 74,696 | | (159,713) | |
| Total operating expenses | | (630,195) | | (129,431) | | (500,764) | |
| **Operating income (loss)** | | **(663,868)** | | **(12,663)** | | **(651,205)** | |
| Other non-operating income (loss) | | 1,283 | | (287) | | 1,570 | |
| Impairment of loan and investment due to vendor bankruptcy filing | | (31,013) | | - | | (31,013) | |
| Interest expense | | (14,980) | | (1,570) | | (13,410) | |
| **Income (loss) before income taxes** | | **(708,578)** | | **(14,520)** | | **(694,058)** | |
| Income tax benefit (expense) | | 21,838 | | (22,576) | | 44,414 | |
| **Net income (loss)** | $ | **(686,740)** | $ | **(37,096)** | $ | **(649,644)** | |
| **Supplemental information:** | | | | | | | |
| Bitcoin ("BTC") production during the period, in BTC | | 4,144 | | 3,197 | | 947 | |
| Total margin (revenues less total cost of revenues) | $ | (33,673) | $ | 116,768 | $ | (150,441) | |
| General and administrative expenses excluding stock-based compensation | $ | (32,144) | $ | (13,569) | $ | (18,575) | |
| Total impairments due to vendor bankruptcy filing | $ | (55,674) | $ | - | $ | (55,674) | |
| Total change in carrying value of digital assets | $ | (272,692) | $ | 44,924 | $ | (317,616) | |
| **Reconciliation to Adjusted EBITDA:** | | | | | | | |
| **Net (loss)** | $ | **(686,740)** | $ | **(37,096)** | $ | **(649,644)** | |
| Exclude: Interest expense | | 14,980 | | 1,570 | | 13,410 | |
| Exclude: Income tax expense (benefit) | | (21,838) | | 22,576 | | (44,414) | |
| **EBIT** | | **(693,598)** | | **(12,950)** | | **(680,648)** | |
| Exclude: Depreciation and amortization | | 78,709 | | 14,904 | | 63,805 | |
| **EBITDA** | | **(614,889)** | | **1,954** | | **(616,843)** | |
| Stock compensation expense | | 24,595 | | 160,786 | | (136,191) | |
| Impairment of assets due to vendor bankruptcy filing | | 55,674 | | - | | 55,674 | |
| Impairment of patents | | 919 | | - | | 919 | |
| **Adjusted EBITDA** | $ | **(533,701)** | $ | **162,740** | $ | **(696,441)** | |

42

*Revenues*: We generated revenues of $117,753 thousand for the year ended December 31, 2022 compared with $159,163 thousand in 2021. The $41,410 thousand decrease in revenue was primarily driven by a $77,286 thousand decrease in revenue resulting from lower bitcoin prices in 2022, partially offset by increased revenues of $44,570 thousand related to a 30% increase in production year-over-year. Revenues also declined by $8,694 thousand in 2022 as the Company ceased operation of a mining pool that included third parties. Despite the overall increase in production for the year, the company experienced significant production downtime in the second and third quarters as a result of the aforementioned exit from Hardin and delays in energization at King Mountain. Production during the third quarter was down 50% from the prior year. Our best production quarters of 2022 were the first quarter and the fourth quarter.

*Cost of revenues*: Cost of revenues - energy, hosting and other during the year ended December 31, 2022, totaled $72,717 thousand compared with $27,491 thousand in the prior-year period. The $45,226 thousand increase was driven by higher production costs of $30,134 thousand per bitcoin mined, accelerated costs of $18,218 thousand associated with the early exit from Hardin and to a lesser extent, the impact of increased bitcoin production on costs of $5,566 thousand. Partially offsetting these increased costs was an $8,694 thousand decline in cost of revenues related to the discontinuation of the third party mining pool in 2022. Cost of revenues - depreciation and amortization was $78,709 thousand in the current-year period compared with $14,904 thousand in the prior-year period, an increase of $63,805 thousand. This increase was primarily due to the depreciation acceleration of $36,032 thousand related to our exit of the Hardin, MT facility and increased depreciation costs of $27,773 thousand associated with a higher number of mining rigs in operation.

*Total Margin*: Total margin was a loss of $33,673 thousand in the current-year period compared with income of $116,768 thousand in the prior-year period, a decline of $150,441 thousand. This decline was driven by the factors discussed above, which are summarized in the table below:

| | *(in thousands)* |
|---|---:|
| Revenue: | |
| • Impact of higher production activity | $ 44,570 |
| • Impact of lower bitcoin market prices | (77,286) |
| • Impact of discontinuation of third party mining pool vs prior year | (8,694) |
| Cost of revenue - energy, hosting and other: | |
| • Impact of higher unit costs | (30,134) |
| • Impact of accelerated cost recognition from Hardin exit | (18,218) |
| • Impact of higher production activity | (5,566) |
| • Impact of discontinuation of third party mining pool vs prior year | 8,694 |
| Cost of revenue - depreciation and amortization: | |
| • Impact of accelerated cost recognition from Hardin exit | (36,032) |
| • Other, primarily increased mining rigs in operation | (27,773) |
| | $ (150,439) |

*General and administrative expenses*: General and administrative expenses were $56,739 thousand for the year ended December 31, 2022, compared with expenses of $174,355 thousand in the prior-year period. Our general and administrative expenses included stock-based (non-cash) compensation expense of $24,595 thousand in the current-year period and $160,786 thousand in the prior-year period. General and administrative expenses excluding stock-based compensation was $32,144 thousand in the current-year period compared with $13,569 thousand in the prior-year period. This $18,575 thousand increase in expense was primarily due to the increase in the scale of the business, including higher payroll and benefits costs of $7,173 thousand, increased professional fees of $3,590 thousand, increased insurance costs of $3,810 thousand, higher travel and conference costs of $2,186 thousand and higher costs in various other areas related to the increased scale of the business, including higher property taxes, banking fees, rent expense, computer costs and equipment repairs.

*Legal reserves:* In connection with a dispute concerning the settlement of certain restricted stock unit awards previously granted to the Company's former Chief Executive Officer and Chairman, the Company entered into a settlement agreement pursuant to which the Company agreed to pay $24,000 thousand during the year ended December 31, 2022. The Company also entered into agreements in respect to seven other recipients of the same restricted stock unit awards. Payments related to these agreements during the year ended December 31, 2022 totaled approximately $2,131 thousand in the aggregate.

