# EXHIBIT M

## Dec. 2021 KPMG Revenue Recognition Handbook, excerpted (cover and pages 617–621)



# Revenue recognition

## Handbook



**US GAAP**

December 2021

kpmg.com/us/frv

# Contents

Foreword ..... 1

About this publication ..... 2

1. Executive summary ..... 5
2. Scope ..... 13
3. Step 1: Identify the contract(s) with a customer ..... 55
4. Step 2: Identify the performance obligations in the contract ..... 125
5. Step 3: Determine the transaction price ..... 220
6. Step 4: Allocate the transaction price to performance obligations ..... 372
7. Step 5: Recognize revenue when (or as) the entity satisfies a performance obligation ..... 459
8. Customer options for additional goods or services ..... 571
9. Principal vs. agent ..... 617
10. Licensing of intellectual property ..... 679
11. Contract modifications ..... 788
12. Contract costs ..... 849
13. Loss contracts ..... 909
14. Presentation ..... 925
15. Disclosure ..... 949
16. Effective date and transition ..... 1013
17. Subtopic 610-20: Derecognition of nonfinancial assets ..... 1100

Index of changes ..... 1150

KPMG Financial Reporting View ..... 1152

Acknowledgments ..... 1154

© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

# 9. Principal vs. agent

## Detailed contents

**9.1 How the standard works**

**9.2 Unit of account: specified goods or services**

9.2.10 Overview

**9.3 Assessing control of the specified good or service**

9.3.10 Overview

9.3.20 Evaluating control of a good or an asset from another party

9.3.30 Evaluating control of a combined good or service

9.3.40 Evaluating control of a right to a service performed by another party

**Questions**

9.3.10 Does an entity assess the control principle differently for the principal-agent analysis than for other areas of Topic 606?

9.3.20 Are any of the principal-agent indicators determinative to the principal-agent evaluation?

9.3.30 Are the indicators of transferring control at a point in time relevant to identifying if an entity obtains control of a good before it is transferred to a customer?

9.3.40 Can an entity be the principal in a transaction when it only obtains flash title before transferring a good to the customer?

9.3.45 Can a distributor in a consignment arrangement be the principal in a transaction?

9.3.50 Can an entity be the principal when the specified good or service is a tangible asset if it does not take physical possession of the good?

9.3.55 When is an entity the principal in a drop shipment arrangement?

9.3.60 What are the key considerations for determining when an entity is a principal when a third party is involved in providing services?

9.3.70 How does the principal in the transfer of a good to a customer present shipping and handling costs that are accounted for as fulfillment costs?

© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

**Examples**

9.3.10 Entity is a principal even though it does not take physical possession of goods

9.3.15 Entity is an agent in a drop shipment arrangement – reseller of hardware

9.3.16 Entity is the principal in a drop shipment arrangement

9.3.20 Entity is agent for product placement services

9.3.30 Cloud service reseller – entity is a principal

9.3.40 Shipping vessel pooling arrangement

9.3.50 Distribution services – entity is a principal

9.3.60 Reseller of third-party software licenses – entity is an agent

9.3.70 Reseller of third-party software licenses – entity is a principal

**9.4 Principal for part of a contract and agent for another part**

**Question**

9.4.10 How should an entity allocate the transaction price when it is the principal for part of the contract and an agent for another part?

**Examples**

9.4.10 Allocating revenue when an entity is a principal and agent (Method A)

9.4.20 Allocating revenue when an entity is a principal and agent (Method B)

**9.5 Estimating transaction price as the principal**

9.5.10 Overview

**Question**

9.5.10 Is an entity that is a principal in a transaction required to estimate the total consideration paid by the end customer when the amount is not known to the principal?

**Examples**

9.5.10 Revenue is net amount received (1)

9.5.20 Revenue is net amount received (2)

9.5.30 Revenue is net amount received (3)

9.5.35 Revenue is gross transaction price (1)

9.5.40 Revenue is gross transaction price (2)

© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

## 9.6 Timing of agency revenue

### Question

9.6.10 What factors influence when a point-in-time agency performance obligation is satisfied?

9.6.20 Can an entity apply the shipping and handling practical expedient when it is the agent for a specified good but is the principal for shipping the specified good?

### Examples

9.6.10 Timing of agency revenue recognition – price comparison website

9.6.20 Timing of agency revenue recognition – hardware and software reseller

© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

## 9.1 How the standard works

A critical part of identifying performance obligations in Step 2 is determining whether the nature of the entity's promise is to provide the specified good or service itself (in which case the entity is a principal) or to arrange for it to be provided to the customer by another party(ies) (in which case the entity is an agent).

— If the entity is a principal, the performance obligation is transferring the specified good or service and revenue is recognized on a gross basis – corresponding to the consideration to which the entity expects to be entitled.

— If the entity is an agent, the performance obligation is arranging for the other party to provide the specified good or service and revenue is recognized on a net basis – corresponding to any fee or commission to which the entity expects to be entitled. An entity's fee or commission might be the net amount of consideration that the entity retains after paying other parties. [606-10-55-36]

When an entity is a principal, the party it is providing the specified good or service to is the entity's customer. When the entity is acting as an agent, its customer could be viewed as either the third-party principal, the end customer or in some cases both parties. For example, an entity that provides an online marketplace that matches buyers and sellers may view both the buyer (end customer) and seller (third-party principal) as its customers.

An entity is a principal if it controls the goods or services before they are transferred to the customer. The first step in this analysis is identifying each specified good or service in the contract, which is the unit of account for the principal-agent analysis. The second step is to assess whether the entity controls each specified good or service before that good or service is transferred to the customer. If there are multiple specified goods or services in the contract, the entity may be a principal for some and an agent for others. [606-10-55-36A]

© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

See section 5.2.20 for guidance on the accounting for payments from a customer that are collected on behalf of third parties – e.g. sales taxes collected by the entity. [606-10-32-2A]




© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.