# EXHIBIT O

# Marathon's Historical Stock Price Information

02/02/2023 - 03/31/2023 | Last Px | Local CCY | ☑ Mov Avgs | ■ Key Events

1D 3D 1M 6M YTD 1Y 5Y Max | Daily ▾ | Chart | + Related Data ▾ | Add Data | Edit Chart

MARA US Equity

| Date | Open | High | Low | Close | SMAVG (50) on Close | SMAVG (100) on Close | SMAVG (200) on Close | Volume | SMAVG (15) |
|---|---|---|---|---|---|---|---|---|---|
| Fr 03/31/2023 | 7.92 | 8.74 | 7.83 | 8.72 | 7.2802 | 6.6455 | 8.9658 | 36.16M | 40.976M |
| Th 03/30/2023 | 8.10 | 8.15 | 7.5976 | 7.83 | 7.2526 | 6.6666 | 8.957 | 25.959M | 39.95M |
| We 03/29/2023 | 7.57 | 8.14 | 7.49 | 7.95 | 7.2342 | 6.6934 | 8.951 | 36.01M | 39.491M |
| Tu 03/28/2023 | 7.01 | 7.21 | 6.8723 | 7.20 | 7.2426 | 6.7231 | 8.949 | 18.648M | 38.076M |
| Mo 03/27/2023 | 8.035 | 8.038 | 7.10 | 7.11 | 7.2522 | 6.7733 | 8.9513 | 23.372M | 38.028M |
| Fr 03/24/2023 | 8.23 | 8.30 | 7.57 | 7.81 | 7.2506 | 6.8333 | 8.9584 | 28.365M | 37.794M |
| Th 03/23/2023 | 8.03 | 8.93 | 7.90 | 8.46 | 7.2018 | 6.8937 | 8.9628 | 45.827M | 37.298M |
| We 03/22/2023 | 8.88 | 9.12 | 7.75 | 7.78 | 7.1476 | 6.9456 | 8.9651 | 48.723M | 35.743M |
| Tu 03/21/2023 | 7.88 | 8.92 | 7.73 | 8.87 | 7.09 | 7.0057 | 8.9703 | 46.252M | 34.274M |
| Mo 03/20/2023 | 8.48 | 8.50 | 7.61 | 7.85 | 6.9944 | 7.0646 | 8.9726 | 39.108M | 33.735M |
| Fr 03/17/2023 | 8.40 | 8.51 | 7.66 | 8.17 | 6.9156 | 7.1151 | 8.9795 | 61.12M | 32.811M |
| Th 03/16/2023 | 7.06 | 7.74 | 7.00 | 7.63 | 6.8366 | 7.1504 | 8.9897 | 35.674M | 30.434M |
| We 03/15/2023 | 7.13 | 7.48 | 6.61 | 7.09 | 6.752 | 7.1833 | 9.0029 | 38.441M | 29.313M |
| Tu 03/14/2023 | 7.45 | 7.83 | 6.74 | 7.13 | 6.6786 | 7.2231 | 9.0168 | 64.007M | 28.67M |
| Mo 03/13/2023 | 5.70 | 6.955 | 5.35 | 6.70 | 6.6042 | 7.2656 | 9.0274 | 66.973M | 26.383M |
| Fr 03/10/2023 | 5.48 | 5.66 | 5.13 | 5.33 | 6.5331 | 7.3155 | 9.0389 | 20.767M | 24.856M |
| Th 03/09/2023 | 6.03 | 6.2276 | 5.50 | 5.51 | 6.4913 | 7.3652 | 9.0619 | 19.083M | 27.9M |
| We 03/08/2023 | 6.01 | 6.22 | 5.88 | 6.18 | 6.4535 | 7.4223 | 9.0833 | 14.775M | 30.067M |
| Tu 03/07/2023 | 6.29 | 6.42 | 6.04 | 6.09 | 6.4033 | 7.4647 | 9.1041 | 17.933M | 31.505M |
