# EXHIBIT R

# Mar. 23, 2023 *Financial Accounting Standards Board Proposed Accounting Standard Update*, excerpted (cover and pages 17–18)



**FASB** EXPOSURE DRAFT

*Proposed Accounting Standards Update*

Issued:  March 23, 2023
Comments Due:  June 6, 2023

# Intangibles—Goodwill and Other—Crypto Assets (Subtopic 350-60)

## Accounting for and Disclosure of Crypto Assets

The Board issued this Exposure Draft to solicit public comment on proposed changes to Topic 350 of the *FASB Accounting Standards Codification*®. Individuals can submit comments in one of three ways: using the electronic feedback form on the FASB website, emailing comments to director@fasb.org, or sending a letter to "Technical Director, File Reference No. 2023-ED200, FASB, 801 Main Avenue, PO Box 5116, Norwalk, CT 06856-5116."

Financial Accounting Standards Board

**Notice to Recipients of This Exposure Draft of a Proposed Accounting Standards Update**

The Board invites comments on all matters in this Exposure Draft until June 6, 2023. Interested parties may submit comments in one of three ways:

- Using the electronic feedback form available on the FASB website at Exposure Documents Open for Comment
- Emailing comments to director@fasb.org, File Reference No. 2023-ED200
- Sending a letter to "Technical Director, File Reference No. 2023-ED200, FASB, 801 Main Avenue, PO Box 5116, Norwalk, CT 06856-5116."

All comments received are part of the FASB's public file and are available at www.fasb.org.

The *FASB Accounting Standards Codification*® is the source of authoritative generally accepted accounting principles (GAAP) recognized by the FASB to be applied by nongovernmental entities. An Accounting Standards Update is not authoritative; rather, it is a document that communicates how the Accounting Standards Codification is being amended. It also provides other information to help a user of GAAP understand how and why GAAP is changing and when the changes will be effective. A copy of this Exposure Draft is available at www.fasb.org.

Copyright © 2023 by Financial Accounting Foundation. All rights reserved. Permission is granted to make copies of this work provided that such copies are for personal or intraorganizational use only and are not sold or disseminated and provided further that each copy bears the following credit line: "Copyright © 2023 by Financial Accounting Foundation. All rights reserved. Used by permission."



FASB — FINANCIAL ACCOUNTING STANDARDS BOARD®

Proposed Accounting Standards Update

Intangibles—Goodwill and Other—Crypto Assets (Subtopic 350-60)

Accounting for and Disclosure of Crypto Assets

March 23, 2023

Comment Deadline:  June 6, 2023

CONTENTS

Page
Numbers

Summary and Questions for Respondents........................................................1–6
Amendments to the *FASB Accounting Standards Codification*® ....................7–16
Background Information and Basis for Conclusions .................................. …17–32
Amendments to the GAAP Taxonomy..................................................................33

# Background Information and Basis for Conclusions

## Introduction

BC1.    The following summarizes the Board's considerations in reaching the conclusions in this proposed Update. It includes reasons for accepting certain approaches and rejecting others. Individual Board members gave greater weight to some factors than to others.

## Background Information

BC2.    Before adding this project to its agenda, the Board directed the staff to conduct research and monitor developments in the accounting for and reporting of crypto assets. That research focused on whether there was a pervasive need to improve financial reporting, whether feasible solutions existed, and whether a scope for the project could be established. The staff performed pre-agenda research with stakeholders and monitored the development of U.S. accounting practice and the application of both existing authoritative and nonauthoritative guidance and guidance in other jurisdictions. The Board also considered multiple agenda requests that highlighted concern that the current accounting for digital assets as indefinite-lived intangible assets does not reflect the economic nature of those assets because of the historical-cost-less-impairment model that applies to their subsequent measurement.

BC3.    Stakeholders' feedback, including respondents to the 2021 FASB Invitation to Comment (ITC), *Agenda Consultation,* indicated that improving the accounting for and disclosure of crypto assets should be a top priority for the Board. Nearly 500 respondents to the 2021 ITC requested that the Board add to its agenda a project related to digital assets. Although some stakeholders made observations about other aspects of the accounting for digital assets and related transactions, stakeholders indicated that the current accounting for crypto assets under a cost-less-impairment accounting model does not provide investors, lenders, creditors, and other allocators of capital (collectively, "investors") with sufficiently decision-useful information. Specifically, those stakeholders noted that reflecting only the decreases, but not the increases, in the value of crypto assets in the financial statements until they are sold does not transparently reflect (a) the underlying economics of those assets and (b) an entity's financial position. Certain investors also requested additional disclosures about the types of crypto assets held by entities and changes in those holdings.

17

BC4.    Some stakeholders requested that the Board add a project on crypto assets to its agenda because measuring crypto assets at historical cost less impairment created a barrier to acceptance of crypto assets. The Board did not give any weight to this feedback as a rationale for adding this project to its agenda or in making decisions. Rather, the Board acknowledged the need to (a) improve the accounting for certain crypto assets in order to provide investors with more decision-useful financial information and (b) reduce complexity related to the application of the current accounting to certain crypto assets.

BC5.    In developing the amendments in this proposed Update, the Board and staff also conducted extensive outreach with investors, preparers, practitioners, regulators, industry groups, and others to obtain their views about key considerations in this project. Those stakeholders provided input about how investors would use that information and the expected cost and operability of the Board's decisions. Those outreach activities included more than 150 interactions with stakeholders in groups or one-on-one meetings.

BC6.    Many stakeholders indicated that applying the current accounting to crypto assets is unnecessarily complex and costly. Some crypto assets are frequently traded, which is not typical for most intangible assets. For indefinite-lived intangible assets, entities are required to test for impairment annually and more frequently if events or circumstances indicate that it is more likely than not that the asset is impaired. For crypto assets, this process results in reporting entities considering prices across multiple exchanges and seeking additional information throughout the reporting period. In addition, reporting entities often voluntarily provide their investors with fair value or price information as of the end of their reporting period.

## Benefits and Costs

BC7.    The objective of financial reporting is to provide information that is useful to present and potential investors, creditors, donors, and other capital market participants in making rational investment, credit, and similar resource allocation decisions. However, the benefits of providing information for that purpose should justify the related costs. Present and potential investors, creditors, donors, and users of financial information benefit from improvements in financial reporting, while the costs to implement new guidance are borne primarily by present investors. The Board's assessment of the costs and benefits of issuing new guidance is unavoidably more qualitative than quantitative because there is no method to objectively measure the costs to implement new guidance or to quantify the value of improved information in financial statements.

BC8.    On the basis of stakeholders' extensive input, the Board concluded that the amendments in this proposed Update would provide investors with more decision-useful information than in applying current GAAP. In particular, the proposed amendments would improve the accounting for certain crypto assets by

18