# EXHIBIT T

**Dec. 1, 2023 Cleanspark,
Inc. Form 10-K, excerpted
(cover and pages 38 and 52)**

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 10-K

☒    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended **September 30, 2023**

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number**: 001-39187**

# CleanSpark, Inc.

(Exact name of registrant as specified in its charter)

| **Nevada** | **87-0449945** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **2370 Corporate Circle, Suite 160** | |
| **Henderson, Nevada** | **89074** |
| (Address of principal executive offices) | (Zip Code) |

Registrants telephone number, including area code: **(702) 989-7692**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.001 per share** | **CLSK** | **The Nasdaq Stock Market LLC** |

Securities registered pursuant to Section 12(g) of the Act: **N/A**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes [ X ] No []

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes [ ] No [X]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes [X] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of large accelerated filer, accelerated filer, smaller reporting company, and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| ☐ Large accelerated Filer | ☒ Accelerated Filer |
| ☐ Non-accelerated Filer | ☒ Smaller reporting company |
| | ☐ Emerging growth company |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [ ]

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes [ ] No [X]

The aggregate market value of the common stock held by non-affiliates as of March 31, 2023 (the last business day of the registrant's most recently completed second fiscal quarter), was approximately $269,522,542 based on the per share closing price as of March 31, 2023 quoted on the Nasdaq Capital Market for the registrant's common stock, which was $2.78.

As of December 1, 2023, there were 184,749,641 shares of common stock outstanding.

would be required to pay. Accordingly, our indemnification obligations could divert needed financial resources and may adversely affect our business, financial condition, results of operations and cash flows and the prevailing market prices for our common stock.

**Item 1B. Unresolved Staff Comments**

The Company received comments from the Staff during fiscal year 2023. The Company's responses to certain unresolved comments that the Company considers material are still under review by the Staff and are set forth below.

- *Revenue recognition.* The Staff commented on the Company's accounting convention to recognize its noncash (bitcoin) revenue using fair value that is not at contract inception. The Company has evaluated the difference between its current accounting policy and fair value at contract inception and has determined that any differences in revenue are not material for all periods stated.

- *Accounting policy for classifying digital assets as current.* The Staff commented on whether bitcoin held at the end of the Company's fiscal periods are properly reflected as current assets. The Company concludes that bitcoin are included in current assets in the consolidated balance sheets due to the Company's ability to sell it in a highly liquid marketplace and its intent to liquidate its bitcoin to support operations when needed.

- *Classification of proceeds from sale of bitcoin as an operating activity and not an investing activity.* The Staff commented on the Company's recording of the proceeds from bitcoin sales and why the Company classifies its proceeds as operating cash flows rather than investing cash flows. The Company records its proceeds from sales of bitcoin as operating activities since the bitcoin that is sold is typically held for 7 days or less.

- *Impairment of bitcoin.* The Staff commented on the Company's calculation of impairment of bitcoin using a daily closing price. The Company had evaluated the difference using the daily closing price as compared to the intraday low bitcoin price on our principal market (Coinbase) and determined the difference to not be material for the periods stated. However, beginning in the quarter ended June 30, 2023, the Company began utilizing the intraday low price to calculate the bitcoin impairment. Additionally, the Staff requested clarification on how often the bitcoin impairment testing is performed and recorded. The Company responded that the impairment analysis is calculated on the bitcoin held as of the end of each reporting period, rather than on a daily basis.

- *Bitcoin breakeven analysis.* The Staff has requested further disclosure on a comprehensive breakeven analysis that compares the cost to earn or mine one bitcoin with the value of one bitcoin. The Company has revised its disclosures in response to the Staff's request.

- *Clean and renewable energy resources.* The Staff has requested further disclosure on the Company's use of clean and renewable energy resources. The Company has revised its disclosures in response to the Staff's request.

- *Custody procedures.* The Staff has requested further disclosure on the Company's custody procedures and arrangements with third-party custodians. The Company has revised its disclosures in response to the Staff's request.

- *Cybersecurity and insurance.* The Staff has requested further disclosure on the Company's insurance coverage as it relates to cybersecurity. The Company has revised its disclosures in response to the Staff's request.

- *Hosting and Profit-sharing Fees.* The Staff has requested further information on the trends related to the Company's hosting and profit-sharing fees.

**Item 2. Properties**

On June 21, 2023, the Company acquired the outstanding membership interest in Coinmaker Miners LLC, a Georgia limited liability company that holds two lease agreements for real property in Dalton, GA and certain tangible property. Coinmaker Miners LLC was later renamed to CSRE Properties Dalton LLC.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**CLEANSPARK, INC.**

By:   */s/ Zachary K.Bradford*
       Zachary K. Bradford
       Chief Executive Officer, Principal Executive Officer and Director
       December 1, 2023

By:   */s/ Gary A. Vecchiarelli*
       Gary A. Vecchiarelli
       Chief Financial Officer, Principal Financial Officer, Principal Accounting Officer
       December 1, 2023

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated:

By:   */s/ Zachary Bradford*
       Zachary Bradford
       Chief Executive Officer, Principal Executive Officer and Director
       December 1, 2023

By:   */s/ Gary A. Vecchiarelli*
       Gary A. Vecchiarelli
       Chief Financial Officer, Principal Financial Officer, Principal Accounting Officer
       December 1, 2023

By:   */s/ S. Matthew Schultz*
       S. Matthew Schultz
       Executive Chairman and Chairman of the Board
       December 1, 2023

By:   */s/ Larry McNeill*
       Larry McNeill
       Director
       December 1, 2023

By:   */s/ Roger Beynon*
       Roger Beynon
       Director
       December 1, 2023

By:   */s/ Dr. Thomas Wood*
       Dr. Thomas Wood
       Director
       December 1, 2023

By:   */s/ Amanda Cavaleri*
       Amanda Cavaleri
       Director
       December 1, 2023