# EXHIBIT X

## Feb. 28, 2023 CoinDesk, Stephen Alpher, *Bitcoin Miner Marathon Digital to Restate Some Results on Accounting Issues*

368

Bitcoin Miner Marathon Digital to Restate Some Results on Accounting Issues



Bitcoin ▲ **$23,732.77 +1.57%**    Ethereum ▲ **$1,**  ▶    Crypto Prices →    CoinDesk Market Index →

## Finance

# Bitcoin Miner Marathon Digital to Restate Some Results on Accounting Issues

The firm will also delay the reporting of its 2022 Q4 earnings, which had previously been scheduled for late Tuesday afternoon.

**By Stephen Alpher**       Feb 28, 2023 at 5:10 p.m. UTC       Updated Feb 28, 2023 at 5:37 p.m. UTC



Bitcoin Miner Marathon Digital to Restate Some Results on Accounting Issues



*Marathon Digital CEO Fred Thiel (CoinDesk)*

Marathon Digital (MARA) said it will need to restate portions of its audited 2021 results and currently unaudited quarterly reports from 2022 after an inquiry from the U.S. Securities and Exchange Commission (SEC) flagged technical accounting matters.

At issue were the company's method of calculating impairment on digital assets and its determination of acting as an agent in operating a third-party mining pool rather than a principal, according to an SEC filing.

370

The restatements are not likely to have any impact on total margin operating income or net income in 2021 or any of the quarterly 2022 results, said the company, which also said it does not expect to be able complete its 2022 10-K filing by the March 1 deadline. Marathon does anticipate it will file the 10-K within 15 days of that deadline.

The company had previously been set to release its 2022 Q4 results after the close of trading on Tuesday, but that's been postponed.

Shares are up 8.5% in midday Tuesday action.

*Updated at 17:35 UTC: Includes the company's decision to delay the reporting of Q4 results.*

| | | | |
|---|---|---|---|
| BTC | $23,732.77 | ▲ 1.57% | → |
| ETH | $1,653.74 | ▲ 1.68% | → |
| BNB | $304.16 | ▲ 0.43% | → |
| XRP | $0.38160884 | ▲ 1.70% | → |
| APT | $12.83 | ▲ 6.09% | → |

**View All Prices**

Bitcoin Miner Marathon Digital to Restate Some Results on Accounting Issues

## DISCLOSURE

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information h been updated.*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict s of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, wh invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDe: employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*



### Stephen Alpher

Stephen Alpher is CoinDesk's co-regional news chief, Americas. He holds BTC and ETH above CoinDesk's disclosure threshold of $1,000.

Follow @SteveAlpher on Twitter

372