1  ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
2  **MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
3  Las Vegas, Nevada 89117
Telephone: (702) 330-4505
4  Facsimile: (702) 825-0141
Email: andrew@mlolegal.com
5
**POMERANTZ LLP**
6  Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
7  Jonathan D. Park (*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
8  New York, New York 10016
Telephone: (212) 661-1100
9  Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
10      ahood@pomlaw.com
    jpark@pomlaw.com
11
*Attorneys for Co-Lead Plaintiffs Todd Langer,*
12 *Mary Barida, and Jacks Way LLC*

13  [additional counsel on signature page]

14
**UNITED STATES DISTRICT COURT
15  DISTRICT OF NEVADA**

16

17  TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated,

18

19      Plaintiffs,

20  v.

21  MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON
22  SALZMAN, and HUGH J. GALLAGHER,

23      Defendants.

Case No. 2:23-cv-00470-RFB-DJA

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON MOTION TO DISMISS**

STIPULATION AND [PROPOSED] ORDER

Lead Plaintiff Marathon Investor Group ("Lead Plaintiff") and Defendants Marathon Digital Holdings, Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

1. On March 30, 2023, Jaime R. Moreno, commenced the above-captioned action (the "Action") and filed the operative, putative class action complaint (the "Complaint") in the Action. *See* Dkt. No. 1.

2. On May 30, 2023, Marathon Investor Group filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel. *See* Dkt. No. 16.

3. On June 9, 2023, the Court granted the Parties' Stipulation and Proposed Order staying Defendants' time to answer, move, or otherwise respond to the Complaint pending the Court's appointment of a lead plaintiff and lead counsel, and ordered Defendants to respond to the Complaint within twenty-one (21) days of the Court's decision appointing lead plaintiff and approving lead counsel. *See* Dkt. Nos. 22, 27.

4. On March 29, 2024, the Court appointed Marathon Investor Group as Lead Plaintiff, Pomerantz LLP and the Schall Law Firm as Co-Lead Counsel, and Muehlbauer Law Office, Ltd. as Liaison Counsel. *See* Dkt. No. 39.

5. The Action is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 et seq., which provide that discovery generally shall be stayed during the pendency of any motion to dismiss.

6. On August 5, 2024, Defendants filed a Motion to Dismiss. *See* Dkt. No. 43.

7. The parties have met and conferred and agreed upon a proposed briefing schedule, set out in detail below. The proposed schedule is intended to allow the parties ample time to brief the issues, while also taking into account existing scheduling issues and commitments.

8. The proposed schedule is not proposed for any improper purpose nor is it intended to cause any undue delay in consideration of the Motion to Dismiss.

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and among the undersigned counsel that:

(i) Lead Plaintiff shall file the opposition to Defendants' Motion to Dismiss on or before October 25, 2024; and

(ii) Defendants shall file their reply in support of their Motion on or before December 6, 2024.

Dated: August 15, 2024  Respectfully submitted,

**MUEHLBAUER LAW OFFICE, LTD.**

*/s/ Andrew R. Muehlbauer*
Andrew R. Muehlbauer
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

*Counsel for Co-Lead Plaintiffs and Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
Jonathan D. Park (*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
       ahood@pomlaw.com
       jpark@pomlaw.com

**THE SCHALL FIRM**
Brian Schall (*pro hac vice* application forthcoming)
Brian England (*pro hac vice* application forthcoming)
Rina Restaino (*pro hac vice* application forthcoming)

2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Email: brian@schallfirm.com
briane@schallfirm.com
rina@schallfirm.com

*Counsel for Co-Lead Plaintiffs and Co-Lead Counsel for the Class*

**FLANGAS LAW GROUP**
*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ. (NBN 8675)
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
E-mail: kps@fdlawlv.com

**WEIL, GOTSHAL & MANGES LLP**
JONATHAN D. POLKES
(admitted *pro hac vice*)
CAROLINE HICKEY ZALKA
(admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: jonathan.polkes@weil.com
E-mail: caroline.zalka@weil.com

*Attorneys for Defendants Marathon Digital Holdings, Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher*

**ORDER**

IT IS SO ORDERED that:

    (i)    Lead Plaintiff shall file the opposition to Defendants' Motion to Dismiss on or before October 25, 2024; and

    (ii)    Defendants shall file their reply in support of their Motion on or before December 6, 2024.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16 day of August 2024

STIPULATION AND [PROPOSED] ORDER