**MUEHLBAUER LAW OFFICE, LTD.**
ANDREW R. MUEHLBAUER
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email:   andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email:   jalieberman@pomlaw.com
         ahood@pomlaw.com
         jpark@pomlaw.com

*Attorneys for Co-Lead Plaintiffs Todd Langer,*
*Mary Barida, and Jacks Way LLC*

[additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER, <br><br> Defendants. | Case No. 2:23-cv-00470-RFB-DJA <br><br> **DECLARATION OF JONATHAN D. PARK IN OPPOSITION TO MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

DECLARATION OF JONATHAN D. PARK IN OPPOSITION TO MOTION TO DISMISS

I, Jonathan D. Park, declare the following under penalty of perjury:

1.      I am a member of the Bar of the State of New York. I am Of Counsel with the law firm of Pomerantz LLP, Court-appointed Co-Lead Counsel and counsel to Co-Lead Plaintiffs Todd Langer, Mary Barida, and Jacks Way LLC in this action. I have been admitted to appear *pro hac vice* in this action. ECF No. 53.

2.      I submit this declaration in opposition to Defendants' motion to dismiss the amended class action complaint (ECF No. 43).

3.      Attached as Exhibit A hereto is a true and correct excerpt of a transcript of jury trial proceedings in *Michael Ho v. Marathon Patent Group, Inc.*, No. EDCV 21-339-SSS (C.D. Cal.).

Executed on: October 25, 2024          */s/ Jonathan D. Park*

**POMERANTZ LLP**
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jpark@pomlaw.com

2

DECLARATION OF JONATHAN D. PARK IN OPPOSITION TO MOTION TO DISMISS