# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION-RIVERSIDE

- - -

HONORABLE SUNSHINE S. SYKES, DISTRICT JUDGE PRESIDING

- - -

MICHAEL HO,                          )
                                     )
                   Plaintiff,        )
                                     )
          vs.                        )   No. EDCV 21-339-SSS
                                     )
MARATHON PATENT GROUP, INC.,         )        Trial Day 5
A Nevada corporation, et al.         )
                                     )
                   Defendants.       )
_____)


REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

Riverside, California

Monday, July 15, 2024

8:45 a.m.


PHYLLIS A. PRESTON, CSR, FCRR
Federal Official Court Reporter
United States District Court
3470 Twelfth Street
Riverside, California 92501
stenojag@aol.com

potential exhibits that are going to be used by this witness, just like you were with Mr. Ho.  What I'm going to advise you, which I failed to do with Mr. Ho, but I was kind of watching you all, is just please do not flip through the binder and start looking at things until the exhibit is being mentioned by the attorneys.  So just stick to the exhibit that's being discussed rather than, you know, looking through it on your own.  Do you understand?  Okay.  Thank you.

Okay.  Whenever you're ready.

MR. POLKES:  Thank you, Your Honor.  Marathon calls to the stand Mr. Fred Thiel.

THE CLERK:  Good morning, sir.

THE WITNESS:  Good morning.

THE CLERK:  I'll have you take the stand.  If I can have you raise your right hand.  Do you solemnly swear that the testimony you shall give in the cause now before this Court will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.

THE CLERK:  Thank you, sir.  If I can have you take a seat.  And if you can state your full name and spell it for the record.

THE WITNESS:  Frederick George Thiel, T-H-I-E-L.

THE COURT:  Okay.  Good morning, Mr. Thiel.  So you're going to be testifying here today, and I wanted to

remind you that the court reporter is seated right below you. So please do try to be mindful of that. Speak into the microphone. Try to speak a little more slowly than usual. Wait for the question to be asked before you answer so we don't have two people speaking at the same time. Do you understand?

THE WITNESS: Yes, Your Honor.

THE COURT: Okay. Thank you.

Go ahead.

MR. POLKES: Thank you, Your Honor.

**DIRECT EXAMINATION**

BY MR. POLKES:

Q. Mr. Thiel, would you tell the Court and the jury what it is you currently do for a living?

A. I'm the chairman and CEO of Marathon Digital Holdings, one of the largest bitcoin miners in the world.

Q. Is Marathon a public company?

A. Marathon is a public company. It's traded on the NASDAQ. We operate 11 sites on three continents.

Q. How long have you been associated with Marathon?

A. I've been involved with Marathon since the spring of 2018 when I joined the board of directors and then became CEO in April of 2021.

Q. And when did you become chairman of the board?

A. Chairman of the board back in January of 2022.

Q. All right. Why don't we -- why don't we take a step back.

(Sidebar conference concluded.)

THE COURT:  Go ahead, counsel.

MR. POLKES:  Thank you, Your Honor.

BY MR. POLKES:

Q.    Mr. Thiel --

THE COURT:  And just so the record is clear, I overrule the objection.

BY MR. POLKES:

Q.    Mr. Thiel, we -- you mentioned that you are the CEO of Marathon.  Can you explain to the jury what your responsibilities are as CEO?  What does that mean on a day-to-day basis?

A.    Sure.  So when I joined Marathon as CEO in April of 2021, I was Employee No. 4.  Actually, technically Number 5.  So we were a very small company.  So at that point, it was everything.  I had a CFO and a head of operations, but every decision about hiring, every order we made for machines, every decision we made about anything we did, I had to be informed of it myself with direct personal involvement.  Over the years, we've now grown the company much larger, but I'm still essentially the last say on any major decision, whether it's where we're going to put systems, who we're going to hire, what systems we're going to put in place, what we're going to do with them, how we're going to build them.

At the end of the day, you know, even with 160 people

in our company today, we're still a small company.  And we operate a very complex business, and it requires a lot of very specialized knowledge.  So everybody in the company has expertise, but, again, because I was there from the very beginning essentially when we began to scale, I've been involved in every decision we've made.

Q.   And you also mention that you're the chairman of the board.  What are your responsibilities in that connection?

A.   As chairman of the board, I'm responsible for leading the board and ensuring that the company follows proper governance, that the company strategy is sound, and therefore acting in the best interest of our fiduciaries, which are our shareholders.

Q.   And as the CEO of Marathon, both when you started and to the present, can you explain to the Court and the jury your involvement in finding sources of power?

A.   Absolutely.  So we are constantly interrogating, if you would, the marketplace regarding available power.  So we have over the years built relationships with most of the major power utilities, many of the energy bankers out there, with sovereigns.  For example, we sourced and operated a deal with the sovereign of the United Arab Emirates.  We operate the largest digital asset mining data center in the Middle East, which is a deal we sourced directly ourselves.  We operate behind a wind farm, large wind farm in Texas, which was a deal we sourced with the developer of that deal.  We operate in,

CERTIFICATE OF OFFICIAL REPORTER

          I, PHYLLIS A. PRESTON, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

                          DATED THIS 18TH DAY OF SEPTEMBER, 2024

                          /s/ PHYLLIS A. PRESTON

                          _____

                          PHYLLIS A. PRESTON, CSR No. 8701, FCRR

                           FEDERAL OFFICIAL COURT REPORTER