| | |
|---|---|
| 1 | **FLANGAS LAW GROUP** |
| 2 | KIMBERLY P. STEIN<br>Nevada Bar No. 8675 |
| 3 | Email: kps@fdlawlv.com<br>3275 South Jones Boulevard, Suite 105 |
| 4 | Las Vegas, NV 89146<br>Telephone: (702) 307-9500 |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
ANDREW J. EHRLICH (*Pro Hac to be Submitted*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
Telephone (212) 373 3000
KEVIN P. MADDEN (*Pro Hac to be Submitted*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone (212) 373-3845

*Attorneys for Defendants Marathon Digital Holdings Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>Defendants. | Lead Case No: 2:23-cv-00470-RFB-DJA<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendants Marathon Digital Holdings Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher, hereby by and through their undersigned attorneys of record, Andrew J. Ehrlich and Kevin P. Madden of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, as attorneys of record in place and stead of WEIL, GOTSHAL & MANGES LLP.

Dated this *27th* day of February 2025.

*Zabi Nowaid*
_____
Marathon Digital Holdings Inc.
By: Zabi Nowaid
Its: General Counsel & Corp. Secretary,
MARA Holdings, Inc.

_____
Merrick Okamoto

*Frederick G. Thiel*
_____
Frederick G. Thiel

_____
Simeon Salzman

_____
Hugh J. Gallagher

We consent to the above substitution.

Dated this __ day of February 2025.

**WEIL, GOTSHAL & MANGES LLP**

_____
JONATHAN D. POLKES
(*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
CAROLINE HICKEY ZALKA
 (*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

1

Defendants Marathon Digital Holdings Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher, hereby by and through their undersigned attorneys of record, Andrew J. Ehrlich and Kevin P. Madden of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, as attorneys of record in place and stead of WEIL, GOTSHAL & MANGES LLP.

Dated this 26th day of February 2025.

Marathon Digital Holdings Inc.
By:
Its:

_____
Merrick Okamoto

_____
Frederick G. Thiel

_____
Simeon Salzman

_____
Hugh J. Gallagher

We consent to the above substitution.

Dated this __ day of February 2025.         **WEIL, GOTSHAL & MANGES LLP**

JONATHAN D. POLKES
(*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
CAROLINE HICKEY ZALKA
(*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

1  Defendants Marathon Digital Holdings Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher, hereby by and through their undersigned attorneys of record, Andrew J. Ehrlich and Kevin P. Madden of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, as attorneys of record in place and stead of WEIL, GOTSHAL & MANGES LLP.

Dated this 26th day of February 2025.

_____
Marathon Digital Holdings Inc.
By:
Its:

_____
Merrick Okamoto

_____
Frederick G. Thiel

_____
Simeon Salzman

_____
Hugh J. Gallagher

We consent to the above substitution.

Dated this __ day of February 2025.   **WEIL, GOTSHAL & MANGES LLP**

_____
JONATHAN D. POLKES
(*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
CAROLINE HICKEY ZALKA
(*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

1

Defendants Marathon Digital Holdings Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher, hereby by and through their undersigned attorneys of record, Andrew J. Ehrlich and Kevin P. Madden of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, as attorneys of record in place and stead of WEIL, GOTSHAL & MANGES LLP.

Dated this 26th day of February 2025.

_____
Marathon Digital Holdings Inc.
By:
Its:

_____
Merrick Okamoto

_____
Frederick G. Thiel

_____
Simeon Salzman

_____
Hugh J. Gallagher

We consent to the above substitution.

Dated this __ day of February 2025.        **WEIL, GOTSHAL & MANGES LLP**

_____
JONATHAN D. POLKES
(*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
CAROLINE HICKEY ZALKA
 (*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

1

Defendants Marathon Digital Holdings Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher, hereby by and through their undersigned attorneys of record, Andrew J. Ehrlich and Kevin P. Madden of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, as attorneys of record in place and stead of WEIL, GOTSHAL & MANGES LLP.

Dated this ___ day of February 2025.

_____
Marathon Digital Holdings Inc.
By:
Its:

_____
Merrick Okamoto

_____
Frederick G. Thiel

_____
Simeon Salzman

_____
Hugh J. Gallagher

We consent to the above substitution.

Dated this 27th day of February 2025.    **WEIL, GOTSHAL & MANGES LLP**

/s/ *signature*
JONATHAN D. POLKES
(*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
CAROLINE HICKEY ZALKA
(*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

1

|   |   |
|---|---|
| 1 | We have been retained in this matter and are in the process of submitting our Verified Petition for Permission to Practice in this Case. Local Counsel, Kimberly P. Stein, Esq. is also approving this Substitution. Above substitution accepted. |

Dated this 27th day of February 2025.	**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

_____
ANDREW J. EHRLICH
(*Pro Hac to be Submitted*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
Telephone (212) 373 3000
KEVIN P. MADDEN
(*Pro Hac to be Submitted*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone (212) 373-3845

Approved.

Dated this 27th day of February 2025.	**FLANGAS LAW GROUP**

_____
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

2

1     We have been retained in this matter and are in the process of submitting our Verified Petition for Permission to Practice in this Case. Local Counsel, Kimberly P. Stein, Esq. is also approving this Substitution. Above substitution accepted.

Dated this 27th day of February 2025.      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

ANDREW J. EHRLICH
(*Pro Hac to be Submitted*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
Telephone (212) 373 3000
KEVIN P. MADDEN
(*Pro Hac to be Submitted*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone (212) 373-3845

Approved.

Dated this 27th day of February 2025.      **FLANGAS LAW GROUP**

*/s/ Kimberly P. Stein*

KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**IT IS SO ORDERED**.

DATED: 2/28/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on February 27, 2025, that I electronically filed the above and foregoing document entitled **SUBSTITUTION OF ATTORNEYS** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

                     /s/*Ronnielyn Abrera*
                     An employee of Flangas Law Group