**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
ANDREW J. EHRLICH (*Admitted Pro Hac Vice*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
DANIEL S. SINNREICH (*Pro Hac Vice Pending*)
New York Bar No. 5192497
Email: dsinnreich@paulweiss.com
KEVIN P. MADDEN (*Admitted Pro Hac Vice*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendants*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>Defendants. | Case No. 2:23-cv-00470-RFB-DJA<br><br>**STIPULATION REQUESTING EXTENSION OF TIME AND [PROPOSED] ORDER SETTING SCHEDULE** |

**WHEREAS**, on August 5, 2024, Defendants Marathon Digital Holdings, Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher, filed a Motion to Dismiss the Amended Federal Securities Class Action Complaint (the "Amended Complaint") filed by Court-appointed Co-Lead Plaintiffs Todd Langer, Mary Barida, and Jacks Way LLC, ("Plaintiffs") (ECF No. 43), which was fully submitted as of December 6, 2024;

**WHEREAS**, on March 3, 2025, this Court held oral argument on Defendants' Motion to Dismiss the Amended Complaint and granted the Motion to Dismiss without prejudice and with leave to amend (ECF No. 68);

**WHEREAS**, on April 2, 2025, Plaintiffs filed a Second Amended Federal Securities Class Action Complaint (the "Second Amended Complaint") (ECF No. 69);

**WHEREAS**, counsel for Defendants and Plaintiffs have conferred and agreed to a briefing schedule for Defendants' forthcoming Motion to Dismiss the Second Amended Complaint;

**WHEREAS**, the parties request extensions of time to file Defendants' Motion to Dismiss the Second Amended Complaint, Plaintiffs' opposition brief, and Defendants' reply brief;

**WHEREAS**, pursuant to LR IA 6-1(a), this is the first stipulation for extensions of time to file Defendants' Motion to Dismiss the Second Amended Complaint, Plaintiffs' opposition brief, and Defendants' reply brief;

**WHEREAS**, pursuant to LR IA 6-1(a), the extensions of time requested by the parties are intended to provide Defendants with the necessary time required to analyze the 93-page, 309-paragraph Second Amended Complaint and its eight exhibits; accommodate the recent change in Defendants' counsel; provide Plaintiffs with the necessary time required to analyze Defendants' motion to dismiss; accommodate commitments, including long-planned vacations, of counsel; and establish a briefing schedule that the parties agree is fair and reasonable;

**WHEREAS**, the proposed schedule is not proposed for any improper purpose nor is it intended to cause any undue delay in consideration of the Second Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, by and among undersigned counsel, that Defendants shall file their Motion to Dismiss the Second Amended Complaint on or before June 2, 2025; Plaintiffs shall file their opposition brief on or before August 1, 2025; and Defendants shall file their reply brief on or before September 10, 2025.

Dated: April 4, 2025

**FLANGAS LAW GROUP**
*/s/Kimberly P. Stein*
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
ANDREW J. EHRLICH (admitted *Pro Hac Vice*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
DANIEL S. SINNREICH (*Pro Hac Pending*)
New York Bar No. 5192497
Email: dsinnreich@paulweiss.com
KEVIN P. MADDEN (admitted *Pro Hac Vice*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendants*

Dated: April 4, 2025

**MUEHLBAUER LAW OFFICE, LTD.**
*/s/Andrew R. Muehlbauer*
ANDREW R. MUEHLBAUER, ESQ.
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117

Telephone: (702) 330-4505
E-mail: andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
E-mail: jalieberman@pomlaw.com
E-mail: ahood@pomlaw.com
E-mail: jpark@pomlaw.com

**THE SCHALL FIRM**
Brian Schall (*pro hac vice* application forthcoming)
Ivy T. Ngo (*pro hac vice* application forthcoming)
Rina Restaino (*pro hac vice* application forthcoming)
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
E-mail: brian@schallfirm.com
E-mail: ivy@schallfirm.com
E-mail: rina@schallfirm.com

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED. Defendants' shall file their Motion to Dismiss Plaintiffs' Second Amended Complaint on or before June 2, 2025; Plaintiffs shall file their opposition brief on or before August 1, 2025; and Defendants shall file their reply brief on or before September 10, 2025.

April 4, 2025



**UNITED STATES DISTRICT COURT JUDGE**

**DATED**:

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on April 4, 2025, that I electronically filed the above and foregoing document entitled **STIPULATION REQUESTING EXTENSION OF TIME AND [PROPOSED] ORDER SETTING SCHEDULE** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/*Ronnielyn Abrera*
An employee of Flangas Law Group