**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**PAUL, WEISS, RIFKIND, WHARTON &**
  **GARRISON LLP**
ANDREW J. EHRLICH (*Admitted Pro Hac Vice*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
DANIEL S. SINNREICH (*Admitted Pro Hac Vice*)
New York Bar No. 5192497
Email: dsinnreich@paulweiss.com
KEVIN P. MADDEN (*Admitted Pro Hac Vice*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>Defendants. | Lead Case No: 2:23-cv-00470-RFB-DJA<br><br>**DECLARATION OF KIMBERLY P. STEIN IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

I, Kimberly P. Stein, declare as follows, under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.     I am a resident of the State of Nevada, and partner of the firm Flangas Law Group, counsel for Defendants Marathon Digital Holdings Inc. ("Marathon"), Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher in the above-captioned matter.

2.     I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Second Amended Class Action Complaint for Violations of the Federal Securities Laws.

3.     Attached as Exhibit A is an article titled: *Technical Line: Accounting for Digital Assets, Including Crypto Assets*, published by Ernst & Young on June 30, 2022, and cited at paragraph 59 of the Second Amended Complaint (the "SAC"), ECF No. 69.

4.     Attached as Exhibit B is an excerpt of *Accounting For and Auditing of Digital Assets*, published by the American Institute of Certified Public Accountants ("AICPA") on June 30, 2022; an excerpt of which was previously filed with the court at ECF No. 45-6.  The AICPA is discussed in paragraphs 35 and 38 of Plaintiffs' First Amended Complaint ("FAC"), ECF No. 42.  Exhibit B is discussed on pages 2, 5, 9-10, and 12-14 of Exhibit A; pages 5-7 of Exhibit R; page 11 of Exhibit F; and page 12 of Exhibit G.  Plaintiffs removed prior references to the AICPA in the SAC.

5.     Attached as Exhibit C is an article titled: *FASB Issues Final Standard on Crypto Assets*, published by Deloitte on December 15, 2023, and cited at paragraphs 210 and 217 of the SAC.

6.     Attached as Exhibit D is an excerpt of Marathon's fiscal year 2021 Form 10-K, filed publicly with the SEC on March 10, 2022, and cited at paragraphs 66-67, 70, 84, 87, 93, 145, 147-151, 161-162, 171, 177, 181, 190, 199, and 201 of the SAC.

7.     Attached as Exhibit E is an excerpt of Marathon's Form S-3, filed publicly with the SEC on August 6, 2020.

1

8.      Attached as Exhibit F is an excerpt of Marathon's second quarter 2022 Form 10-Q, filed publicly with the SEC on August 9, 2022, and cited at paragraphs 69, 89, 145, 152, 154, 164, 179, 192, 202, 205, and 271 of the SAC.

9.      Attached as Exhibit G is an excerpt of Marathon's third quarter 2022 Form 10-Q, filed publicly with the SEC on November 14, 2022, and cited at paragraphs 89, 145, 152, 154, 165, 166, 180, 205, 206, and 271 of the SAC.

10.      Attached as Exhibit H is an excerpt of Ault Alliance, Inc.'s fiscal year 2021 Form 10-K/A, filed publicly with the SEC on April 15, 2022.

11.      Attached as Exhibit I is a report issued by Bit Digital, Inc., filed publicly with the SEC on Form 6-K on April 6, 2023.

12.      Attached as Exhibit J is a current report issued by Riot Platforms, Inc., filed publicly with the SEC on Form 8-K on March 2, 2023.

13.      Attached as Exhibit K is a press release titled: *BIT Mining Announces Forthcoming Revision of Previously Issued Financial Statements*, filed publicly with the SEC on April 14, 2023, as Exhibit 99.1 to a report issued by BIT Mining Ltd. on Form 6-K.

14.      Attached as Exhibit L is an excerpt of Marathon's fiscal year 2022 Form 10-K, filed publicly with the SEC on March 16, 2023, and cited at paragraphs 125-129, 131, 133-135, and 230 of the SAC.

15.      Attached as Exhibit M is a redline comparing the FAC to the SAC.

16.      Attached as Exhibit N is a copy of the SEC's instructions regarding comment letters, as published on the SEC's website at https://www.sec.gov/answers/commentletters.htm, last visited on June 2, 2025.

17.      Attached as Exhibit O is a Response by Marathon, dated November 18, 2022, to a Comment Letter from the Division of Corporate Finance ("CorpFin"), dated October 14, 2022.

18.    Attached as Exhibit P is a Response by Marathon, dated August 1, 2022, and cited at paragraph 97 of the SAC, to a Comment Letter from CorpFin, dated June 24, 2022.

19.    Attached as Exhibit Q is a Comment Letter from CorpFin, dated October 11, 2022, and cited at paragraphs 99-100 and 113-114 of the SAC, responding to Marathon's correspondence from August 2022.

20.    Attached as Exhibit R is a Response by Marathon, dated December 2, 2022, and cited at paragraphs 100 and 115 of the SAC, to a Comment Letter from CorpFin, dated October 11, 2022.

21.    Attached as Exhibit S is a current report issued by Marathon, filed publicly with the SEC on Form 8-K on February 28, 2023, and cited at paragraphs 120 and 195 of the SAC.

22.    Attached as Exhibit T is a chart reporting Marathon's Historical Stock Price Information for the months of February and March, 2023, retrieved from Bloomberg.

23.    Attached as Exhibit U are Forms 4 for Merrick Okamoto, filed publicly with the SEC on August 24, 2021 and December 30, 2021.  Mr. Okamoto's trading is discussed in paragraph 245 of the SAC.

24.    Attached as Exhibit V are Forms 4 for Simeon Salzman, filed publicly with the SEC on April 6, 2021 and March 4, 2022.

25.    Attached as Exhibit W are Forms 4 for Frederick Thiel, filed publicly with the SEC on August 25, 2021 and December 21, 2022.

26.    Attached as Exhibit X is a copy of the SEC's Filing Review Process, as published on the SEC's website at https://www.sec.gov/about/divisions-offices/division-corporation-finance/filing-review-process-corp-fin#:~:text=To%20increase%20the%20transparency%20of,declared%20a%20registration%20statement%20effective, last visited on June 2, 2025.

3

27.     Attached as Exhibit Y is SEC's general instructions as to Form 10-K, as published on the SEC's website at https://www.sec.gov/files/form10-k.pdf, last visited on June 2, 2025.

28.     Attached as Exhibit Z is an excerpt of *Proposed Accounting Standard Update No. 2023-08*, published by the Financial Accounting Standards Board in December 2023, and referenced at paragraph 217 of the SAC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my knowledge, information and belief.

Executed on:  June 2, 2025

**FLANGAS LAW GROUP**

*/s/Kimberly P. Stein*
KIMBERLY P. STEIN
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500

4

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on June 2, 2025, that I electronically filed the above and foregoing document entitled **DECLARATION OF KIMBERLY P. STEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.


*/s/Ronnielyn Abrera*
An employee of Flangas Law Group

5