**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP**
ANDREW J. EHRLICH (*Admitted Pro Hac Vice*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
DANIEL S. SINNREICH (*Admitted Pro Hac Vice*)
New York Bar No. 5192497
Email: dsinnreich@paulweiss.com
KEVIN P. MADDEN (*Admitted Pro Hac Vice*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiffs,<br><br>          v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>                                        Defendants. | Lead Case No: 2:23-cv-00470-RFB-DJA<br><br><br>**APPENDIX OF EXHIBITS TO DECLARATION OF KIMBERLY P. STEIN IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS – VOLUME 1** |

Defendants Marathon Digital Holdings Inc. ("Marathon"), Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, and Hugh J. Gallagher (collectively, "Defendants") by and through their counsel of record, hereby file their Appendix of Exhibits in Support of their Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws, pursuant to FRCP 9(b) and 12(b)(6).

| Exhibit No. | Description | Bates Nos. |
|---|---|---|
| | **VOLUME 1** | |
| A | *Technical Line: Accounting for Digital Assets, Including Crypto Assets*, published by Ernst & Young on June 30, 2022 | 1-20 |
| B | Excerpt of *Accounting For and Auditing of Digital Assets*, published by the American Institute of Certified Public Accountants ("AICPA") on June 30, 2022 | 21-35 |
| C | Article titled: *FASB Issues Final Standard on Crypto Assets*, published by Deloitte on December 15, 2023 | 36-43 |
| D | Excerpt of Marathon's fiscal year 2021 Form 10-K, filed publicly with the SEC on March 10, 2022 | 44-52 |
| E | Excerpt of Marathon's Form S-3, filed publicly with the SEC on August 6, 2020 | 53-59 |
| F | Excerpt of Marathon's second quarter 2022 Form 10-Q, filed publicly with the SEC on August 9, 2022 | 60-63 |
| G | Excerpt of Marathon's third quarter 2022 Form 10-Q, filed publicly with the SEC on November 14, 2022 | 64-68 |
| H | Excerpt of Ault Alliance, Inc.'s fiscal year 2021 Form 10-K/A, filed publicly with the SEC on April 15, 2022 | 69-71 |
| I | Report issued by Bit Digital, Inc., filed publicly with the SEC on Form 6-K on April 6, 2023 | 72-76 |
| J | Current report issued by Riot Platforms, Inc., filed publicly with the SEC on Form 8-K on March 2, 2023 | 77-81 |
| K | Press release titled: *BIT Mining Announces Forthcoming Revision of Previously Issued Financial Statements*, filed publicly with the SEC on April 14, 2023 | 82-83 |
| L | Excerpt of Marathon's fiscal year 2022 Form 10-K, filed publicly with the SEC on March 16, 2023 | 84-98 |
| M | Redline comparing the FAC to the SAC | 99-188 |
| N | Copy of the SEC's instructions regarding comment letters, as published on the SEC's website | 189-190 |
| O | Response by Marathon, dated November 18, 2022, to a Comment Letter from the Division of Corporate Finance ("CorpFin"), dated October 14, 2022 | 191-192 |

| Exhibit No. | Description | Bates Nos. |
|:---:|:---|:---:|
| | **VOLUME 2** | |
| P | Response by Marathon, dated August 1, 2022 to a Comment Letter from CorpFin, dated June 24, 2022 | 193-209 |
| Q | Comment Letter from CorpFin, dated October 11, 2022 | 210-216 |
| R | Response by Marathon, dated December 2, 2022 to a Comment Letter from CorpFin, dated October 11, 2022 | 217-257 |
| S | Current report issued by Marathon, filed publicly with the SEC on Form 8-K on February 28, 2023 | 258-263 |
| T | Chart reporting Marathon's Historical Stock Price Information for the months of February and March, 2023 | 264-265 |
| U | Forms 4 for Merrick Okamoto, filed the SEC on August 24, 2021 and December 30, 2021 | 266-270 |
| V | Forms 4 for Simeon Salzman, filed with the SEC on April 6, 2021 and March 4, 2022 | 271-275 |
| W | Forms 4 for Frederick Thiel, filed with the SEC on August 25, 2021 and December 21, 2022 | 276-279 |
| X | Copy of the SEC's Filing Review Process | 280-284 |
| Y | SEC's general instructions as to Form 10-K | 285-304 |
| Z | Excerpt of *Proposed Accounting Standard Update No. 2023-08* | 305-316 |

Dated this 2nd day of June 2025.

**FLANGAS LAW GROUP**

*/s/ Kimberly P. Stein*

KIMBERLY P. STEIN
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
ANDREW J. EHRLICH (*Admitted Pro Hac Vice*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
DANIEL S. SINNREICH (*Admitted Pro Hac Vice*)
New York Bar No. 5192497
Email: dsinnreich@paulweiss.com
KEVIN P. MADDEN (*Admitted Pro Hac Vice*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendants Marathon Digital Holdings Inc., Hugh Gallagher, Merrick Okamoto, Simeon Salzman, and Fred Thiel*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on June 2, 2025, that I electronically filed the above and foregoing document entitled **APPENDIX OF EXHIBITS TO DECLARATION OF KIMBERLY P. STEIN IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS – VOLUME 1** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/Andi Hughes
An employee of Flangas Law Group