*Total impairments due to vendor bankruptcy filing:* On September 22, 2022, Compute North filed for restructuring under chapter 11 of the U.S. Bankruptcy Code. During the year ended December 31, 2022, the Company assessed the impairment of assets associated with Compute North due to the bankruptcy proceedings. As a result, the Company recorded impairment charges of approximately $24,661 thousand in operating expenses (related to deposits) and approximately $31,013 thousand (related to certain loans and preferred stock investments) as non-operating expenses.

*Total change in carrying value of digital assets:*

- Impairment of digital assets: We incurred impairments of digital assets during the year ended December 31, 2022 of $173,215 thousand compared with impairments of $30,329 thousand in the prior-year period.

- Realized and unrealized gains (losses) on digital assets loan receivable and digital assets: We incurred a loss of $14,460 thousand during the year ended December 31, 2022 compared with a gain of $557 thousand in the prior year period. The loss in the current year period was primarily a result of the decline in fair value of digital asset loan receivable prior to the repayment of the loan in June, 2022. The gain in the prior year period was primarily the result of a modest increase in the fair value of the loan receivable.

- Change in fair value of digital assets held in fund: On June 10, 2022, the company withdrew all remaining bitcoin from its investment fund. Total changes in the fair value of investment fund from January 1, 2022 through the June 10, 2022 withdrawal date resulted in an unrealized loss of $85,017 thousand in the current year period. During the prior-year period, the change in fair value of the bitcoin held in the investment fund was an unrealized gain of $74,696 thousand.

*Impairment of patents:* The Company recorded an impairment of $919 thousand in the current-year period related to certain patents no longer utilized in its business operations.

*Impairment of fixed assets and advances to vendors:* In accordance with ASC 360-10 - "Impairment and Disposal of Long-Lived Assets" ("ASC 360"), any long-lived asset group that is held and used must be reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of the long-lived asset group might not be recoverable. Due to the significant decrease in fair values of bitcoin mining rigs during the fourth quarter ended December 31, 2022, the Company assessed the need for an impairment write-down of both bitcoin mining rigs (held as fixed assets) and advances to vendors (a current asset) representing deposits associated with the future delivery of mining rigs. In accordance with ASC 360-10, the Company determined that both of these asset categories had carrying values in excess of fair value, and accordingly, the Company recognized impairment charges for both the bitcoin mining rigs of $208,622 thousand and the advances to vendors of $124,311 thousand - a total impairment of approximately $332,933 thousand for the year ended December 31, 2022. In addition, as part of its periodic review of its fixed asset groups, the Company decided to change the estimated useful life for its asset group of mining rigs from 5 years to 3 years, effective January 1, 2023.

*Gain on sales of equipment, net*: In late 2021, the Company entered into an agreement with DCRBN Ventures Development and Acquisition LLC ("DCRBN") in which the Company agreed to sell certain mining rigs to DCRBN in conjunction with the development of commercial activities at the McCamey, TX facility. In conjunction with its exit from the Hardin, MT facility, the Company also sold bitcoin mining rigs to various third parties. Total cash proceeds from these sales of assets for the year ended December 31, 2022 were $178,371 thousand and gains resulting from the asset sales totaled $83,880 thousand in the current-year period. There were no such sales in 2021.

*Other non-operating income (loss)*: Other non-operating income was $1,283 thousand during the current year period compared to a loss of $287 thousand in the prior-year period. The $1,570 thousand favorable variances was primarily due to the absence of warrant expense of $1,048 thousand recorded in the prior-year period to a lesser extent, increased interest income and other income.

*Interest expense*: Interest expense increased $13,410 thousand from the prior year as a result of higher interest related to the convertible notes issued in November 2021 of $6,633 thousand, amortization of debt issuance costs of $3,664 thousand and other interest costs primarily related to the Company's Term loan and revolving credit ("RLOC") facilities.

44

***Income tax (expense) benefit***: The Company recorded income tax benefit of $21,838 thousand for the year ended December 31, 2022 compared with an income tax expense of $22,576 thousand in the prior-year period. The primary drivers of the $44,414 thousand favorable tax variance were favorable federal impacts vs. the prior-year period of $145,657 thousand), favorable state tax impacts vs. the prior-year period of $18,684 thousand, and beneficial impacts of changes in executive compensation deduction limitations of $22,855 thousand partially offset by unfavorable impact of changes in our valuation allowance of $145,004 thousand

***Net loss***: We recorded a net loss of $686,740 thousand in the current-year period compared with net loss of $37,096 thousand in the prior period. The $649,644 thousand decline in earnings was primarily driven by declines in the carrying value of our digital assets of $317,616 thousand in the aggregate, the impairment of mining rigs and advances to vendors of $332,933 thousand in the aggregate, lower total margin of $150,441 thousand, impairments of $55,674 thousand related to the Compute North bankruptcy, legal reserves of $26,131 thousand and increased interest expense of $13,410 thousand. Partially offsetting these unfavorable variances was a significant reduction in general and administrative expenses of $117,616 thousand primarily associated with lower stock-based compensation, gains on sales of rigs of $83,880 thousand, the $44,414 thousand favorable income tax variance and a slight increase in other non-operating income.

***Adjusted EBITDA***: Adjusted EBITDA was a loss of $533,701 thousand compared with a positive adjusted EBITDA of $162,740 thousand in the prior-year period. The $696,441 thousand decline was primarily driven by declines in the carrying value of our digital assets of $317,616 thousand in the aggregate, the impairment of mining rigs and advances to vendors of $332,933 thousand in the aggregate, lower total margin excluding depreciation and amortization of $86,636 thousand, legal reserves of $26,131 thousand, and higher general and administrative expenses, excluding non-cash stock-based compensation costs of $18,575 thousand. Partially offsetting these unfavorable variances were gains on the sales of mining rigs of $83,880 thousand and increases in non-operating income of $1,570 thousand.