| Mo 03/06/2023 | 6.40 | 6.85 | 6.18 | 6.32 | 6.3545 | 7.5084 | 9.1244 | 19.854M | 31.306M |
| Fr 03/03/2023 | 6.02 | 6.62 | 5.94 | 6.38 | 6.3063 | 7.5528 | 9.1483 | 20.93M | 31.323M |
| Th 03/02/2023 | 6.25 | 6.42 | 5.98 | 6.26 | 6.2561 | 7.6011 | 9.168 | 22.508M | 31.779M |
| We 03/01/2023 | 7.18 | 7.25 | 6.38 | 6.51 | 6.2085 | 7.6695 | 9.1937 | 26.687M | 31.817M |
| Tu 02/28/2023 | 7.05 | 7.7899 | 7.03 | 7.10 | 6.1651 | 7.7328 | 9.2119 | 38.172M | 32.175M |
| Mo 02/27/2023 | 6.97 | 7.14 | 6.80 | 7.11 | 6.1175 | 7.7906 | 9.2262 | 25.241M | 31.17M |
| Fr 02/24/2023 | 6.98 | 7.1682 | 6.51 | 6.67 | 6.0685 | 7.8303 | 9.2497 | 25.466M | 31.766M |
| Th 02/23/2023 | 7.27 | 7.42 | 7.0126 | 7.28 | 6.0365 | 7.8707 | 9.2767 | 18.859M | 34.117M |
| We 02/22/2023 | 7.02 | 7.4286 | 6.84 | 7.19 | 5.9909 | 7.9056 | 9.3151 | 28.799M | 35.745M |
| Tu 02/21/2023 | 7.38 | 7.75 | 7.03 | 7.13 | 5.9549 | 7.9432 | 9.3587 | 29.693M | 35.436M |
| Fr 02/17/2023 | 7.45 | 7.87 | 7.05 | 7.70 | 5.9197 | 7.9706 | 9.4118 | 44.077M | 35.907M |
| Th 02/16/2023 | 7.68 | 8.66 | 7.15 | 7.21 | 5.8815 | 7.9897 | 9.4572 | 66.419M | 36.175M |
| We 02/15/2023 | 7.02 | 8.02 | 6.86 | 7.95 | 5.8601 | 8.0123 | 9.5044 | 51.59M | 33.779M |
| Tu 02/14/2023 | 5.82 | 6.83 | 5.69 | 6.72 | 5.8393 | 8.038 | 9.5427 | 36.351M | 32.672M |
| Mo 02/13/2023 | 5.76 | 6.03 | 5.58 | 5.85 | 5.8291 | 8.0793 | 9.5934 | 14.942M | 32.875M |
| Fr 02/10/2023 | 5.84 | 5.94 | 5.51 | 5.92 | 5.8385 | 8.1234 | 9.6477 | 20.107M | 35.018M |
| Th 02/09/2023 | 6.89 | 6.90 | 5.83 | 5.95 | 5.8379 | 8.1729 | 9.7037 | 27.777M | 36.929M |
| We 02/08/2023 | 6.91 | 7.40 | 6.72 | 6.81 | 5.8385 | 8.2226 | 9.7675 | 23.079M | 37.426M |
| Tu 02/07/2023 | 7.082 | 7.24 | 6.51 | 7.10 | 5.8267 | 8.2752 | 9.8242 | 32.061M | 39.781M |
| Mo 02/06/2023 | 6.92 | 7.27 | 6.65 | 7.08 | 5.8143 | 8.3302 | 9.8853 | 23.095M | 41.598M |
| Fr 02/03/2023 | 7.51 | 7.9164 | 6.98 | 7.07 | 5.8011 | 8.3876 | 9.9535 | 34.183M | 45.314M |
| Th 02/02/2023 | 8.00 | 8.56 | 7.735 | 8.00 | 5.7835 | 8.4612 | 10.0257 | 60.717M | 47.528M |
| We 02/01/2023 | 7.17 | 7.865 | 6.83 | 7.52 | 5.7729 | 8.5228 | 10.0901 | 43.281M | 46.352M |
| Tu 01/31/2023 | 7.41 | 7.50 | 7.10 | 7.21 | 5.7831 | 8.5802 | | 24.173M | 46.293M |

313