### Results of Operations - Year ended December 31, 2021 (Restated) compared to December 31, 2020

**Financial Summary Table:**

| | | Years ended December 31, | | | | |
|---|---|---|---|---|---|---|
| (in thousands) | | 2021 (Restated) | | 2020 | | Favorable (Unfavorable) |
| **Total revenues** | $ | 159,163 | $ | 4,357 | $ | 154,806 |
| | | | | | | |
| **Costs and expenses** | | | | | | |
| **Cost of revenues** | | | | | | |
| Cost of revenues - energy, hosting and other | | (27,491) | | (3,851) | | (23,640) |
| Cost of revenues - depreciation and amortization | | (14,904) | | (3,064) | | (11,840) |
| Total cost of revenues | | (42,395) | | (6,915) | | (35,480) |
| **Operating expenses** | | | | | | |
| General and administrative expenses | | (174,355) | | (6,404) | | (167,951) |
| Impairment of digital assets | | (30,329) | | - | | (30,329) |
| Impairment of mining equipment and advances to vendors | | - | | (871) | | 871 |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | | 557 | | 15 | | 542 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | | 74,696 | | - | | 74,696 |
| Total operating expenses | | (129,431) | | (7,260) | | (122,171) |
| **Operating income (loss)** | | **(12,663)** | | **(9,818)** | | **(2,845)** |
| Other non-operating income (loss) | | (287) | | (607) | | 320 |
| Interest expense | | (1,570) | | (21) | | (1,549) |
| **Income (loss) before income taxes** | | (14,520) | | (10,446) | | (4,074) |
| Income tax benefit (expense) | | (22,576) | | (2) | | (22,574) |
| **Net income (loss)** | $ | **(37,096)** | $ | **(10,448)** | $ | **(26,648)** |
| | | | | | | |
| **Supplemental information:** | | | | | | |
| Bitcoin ("BTC") production during the period, in BTC | | 3,197 | | 338 | | 2,859 |
| Total margin (revenues less total cost of revenues) | $ | 116,768 | $ | (2,558) | $ | 119,326 |
| General and administrative expenses excluding stock-based compensation | $ | (13,569) | $ | (5,226) | $ | (8,343) |
| Total change in carrying value of digital assets | $ | 44,924 | $ | 15 | $ | 44,909 |
| | | | | | | |
| **Reconciliation to Adjusted EBITDA:** | | | | | | |
| **Net (loss)** | $ | **(37,096)** | $ | **(10,448)** | $ | **(26,648)** |
| Exclude: Interest expense | | 1,570 | | 21 | | 1,549 |
| Exclude: Income tax expense | | 22,576 | | 2 | | 22,574 |
| **EBIT** | | **(12,950)** | | **(10,425)** | | **(2,525)** |
| Exclude: Depreciation and amortization | | 14,904 | | 3,064 | | 11,840 |
| **EBITDA** | | **1,954** | | **(7,361)** | | **9,315** |
| Stock compensation expense | | 160,786 | | 1,178 | | 159,608 |
| **Adjusted EBITDA** | $ | **162,740** | $ | **(6,183)** | $ | **168,923** |

***Revenues***: We generated revenues of $159,163 thousand during the year ended December 31, 2021, compared with $4,357 thousand during the prior-year period. The $154,806 thousand increase was primarily attributable to the impact of significantly higher bitcoin prices, which resulted in a $109,253 thousand increase in revenue, increased production, which resulted in a $36,854 thousand increase in revenue, and, to a lesser extent a $8,699 thousand increase in revenues related to the Company's operation of a mining pool that included third parties in 2021.

***Cost of revenues***: Cost of revenues - energy, hosting and other during the year ended December 31, 2021, totaled $27,491 thousand compared with $3,851 thousand in the prior-year period. The $23,640 thousand increase was driven by increased production of $32,574 thousand, and increased cost of revenues associated with the third party mining pool of $8,699 thousand partially offset by lower production costs per bitcoin mined of $17,633 thousand. Cost of revenues - depreciation and amortization was $14,904 thousand for the year ended December 31, 2021, compared with $3,064 thousand in 2020, an increase of $11,840 thousand resulting from a higher number of mining rigs in operation in 2021.

***Total Margin:*** Total margin was $116,768 thousand for the year ended December 31, 2021, compared with a loss of $2,558 thousand in 2020, an increase of $119,326 thousand. This increase was driven by the factors discussed above, which are summarized in the table below:

| | | | *(in thousands)* |
|---|---|---|---|
| Revenue: | | | |
| • | Impact of higher production activity | $ | 36,854 |
| • | Impact of lower bitcoin market prices | | 109,253 |
| • | Impact of third party mining pool | | 8,699 |
| Cost of revenue - energy, hosting and other: | | | |
| • | Impact of higher production activity | | (32,574) |
| • | Impact of third party mining pool | | (8,699) |
| • | Impact of decreased cost per bitcoin mined | | 17,633 |
| Cost of revenue - depreciation and amortization: | | | |
| • | Primarily increased mining rigs in operation | | (11,840) |
| | | $ | 119,326 |

***General and administrative expenses***: General and administrative expenses were $174,355 thousand for year ended December 31, 2021 compared with expenses of $6,404 thousand in 2020, an increase of $167,951 thousand. Our general and administrative expenses included stock-based (non-cash) compensation expense of $160,786 thousand in the year ended December 31, 2021 compared with $1,178 thousand in the prior-year period. General and administrative expenses excluding stock-based compensation increased to $13,569 thousand in 2021 from $5,226 thousand in 2020, reflecting the increased scope of our operations in 2021 compared to 2020.

***Total change in carrying value of digital assets:***

- Impairment of digital assets: We incurred impairments of digital assets during the year ended December 31, 2021 of $30,329 thousand. There were no such impairments in 2020.

- Change in fair value of digital assets held in fund: On January 25, 2021, the company purchased $150,000 thousand in bitcoin through an investment fund. Total changes in the fair value of the investment fund from the date of inception through December 31, 2021 resulted in an unrealized gain of $74,696 thousand.

***Impairment of mining rigs:*** The Company recorded an impairment of $871 thousand on certain mining rigs in 2020.

***Other non-operating income***: Other non-operating income was a loss of $287 thousand in 2021 and a loss of $607 thousand in 2020.

***Interest expense:*** Interest expense increased to $1,570 thousand for the year ended December 31, 2021 primarily as a result of interest related to the convertible notes issued in November 2021.

***Income tax expense***: Income tax expense increased to $22,576 thousand in 2021 versus $2 thousand in 2020 primarily due to the impact executive compensation deduction limitations in 2021 and higher state income taxes partially offset by the impact of a higher valuation allowance in 2021.

***Net loss***: We recorded a net loss of $37,096 thousand for the year ended December 31, 2021 compared with a net loss of $10,448 thousand in 2020. The $26,648 thousand decline was primarily driven by the $167,951 thousand increase in general and administrative expenses, the $30,329 thousand impairment of digital assets in 2021 and the $22,574 thousand increase in income tax expense in 2021, partially offset by the $119,326 thousand increase in total margin and the $74,696 thousand unrealized gain on the value of bitcoin held in the investment fund.

**MARATHON DIGITAL HOLDINGS, INC. AND SUBSIDIARIES**
**Notes to Consolidated Financial Statements**

## NOTE 1 - ORGANIZATION AND DESCRIPTION OF BUSINESS

### Organization

The Company commenced mining bitcoin in 2018 and is solely focused on the mining of bitcoin and ancillary opportunities within the Bitcoin ecosystem which is consistently evolving.

The term "Bitcoin" with a capital "B" is used to denote the Bitcoin protocol which implements a highly available, public, permanent, and decentralized ledger. The term "bitcoin" with a lower case "b" is used to denote the token, bitcoin.

## NOTE 2 - RESTATEMENT OF CONSOLIDATED FINANCIAL STATEMENTS

### Restatement Background

As previously disclosed in the Current Report on Form 8-K filed by the Company with the Securities and Exchange Commission on February 28, 2023, certain of the Company's previously filed interim unaudited and annual audited Consolidated Financial Statements should no longer be relied upon and a restatement is required for these previously issued Consolidated Financial Statements. The Consolidated Financial Statements for the year ended December 31, 2022 include restated Consolidated Financial Statements for the year ended December 31, 2021. In addition, we have restated our Unaudited Quarterly Financial Data for the interim periods within the years 2021 and 2022 as presented in **NOTE 16 - QUARTERLY FINANCIAL DATA (UNAUDITED)**.

Restatement of financial information and prior periods presented was necessary to correct for the following: (i) Revenue Recognition - Principal versus Agent, (ii) Impairment of Digital Assets, (iii) NYDIG Digital Assets Fund III, LP - Consolidation Gross versus Net Presentation, (iv) NYDIG Digital Assets Fund III, LP - Financial Statement Reclassification (v) Disposal of Assets (vi) Other Adjustments, and (vii) the income tax adjustments due to the forementioned errors .

### *Revenue Recognition - Principal versus Agent*

The Company corrected its previous conclusion that as the operator of Marapool ("Operator"), third-party mining pool participants ("pool participants") are its customer. The Company previously viewed such pool participants as principal to the delivery of transaction verification services to the network and requester and therefore recognized revenue net of amount remitted to pool participants' pro rata entitlement to block rewards and transaction fees. The Company has since corrected its revenue recognition policy and concluded that the Company's customers are the transaction requestor and the blockchain network, and that the Company controls the transaction verification services as an Operator. This results in recognition of all transaction fees and block rewards earned from transaction verification services performed by the Company in its role as an Operator of MaraPool as revenue from contracts with customers under Topic 606, with the portion of the transaction fees and block rewards remitted to MaraPool participants as cost of revenues.

The impacts of the Revenue Recognition - Principal versus Agent correction are as follows:

| | Three months ended (unaudited) | | | | Year ended |
|---|---|---|---|---|---|
| (in thousands) | March 31, 2022 (Restated) | June 30, 2022 (Restated) | September 30, 2022 (Restated) | December 31, 2022 | December 31, 2022 |
| Consolidated Statements of Comprehensive Income (Loss) Impact | | | | | |
| Total revenues | 5 | 1 | - | - | **6** |
| Cost of revenues - energy, hosting and other | (5) | (1) | - | - | **(6)** |
| **Net income (loss) impact** | - | - | - | - | - |

| | Three months ended (unaudited) | | | | Year ended |
|---|---|---|---|---|---|
| (in thousands) | March 31, 2021 (Restated) | June 30, 2021 (Restated) | September 30, 2021 (Restated) | December 31, 2021 (Restated) | December 31, 2021 (Restated) |
| Consolidated Statements of Comprehensive Income (Loss) Impact | | | | | |
| Total revenues | - | - | 624 | 8,075 | **8,699** |
| Cost of revenues - energy, hosting and other | - | - | (624) | (8,075) | **(8,699)** |
| **Net income (loss) impact** | - | - | - | - | - |

### *Impairment of Digital Assets*

The Company corrected its calculation of impairment on digital assets that used the U.S. Dollar bitcoin spot rate at a standard cutoff time instead of the lowest U.S. Dollar bitcoin spot rate at any point in time during the day. The Company's correction of this calculation results in it recognizing impairment in an amount by which the carrying value exceeds the fair value of the digital assets at any point in time during the day.

The impacts of the Impairment of Digital Assets correction are as follows:

| | As of (unaudited) | | | |
|---|---|---|---|---|
| (in thousands) | March 31, 2022 (Restated) | June 30, 2022 (Restated) | September 30, 2022 (Restated) | December 31, 2022 |
| Consolidated Balance Sheets Impact | | | | |
| Digital assets | (6,204) | (9,344) | (5,433) | - |
| Digital assets, restricted - Current assets | - | (3,657) | - | - |
| Digital assets, restricted - Other assets | - | - | (3,039) | - |

| | Three months ended (unaudited) | | | | Year ended |
|---|---|---|---|---|---|
| (in thousands) | March 31, 2022 (Restated) | June 30, 2022 (Restated) | September 30, 2022 (Restated) | December 31, 2022 | December 31, 2022 |
| Consolidated Statements of Comprehensive Income (Loss) Impact | | | | | |
| Impairment of digital assets | (3,756) | (6,797) | 4,529 | - | **(6,024)** |
| **Net income (loss) impact** | (3,756) | (6,797) | 4,529 | - | **(6,024)** |

| | As of (unaudited) | | | |
|---|---|---|---|---|
| (in thousands) | March 31, 2021 (Restated) | June 30, 2021 (Restated) | September 30, 2021 (Restated) | December 31, 2021 (Restated) |
| Consolidated Balance Sheets Impact | | | | |
| Digital assets | (204) | (2,148) | (1,597) | (2,448) |

| | Three months ended (unaudited) | | | | Year ended |
|---|---|---|---|---|---|
| (in thousands) | March 31, 2021 (Restated) | June 30, 2021 (Restated) | September 30, 2021 (Restated) | December 31, 2021 (Restated) | December 31, 2021 (Restated) |
| Consolidated Statements of Comprehensive Income (Loss) Impact | | | | | |
| Impairment of digital assets | (204) | (1,944) | 551 | (851) | **(2,448)** |
| **Net income (loss) impact** | (204) | (1,944) | 551 | (851) | **(2,448)** |

59

*Restated Consolidated Statements of Other Comprehensive Income (Loss)*

| | | Year ended December 31, 2021 | | |
|---|---|---|---|---|
| *(in thousands, except share and per share data)* | **As Reported** | **Restatement Adjustments** | **Accounting Policy Adjustments** | **As Restated** |
| **Total revenues** | $ 150,464 | $ 8,699 | $ - | $ 159,163 |
| | | | | |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (18,792) | (8,699) | - | (27,491) |
| Cost of revenues - depreciation and amortization | (14,904) | - | - | (14,904) |
| Total cost of revenues | (33,696) | (8,699) | - | (42,395) |
| **Operating expenses** | | | | |
| General and administrative expenses | (172,303) | (1,202) | (851) | (174,356) |
| Impairment of digital assets | (29,553) | (2,448) | 1,671 | (30,330) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 14 | - | 543 | 557 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | 74,696 | - | 74,696 |
| Total operating expenses | (201,842) | 71,046 | 1,363 | (129,433) |
| | | | | |
| **Operating income (loss)** | | | | |
| Change in fair value of digital assets held in Fund | 73,779 | (73,779) | - | - |
| Other non-operating income (loss) | (307) | - | 19 | (288) |
| Interest expense | (1,570) | - | - | (1,570) |
| **Income (loss) before income taxes** | (13,172) | (2,733) | 1,382 | (14,523) |
| Income tax benefit (expense) | (23,003) | 781 | (354) | (22,576) |
| **Net income (loss)** | $ (36,175) | $ (1,952) | $ 1,028 | $ (37,099) |
| | | | | |
| Net loss per share, basic and diluted: | $ (0.36) | $ (0.02) | $ 0.01 | $ (0.37) |
| Weighted average shares outstanding, basic and diluted: | 99,337,587 | 99,337,587 | 99,337,587 | 99,337,587 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | - | (451) | - | (451) |
| **Comprehensive income (loss)** | (36,175) | (2,403) | 1,028 | (37,550) |

63

*Unaudited Consolidated Interim Statements of Other Comprehensive Income (Loss)*

The following Unaudited Interim Statements of Other Comprehensive Income (Loss) tables present the impacts of the restatement adjustments for the periods ended March 31, 2021 and 2022, June 30, 2021 and 2022, and September 30, 2021 and 2022. For the impacts of the restatement adjustments for the Statements of Other Comprehensive Income (Loss) for the period ended December 31, 2021 refer to **NOTE 2 - RESTATEMENT OF CONSOLIDATED FINANCIAL STATEMENT**. The Statements of Other Comprehensive Income (Loss) for the period ended December 31, 2022 was not subject to restatement and is presented in Part I of **ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA.**

| | For the three months ended March 31, 2021 | | | |
|---|---|---|---|---|
| *(in thousands, except share and per share data)* | **As Reported** | **Restatement Adjustments** | **Accounting Policy Adjustments** | **As Restated** |
| **Total revenues** | $ 9,153 | $ - | $ - | $ 9,153 |
| **Costs and expenses** | | | | |
| Cost of revenues | | | | |
| Cost of revenues - energy, hosting and other | (1,668) | - | - | (1,668) |
| Cost of revenues - depreciation and amortization | (738) | - | - | (738) |
| Total cost of revenues | (2,406) | - | - | (2,406) |
| Operating expenses | | | | |
| General and administrative expenses | (53,140) | (205) | - | (53,345) |
| Impairment of digital assets | (662) | (204) | - | (866) |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | 132,028 | - | 132,028 |
| Total operating expenses | (53,802) | 131,619 | - | 77,817 |
| **Operating loss** | **(47,055)** | **131,619** | **-** | **84,564** |
| Change in fair value of digital assets held in Fund | 131,823 | (131,823) | - | - |
| Other non-operating income (loss) | (1,408) | - | - | (1,408) |
| Interest expense | (1) | - | - | (1) |
| **Income before income taxes** | 83,359 | (204) | - | 83,155 |
| Income tax benefit (expense) | (1) | - | - | (1) |
| **Net income (loss)** | $ **83,358** | $ **(204)** | $ **-** | $ **83,154** |
| **Net income (loss) per share, basic:** | $ 0.88 | $ - | $ - | $ 0.88 |
| **Net income (loss) per share, diluted:** | $ 0.87 | $ - | $ - | $ 0.86 |
| **Weighted average shares outstanding, basic:** | 94,350,216 | 94,350,216 | 94,350,216 | 94,350,216 |
| **Weighted average shares outstanding, diluted:** | 96,251,240 | 96,251,240 | 96,251,240 | 96,251,240 |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | - | - | - | - |
| **Comprehensive income (loss)** | $ 83,358 | $ (204) | $ - | $ 83,154 |

| | For the three months ended June 30, 2021 | | | |
|---|---|---|---|---|
| *(in thousands, except share and per share data)* | **As Reported** | **Restatement Adjustments** | **Accounting Policy Adjustments** | **As Restated** |
| **Total revenues** | $ 29,322 | $ - | $ - | $ 29,322 |
| **Costs and expenses** | | | | |
| Cost of revenues | | | | |
| Cost of revenues - energy, hosting and other | (4,056) | - | - | (4,056) |
| Cost of revenues - depreciation and amortization | (2,938) | - | - | (2,938) |
| Total cost of revenues | (6,994) | - | - | (6,994) |
| Operating expenses | | | | |
| General and administrative expenses | (6,628) | (203) | - | (6,831) |
| Impairment of digital assets | (11,079) | (1,944) | - | (13,023) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 1 | - | - | 1 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | (114,705) | - | (114,705) |
| Total operating expenses | (17,706) | (116,852) | - | (134,558) |
| **Operating income (loss)** | 4,622 | (116,852) | - | (112,230) |
| Change in fair value of digital assets held in Fund | (114,908) | 114,908 | - | - |
| Other non-operating income (loss) | 1,400 | - | - | 1,400 |
| Interest expense | (1) | - | - | (1) |
| **Income (loss) before income taxes** | (108,887) | (1,944) | - | (110,831) |
| Income tax benefit (expense) | 2 | - | - | 2 |
| **Net income (loss)** | $ **(108,885)** | $ **(1,944)** | $ **-** | $ **(110,829)** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Net loss per share, basic and diluted:** | $ | (1.09) | $ | (0.02) | $ | - | $ | (1.11) |
| **Weighted average shares outstanding, basic and diluted:** | | 99,466,946 | | 99,466,946 | | 99,466,946 | | 99,466,946 |
| | | | | | | | | |
| **Other comprehensive income (loss)** | | | | | | | | |
| Foreign currency translation adjustments | | - | | - | | - | | - |
| **Comprehensive income (loss)** | $ | (108,885) | $ | (1,944) | $ | - | $ | (110,829) |

94

| (in thousands, except share and per share data) | For the six months ended June 30, 2021 | | | |
| --- | --- | --- | --- | --- |
| | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
| Total revenues | $ 38,475 | $ - | $ - | $ 38,475 |
| | | | | |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (5,724) | - | - | (5,724) |
| Cost of revenues - depreciation and amortization | (3,676) | - | - | (3,676) |
| Total cost of revenues | (9,400) | - | - | (9,400) |
| **Operating expenses** | | | | |
| General and administrative expenses | (59,768) | (408) | - | (60,176) |
| Impairment of digital assets | (11,741) | (2,148) | - | (13,889) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 1 | - | - | 1 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | 17,323 | - | 17,323 |
| Total operating expenses | (71,508) | 14,767 | - | (56,741) |
| **Operating income (loss)** | (42,433) | 14,767 | - | (27,666) |
| Change in fair value of digital assets held in Fund | 16,915 | (16,915) | - | - |
| Other non-operating income (loss) | (8) | - | - | (8) |
| Interest expense | (2) | - | - | (2) |
| **Income (loss) before income taxes** | (25,528) | (2,148) | - | (27,676) |
| Income tax benefit (expense) | 1 | - | - | 1 |
| **Net income (loss)** | $ (25,527) | $ (2,148) | $ - | $ (27,675) |
| | | | | |
| **Net loss per share, basic and diluted:** | $ (0.26) | $ (0.02) | $ - | $ (0.29) |
| **Weighted average shares outstanding, basic and diluted:** | 96,922,964 | 96,922,964 | 96,922,964 | 96,922,964 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | - | - | - | - |
| **Comprehensive income (loss)** | (25,527) | (2,148) | - | (27,675) |

| (in thousands, except share and per share data) | For the three months ended September 30, 2021 | | | |
| --- | --- | --- | --- | --- |
| | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
| Total revenues | $ 51,707 | $ 624 | $ - | $ 52,331 |
| | | | | |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (5,923) | (624) | - | (6,547) |
| Cost of revenues - depreciation and amortization | (4,340) | - | - | (4,340) |
| Total cost of revenues | (10,263) | (624) | - | (10,887) |
| **Operating expenses** | | | | |
| General and administrative expenses | (98,999) | (237) | (428) | (99,664) |
| Impairment of digital assets | (6,732) | 551 | 1,593 | (4,588) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 8 | - | (392) | (384) |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | 42,087 | - | 42,087 |
| Total operating expenses | (105,723) | 42,401 | 773 | (62,549) |
| **Operating income (loss)** | (64,279) | 42,401 | 773 | (21,105) |
| Change in fair value of digital assets held in Fund | 41,850 | (41,850) | - | - |
| Other non-operating income (loss) | 253 | - | - | 253 |
| **Income (loss) before income taxes** | (22,176) | 551 | 773 | (20,852) |
| Income tax benefit (expense) | 3 | - | - | 3 |
| **Net income (loss)** | $ (22,173) | $ 551 | $ 773 | $ (20,849) |
| | | | | |
| **Net loss per share, basic and diluted:** | $ (0.22) | $ 0.01 | $ 0.01 | $ (0.21) |
| **Weighted average shares outstanding, basic and diluted:** | 100,803,809 | 100,803,809 | 100,803,809 | 100,803,809 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | - | - | - | - |
| **Comprehensive income (loss)** | (22,173) | 551 | 773 | (20,849) |

27

95

| (in thousands, except share and per share data) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
|---|---|---|---|---|
| | | For the nine months ended September 30, 2021 | | |
| Total revenues | 90,182 | 624 | - | 90,806 |
| **Costs and expenses** | | | | |
| Cost of revenues | | | | |
| Cost of revenues - energy, hosting and other | (11,647) | (624) | - | (12,271) |
| Cost of revenues - depreciation and amortization | (8,016) | - | - | (8,016) |
| Total cost of revenues | (19,663) | (624) | - | (20,287) |
| Operating expenses | | | | |
| General and administrative expenses | (158,767) | - | (428) | (159,840) |
| Impairment of digital assets | (18,473) | (1,597) | 1,593 | (18,477) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 9 | - | (392) | (383) |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | 59,410 | - | 59,410 |
| Total operating expenses | (177,231) | 57,168 | 773 | (119,290) |
| Operating income (loss) | (106,712) | 57,168 | 773 | (48,771) |
| Change in fair value of digital assets held in Fund | 58,765 | (58,765) | - | - |
| Other non-operating income (loss) | 245 | - | - | 245 |
| Interest expense | (2) | - | - | (2) |
| **Income (loss) before income taxes** | (47,704) | (1,597) | 773 | (48,528) |
| Income tax benefit (expense) | 4 | - | - | 4 |
| **Net income (loss)** | (47,700) | (1,597) | 773 | (48,524) |
| | | | | |
| Net loss per share, basic and diluted: | $ (0.49) | $ (0.02) | $ 0.01 | $ (0.49) |
| Weighted average shares outstanding, basic and diluted: | 98,230,795 | 98,230,795 | 98,230,795 | 98,230,795 |
| | | | | |
| Other comprehensive income (loss) | | | | |
| Foreign currency translation adjustments | - | - | - | - |
| Comprehensive income (loss) | (47,700) | (1,597) | 773 | (48,524) |

| (in thousands, except share and per share data) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
|---|---|---|---|---|
| | | For the three months ended December 31, 2021 | | |
| Total Revenues | $ 60,282 | $ 8,075 | $ - | $ 68,357 |
| **Costs and expenses** | | | | |
| Cost of revenues | | | | |
| Cost of revenues - energy, hosting and other | (7,145) | (8,075) | - | (15,220) |
| Cost of revenues - depreciation and amortization | (6,888) | - | - | (6,888) |
| Total cost of revenues | (14,033) | (8,075) | - | (22,108) |
| Operating expenses | | | | |
| General and administrative expenses | (13,536) | (557) | (423) | (14,516) |
| Impairment of digital assets | (11,080) | (851) | 78 | (11,853) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 5 | - | 935 | 940 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | 15,286 | - | 15,286 |
| Total operating expenses | (24,611) | 13,878 | 590 | (10,143) |
| Operating income (loss) | 21,638 | 13,878 | 590 | 36,106 |
| Change in fair value of digital assets held in Fund | 15,013 | (15,013) | - | - |
| Other non-operating income (loss) | (552) | - | 19 | (533) |
| Interest expense | (1,567) | - | - | (1,567) |
| **Income (loss) before income taxes** | 34,532 | (1,135) | 609 | 34,006 |
| Income tax benefit (expense) | (23,006) | 781 | (354) | (22,579) |
| **Net income (loss)** | $ 11,526 | $ (354) | $ 255 | $ 11,427 |
| | | | | |
| Net income per share, basic: | $ 0.11 | $ - | $ - | $ 0.11 |
| Net income per share, diluted: | $ 0.10 | $ - | $ - | $ 0.10 |
| Weighted average shares outstanding, basic: | 102,620,749 | 102,620,749 | 102,620,749 | 102,620,749 |
| Weighted average shares outstanding, diluted: | 113,402,577 | 113,402,577 | 113,402,577 | 113,402,577 |
| | | | | 273 |
| Other comprehensive income (loss) | | | | |
| Foreign currency translation adjustments | - | (451) | - | (451) |

| | | | | |
|---|---|---|---|---|
| **Comprehensive income (loss)** | 11,526 | (805) | 255 | 10,976 |

96

274

|  | For the three months ended March 31, 2022 | | | |
| --- | --- | --- | --- | --- |
| _(in thousands, except share and per share data)_ | **As Reported** | **Restatement Adjustments** | **Accounting Policy Adjustments** | **As Restated** |
| **Total revenues** | $ 51,718 | $ 5 | $ - | $ 51,723 |
|  |  |  |  |  |
| **Costs and expenses** |  |  |  |  |
| Cost of revenues |  |  |  |  |
| Cost of revenues - energy, hosting and other | (12,517) | (5) | - | (12,522) |
| Cost of revenues - depreciation and amortization | (13,877) | - | - | (13,877) |
| Total cost of revenues | (26,394) | (5) | - | (26,399) |
| Operating expenses |  |  |  |  |
| General and administrative expenses | (13,980) | (214) | (1,322) | (15,516) |
| Impairment of digital assets | (19,551) | (3,756) | 5,660 | (17,647) |
| Impairment of patents | (919) | - | - | (919) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | - | - | (461) | (461) |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | (5,328) | - | (5,328) |
| Total operating expenses | (34,450) | (9,298) | 3,877 | (39,871) |
| **Operating income ( loss)** | (9,126) | (9,298) | 3,877 | (14,547) |
| Change in fair value of digital assets held in Fund | (5,542) | 5,542 | - | - |
| Other non-operating income (loss) | 227 | 20 | - | 247 |
| Interest expense | (2,814) | - | - | (2,814) |
| **Income (loss) before income taxes** | (17,255) | (3,736) | 3,877 | (17,114) |
| Income tax benefit (expense) | 4,296 | 930 | (965) | 4,261 |
| **Net income (loss)** | $ (12,959) | $ (2,806) | $ 2,912 | $ (12,853) |
|  |  |  |  |  |
| **Net loss per share, basic and diluted:** | $ (0.13) | $ (0.03) | $ 0.03 | $ (0.12) |
| **Weighted average shares outstanding, basic and diluted:** | 103,102,596 | 103,102,596 | 103,102,596 | 103,102,596 |
|  |  |  |  |  |
| **Other comprehensive income (loss)** |  |  |  |  |
| Foreign currency translation adjustments | - | - | - | - |
| **Comprehensive income (loss)** | (12,959) | (2,806) | 2,912 | (12,853) |

|  | For the three months ended June 30, 2022 | | | |
| --- | --- | --- | --- | --- |
| _(in thousands, except share and per share data)_ | **As Reported** | **Restatement Adjustments** | **Accounting Policy Adjustments** | **As Restated** |
| **Total revenues** | $ 24,922 | $ 1 | $ - | $ 24,923 |
|  |  |  |  |  |
| **Costs and expenses** |  |  |  |  |
| Cost of revenues |  |  |  |  |
| Cost of revenues - energy, hosting and other | (16,685) | (1) | - | (16,686) |
| Cost of revenues - depreciation and amortization | (24,710) | - | - | (24,710) |
| Total cost of revenues | (41,395) | (1) | - | (41,396) |
| Operating expenses |  |  |  |  |
| General and administrative expenses | (12,420) | (221) | 2,173 | (10,468) |
| Impairment of digital assets | (127,590) | (6,797) | 6,586 | (127,801) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | - | - | (13,999) | (13,999) |
| Gain on sale of equipment, net of disposals | 58,182 | (4,122) | - | 54,060 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | (79,689) | - | (79,689) |
| Total operating expenses | (81,828) | (90,829) | (5,240) | (177,897) |
| **Operating income (loss)** | (98,301) | (90,829) | (5,240) | (194,370) |
| Change in fair value of digital assets held in Fund | (79,910) | 79,910 | - | - |
| Other non-operating income (loss) | 165 | (30) | - | 135 |
| Interest expense | (3,748) | - | - | (3,748) |
| **Income (loss) before income taxes** | (181,794) | (10,949) | (5,240) | (197,983) |
| Income tax benefit (expense) | (9,852) | (577) | (54) | (10,483) |
| **Net income (loss)** | $ (191,646) | $ (11,526) | $ (5,294) | $ (208,466) |
|  |  |  |  |  |
| **Net loss per share, basic and diluted:** | $ (1.75) | $ (0.11) | $ (0.05) | $ (1.90) |
| **Weighted average shares outstanding, basic and diluted:** | 109,437,293 | 109,437,293 | 109,437,293 | 109,437,293 |
|  |  |  |  | 275 |
|  |  |  |  |  |
| **Other comprehensive income (loss)** |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| Foreign currency translation adjustments | - | - | - | - |
| **Comprehensive income (loss)** | (191,646) | (11,526) | (5,294) | (208,466) |

97

| (in thousands, except share and per share data) | For the six months ended June 30, 2022 | | | |
| --- | --- | --- | --- | --- |
| | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
| Total revenues | $ 76,640 | $ 6 | $ - | $ 76,646 |
| | | | | |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (29,202) | (6) | - | (29,208) |
| Cost of revenues - depreciation and amortization | (38,587) | - | - | (38,587) |
| Total cost of revenues | (67,789) | (6) | - | (67,795) |
| **Operating expenses** | | | | |
| General and administrative expenses | (26,400) | (435) | 851 | (25,984) |
| Impairment of digital assets | (147,141) | (10,553) | 12,246 | (145,448) |
| Impairment of patents | (919) | - | - | (919) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | - | - | (14,460) | (14,460) |
| Gain on sale of equipment, net of disposals | 58,182 | (4,122) | - | 54,060 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | - | (85,017) | - | (85,017) |
| Total operating expenses | (116,278) | (100,127) | (1,363) | (217,768) |
| **Operating income (loss)** | (107,427) | (100,127) | (1,363) | (208,917) |
| Change in fair value of digital assets held in Fund | (85,452) | 85,452 | - | - |
| Other non-operating income (loss) | 392 | (10) | - | 382 |
| Interest expense | (6,562) | - | - | (6,562) |
| **Income (loss) before income taxes** | (199,049) | (14,685) | (1,363) | (215,097) |
| Income tax benefit (expense) | (5,556) | 353 | (1,019) | (6,222) |
| **Net income (loss)** | $ (204,605) | $ (14,332) | $ (2,382) | $ (221,319) |
| | | | | |
| Net loss per share, basic and diluted: | $ (1.93) | $ (0.14) | $ (0.02) | $ (2.09) |
| Weighted average shares outstanding, basic and diluted: | 106,101,762 | 106,101,762 | 106,101,762 | 106,101,762 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | - | - | - | - |
| **Comprehensive income (loss)** | (204,605) | (14,332) | (2,382) | (221,319) |

| (in thousands, except share and per share data) | For the three months ended September 30, 2022 | | | |
| --- | --- | --- | --- | --- |
| | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
| Total revenues | $ 12,690 | $ - | $ - | $ 12,690 |
| | | | | |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (13,773) | - | - | (13,773) |
| Cost of revenues - depreciation and amortization | (26,295) | - | - | (26,295) |
| Total cost of revenues | (40,068) | - | - | (40,068) |
| **Operating expenses** | | | | |
| General and administrative expenses | (12,118) | (28) | - | (12,146) |
| Legal reserves | (24,960) | - | - | (24,960) |
| Impairment of deposits due to vendor bankruptcy filing | (7,987) | - | - | (7,987) |
| Impairment of digital assets | (5,904) | 4,529 | - | (1,375) |
| Gain on sale of equipment, net of disposals | 31,935 | (2,115) | - | 29,820 |
| Total operating expenses | (19,034) | 2,386 | - | (16,648) |
| **Operating income (loss)** | (46,412) | 2,386 | - | (44,026) |
| Impairment of loan and investment due to vendor bankruptcy filing | (31,013) | - | - | (31,013) |
| Change in fair value of digital assets held in Fund | (234) | 234 | - | - |
| Other non-operating income (loss) | 238 | - | - | 238 |
| Interest expense | (3,752) | - | - | (3,752) |
| **Income (loss) before income taxes** | (81,173) | 2,620 | - | (78,553) |
| Income tax benefit (expense) | 5,750 | 122 | (14) | 5,858 |
| **Net income (loss)** | $ (75,423) | $ 2,742 | $ (14) | $ (72,695) |
| | | | | |
| Net loss per share, basic and diluted: | $ (0.65) | $ 0.02 | $ - | $ (0.62) |
| Weighted average shares outstanding, basic and diluted: | 116,533,816 | 116,533,816 | 116,533,816 | 116,533,816 |

277

| | | | | |
|---|---|---|---|---|
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | - | - | - | - |
| **Comprehensive income (loss)** | (75,423) | 2,742 | (14) | (72,695) |

98

278

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date: March 16, 2023

**MARATHON DIGITAL HOLDINGS, INC.**

By:    */s/ Fred Thiel*

Name: Fred Thiel

Title: Chief Executive Officer and Executive Chairman
(Principal Executive Officer)


By:    */s/ Hugh Gallagher*

Name: Hugh Gallagher

Title: Chief Financial Officer
(Principal Financial and Accounting Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| */s/ Fred Thiel*<br>Fred Thiel | Chief Executive Officer and Chairman<br>(Principal Executive Officer) | March 16, 2023 |
| */s/ Hugh Gallagher*<br>Hugh Gallagher | Chief Financial Officer<br>(Principal Financial and Accounting Officer) | March 16, 2023 |
| */s/ Jay Leupp*<br>Jay Leupp | Director | March 16, 2023 |
| */s/ Georges Antoun*<br>Georges Antoun | Director | March 16, 2023 |
| */s/ Sarita James*<br>Sarita James | Director | March 16, 2023 |

111
