084

# EXHIBIT L

Case 2:23-cv-00470-RFB-DJA - Document 85-12 - Filed 06/02/25 - Page 2 of 15

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15 (D) OF THE SECURITIES AND EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2022

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (D) OF THE SECURITIES AND EXCHANGE ACT OF 1934

For the transition period from _____ to _____

# MARATHON DIGITAL HOLDINGS, INC.
(Exact Name of Registrant as Specified in Charter)

| Nevada | 001-36555 | 01-0949984 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 101 NE Third Avenue, Suite 1200, Fort Lauderdale, FL | 33301 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: 702-945-2773

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock | MARA | The Nasdaq Capital Market |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. Yes ☒ No ☐

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Case 2:23-cv-00470-RFB-DJA · Document 85-12 · Filed 06/02/25 · Page 3 of 15

**MARATHON DIGITAL HOLDINGS, INC. AND SUBSIDIARIES**
Notes to Consolidated Financial Statements

## NOTE 1 - ORGANIZATION AND DESCRIPTION OF BUSINESS

### Organization

The Company commenced mining bitcoin in 2018 and is solely focused on the mining of bitcoin and ancillary opportunities within the Bitcoin ecosystem which is consistently evolving.

The term "Bitcoin" with a capital "B" is used to denote the Bitcoin protocol which implements a highly available, public, permanent, and decentralized ledger. The term "bitcoin" with a lower case "b" is used to denote the token, bitcoin.

## NOTE 2 – RESTATEMENT OF CONSOLIDATED FINANCIAL STATEMENTS

### Restatement Background

As previously disclosed in the Current Report on Form 8-K filed by the Company with the Securities and Exchange Commission on February 28, 2023, certain of the Company's previously filed interim unaudited and annual audited Consolidated Financial Statements should no longer be relied upon and a restatement is required for these previously issued Consolidated Financial Statements. The Consolidated Financial Statements for the year ended December 31, 2022 include restated Consolidated Financial Statements for the year ended December 31, 2021. In addition, we have restated our Unaudited Quarterly Financial Data for the interim periods within the years 2021 and 2022 as presented in **NOTE 16 – QUARTERLY FINANCIAL DATA (UNAUDITED)**.

Restatement of financial information and prior periods presented was necessary to correct for the following: (i) Revenue Recognition – Principal versus Agent, (ii) Impairment of Digital Assets, (iii) NYDIG Digital Assets Fund III, LP – Consolidation Gross versus Net Presentation, (iv) NYDIG Digital Assets Fund III, LP – Financial Statement Reclassification (v) Disposal of Assets (vi) Other Adjustments, and (vii) the income tax adjustments due to the forementioned errors .

### *Revenue Recognition – Principal versus Agent*

The Company corrected its previous conclusion that as the operator of Marapool ("Operator"), third-party mining pool participants ("pool participants") are its customer. The Company previously viewed such pool participants as principal to the delivery of transaction verification services to the network and requester and therefore recognized revenue net of amount remitted to pool participants' pro rata entitlement to block rewards and transaction fees. The Company has since corrected its revenue recognition policy and concluded that the Company's customers are the transaction requestor and the blockchain network, and that the Company controls the transaction verification services as an Operator. This results in recognition of all transaction fees and block rewards earned from transaction verification services performed by the Company in its role as an Operator of MaraPool as revenue from contracts with customers under Topic 606, with the portion of the transaction fees and block rewards remitted to MaraPool participants as cost of revenues.

58

The impacts of the Revenue Recognition – Principal versus Agent correction are as follows:

| | Three months ended (unaudited) | | | | Year ended |
| | March 31, 2022 (Restated) | June 30, 2022 (Restated) | September 30, 2022 (Restated) | December 31, 2022 | December 31, 2022 |
|---|---|---|---|---|---|
| (in thousands) | | | | | |
| Consolidated Statements of Comprehensive Income (Loss) Impact | | | | | |
| Total revenues | 5 | 1 | — | — | **6** |
| Cost of revenues - energy, hosting and other | (5) | (1) | — | — | **(6)** |
| **Net income (loss) impact** | — | — | — | — | — |

| | Three months ended (unaudited) | | | | Year ended |
| | March 31, 2021 (Restated) | June 30, 2021 (Restated) | September 30, 2021 (Restated) | December 31, 2021 (Restated) | December 31, 2021 (Restated) |
|---|---|---|---|---|---|
| (in thousands) | | | | | |
| Consolidated Statements of Comprehensive Income (Loss) Impact | | | | | |
| Total revenues | — | — | 624 | 8,075 | **8,699** |
| Cost of revenues - energy, hosting and other | — | — | (624) | (8,075) | **(8,699)** |
| **Net income (loss) impact** | — | — | — | — | — |

## *Impairment of Digital Assets*

The Company corrected its calculation of impairment on digital assets that used the U.S. Dollar bitcoin spot rate at a standard cutoff time instead of the lowest U.S. Dollar bitcoin spot rate at any point in time during the day. The Company's correction of this calculation results in it recognizing impairment in an amount by which the carrying value exceeds the fair value of the digital assets at any point in time during the day.

The impacts of the Impairment of Digital Assets correction are as follows:

| | As of (unaudited) | | | |
| | March 31, 2022 (Restated) | June 30, 2022 (Restated) | September 30, 2022 (Restated) | December 31, 2022 |
|---|---|---|---|---|
| (in thousands) | | | | |
| Consolidated Balance Sheets Impact | | | | |
| Digital assets | (6,204) | (9,344) | (5,433) | — |
| Digital assets, restricted - Current assets | — | (3,657) | — | — |
| Digital assets, restricted - Other assets | — | — | (3,039) | — |

| | Three months ended (unaudited) | | | | Year ended |
| | March 31, 2022 (Restated) | June 30, 2022 (Restated) | September 30, 2022 (Restated) | December 31, 2022 | December 31, 2022 |
|---|---|---|---|---|---|
| (in thousands) | | | | | |
| Consolidated Statements of Comprehensive Income (Loss) Impact | | | | | |
| Impairment of digital assets | (3,756) | (6,797) | 4,529 | — | **(6,024)** |
| **Net income (loss) impact** | (3,756) | (6,797) | 4,529 | — | **(6,024)** |

| | As of (unaudited) | | | |
| | March 31, 2021 (Restated) | June 30, 2021 (Restated) | September 30, 2021 (Restated) | December 31, 2021 (Restated) |
|---|---|---|---|---|
| (in thousands) | | | | |
| Consolidated Balance Sheets Impact | | | | |
| Digital assets | (204) | (2,148) | (1,597) | (2,448) |

4/11/25, 1:29 PM
Case 2:23-cv-00470-RFB-DJA - Document 85-12 - Filed 06/02/25 - Page 5 of 15
March 16, 2023 - 10-K Annual Report pursuant to Section 13 and 15(d) | MARA (MARA)

| (in thousands) | Three months ended (unaudited) | | | | Year ended |
| --- | --- | --- | --- | --- | --- |
| | March 31, 2021 (Restated) | June 30, 2021 (Restated) | September 30, 2021 (Restated) | December 31, 2021 (Restated) | December 31, 2021 (Restated) |
| Consolidated Statements of Comprehensive Income (Loss) Impact | | | | | |
| Impairment of digital assets | (204) | (1,944) | 551 | (851) | **(2,448)** |
| **Net income (loss) impact** | (204) | (1,944) | 551 | (851) | **(2,448)** |

59

*Restated Consolidated Balance Sheets* (in thousands)

| | As of December 31, 2021 | | | |
|---|---|---|---|---|
| (in thousands) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ 268,522 | $ 34 | $ — | $ 268,556 |
| Digital assets | 102,806 | (2,448) | (5,133) | 95,225 |
| Digital assets held in Fund | 223,779 | 137 | — | 223,916 |
| Other receivable | — | — | 26,933 | 26,933 |
| Deposits | 34,458 | — | — | 34,458 |
| Digital assets, restricted | 20,437 | — | (20,437) | — |
| Prepaid expenses and other current assets | 38,148 | (3,000) | — | 35,148 |
| Total current assets | 688,150 | (5,277) | 1,363 | 684,236 |
| | | | | |
| Other assets: | | | | |
| Property and equipment, net | 276,243 | — | — | 276,243 |
| Advances to vendors | 466,255 | — | — | 466,255 |
| Investments | 3,000 | — | — | 3,000 |
| Long term prepaids | 13,666 | — | — | 13,666 |
| Intangible assets, net | 931 | — | — | 931 |
| Total other assets | 760,095 | — | — | 760,095 |
| **TOTAL ASSETS** | **$ 1,448,245** | **$ (5,277)** | **$ 1,363** | **$ 1,444,331** |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ 10,773 | $ (3,000) | $ — | $ 7,773 |
| Accrued expenses | 2,155 | 455 | — | 2,610 |
| Current portion of accrued interest | 867 | — | — | 867 |
| **Total current liabilities** | 13,795 | (2,545) | — | 11,250 |
| Long-term liabilities: | | | | |
| Notes payable | 728,406 | — | — | 728,406 |
| Deferred tax liabilities | 23,021 | (781) | 335 | 22,575 |
| **Total long-term liabilities** | **751,427** | **(781)** | **335** | **750,981** |
| | | | | |
| **Commitments and Contingencies** | | | | |
| | | | | |
| Stockholders' Equity: | | | | |
| Preferred stock | — | — | — | — |
| Common stock | 10 | — | — | 10 |
| Additional paid-in capital | 835,694 | — | — | 835,694 |
| Accumulated other comprehensive loss | (451) | 451 | — | — |
| Accumulated deficit | (152,230) | (2,402) | 1,028 | (153,604) |
| Total stockholders' equity | 683,023 | (1,951) | 1,028 | 682,100 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **$ 1,448,245** | **$ (5,277)** | **$ 1,363** | **$ 1,444,331** |

62

*Restated Consolidated Statements of Other Comprehensive Income (Loss)*

| (in thousands, except share and per share data) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
|---|---|---|---|---|
| | | Year ended December 31, 2021 | | |
| **Total revenues** | $ 150,464 | $ 8,699 | $ — | $ 159,163 |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (18,792) | (8,699) | — | (27,491) |
| Cost of revenues - depreciation and amortization | (14,904) | — | — | (14,904) |
| Total cost of revenues | (33,696) | (8,699) | — | (42,395) |
| **Operating expenses** | | | | |
| General and administrative expenses | (172,303) | (1,202) | (851) | (174,356) |
| Impairment of digital assets | (29,553) | (2,448) | 1,671 | (30,330) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 14 | — | 543 | 557 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | — | 74,696 | — | 74,696 |
| Total operating expenses | (201,842) | 71,046 | 1,363 | (129,433) |
| **Operating income (loss)** | | | | |
| Change in fair value of digital assets held in Fund | 73,779 | (73,779) | — | — |
| Other non-operating income (loss) | (307) | — | 19 | (288) |
| Interest expense | (1,570) | — | — | (1,570) |
| **Income (loss) before income taxes** | (13,172) | (2,733) | 1,382 | (14,523) |
| Income tax benefit (expense) | (23,003) | 781 | (354) | (22,576) |
| **Net income (loss)** | $ (36,175) | $ (1,952) | $ 1,028 | $ (37,099) |
| **Net loss per share, basic and diluted:** | $ (0.36) | $ (0.02) | $ 0.01 | $ (0.37) |
| **Weighted average shares outstanding, basic and diluted:** | 99,337,587 | 99,337,587 | 99,337,587 | 99,337,587 |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | — | (451) | — | (451) |
| **Comprehensive income (loss)** | (36,175) | (2,403) | 1,028 | (37,550) |

63

*Unaudited Consolidated Interim Statements of Other Comprehensive Income (Loss)*

The following Unaudited Interim Statements of Other Comprehensive Income (Loss) tables present the impacts of the restatement adjustments for the periods ended March 31, 2021 and 2022, June 30, 2021 and 2022, and September 30, 2021 and 2022. For the impacts of the restatement adjustments for the Statements of Other Comprehensive Income (Loss) for the period ended December 31, 2021 refer to **NOTE 2 – RESTATEMENT OF CONSOLIDATED FINANCIAL STATEMENT**. The Statements of Other Comprehensive Income (Loss) for the period ended December 31, 2022 was not subject to restatement and is presented in Part I of **ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA.**

|  | **For the three months ended March 31, 2021** | | | |
|---|---|---|---|---|
| *(in thousands, except share and per share data)* | **As Reported** | **Restatement Adjustments** | **Accounting Policy Adjustments** | **As Restated** |
| Total revenues | $ 9,153 | $ — | $ — | $ 9,153 |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (1,668) | — | — | (1,668) |
| Cost of revenues - depreciation and amortization | (738) | — | — | (738) |
| Total cost of revenues | (2,406) | — | — | (2,406) |
| **Operating expenses** | | | | |
| General and administrative expenses | (53,140) | (205) | — | (53,345) |
| Impairment of digital assets | (662) | (204) | — | (866) |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | — | 132,028 | — | 132,028 |
| Total operating expenses | (53,802) | 131,619 | — | 77,817 |
| **Operating loss** | **(47,055)** | **131,619** | **—** | **84,564** |
| Change in fair value of digital assets held in Fund | 131,823 | (131,823) | — | — |
| Other non-operating income (loss) | (1,408) | — | — | (1,408) |
| Interest expense | (1) | — | — | (1) |
| **Income before income taxes** | 83,359 | (204) | — | 83,155 |
| Income tax benefit (expense) | (1) | — | — | (1) |
| **Net income (loss)** | $ **83,358** | $ **(204)** | $ **—** | $ **83,154** |
| **Net income (loss) per share, basic:** | $ 0.88 | $ — | $ — | $ 0.88 |
| **Net income (loss) per share, diluted:** | $ 0.87 | $ — | $ — | $ 0.86 |
| **Weighted average shares outstanding, basic:** | 94,350,216 | 94,350,216 | 94,350,216 | 94,350,216 |
| **Weighted average shares outstanding, diluted:** | 96,251,240 | 96,251,240 | 96,251,240 | 96,251,240 |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | — | — | — | — |
| **Comprehensive income (loss)** | $ 83,358 | $ (204) | $ — | $ 83,154 |

|  | **For the three months ended June 30, 2021** | | | |
|---|---|---|---|---|
| *(in thousands, except share and per share data)* | **As Reported** | **Restatement Adjustments** | **Accounting Policy Adjustments** | **As Restated** |
| Total revenues | $ 29,322 | $ — | $ — | $ 29,322 |
| **Costs and expenses** | | | | |

| | | | | |
|---|---:|---:|---:|---:|
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (4,056) | — | — | (4,056) |
| Cost of revenues - depreciation and amortization | (2,938) | — | — | (2,938) |
| Total cost of revenues | (6,994) | — | — | (6,994) |
| **Operating expenses** | | | | |
| General and administrative expenses | (6,628) | (203) | — | (6,831) |
| Impairment of digital assets | (11,079) | (1,944) | — | (13,023) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 1 | — | — | 1 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | — | (114,705) | — | (114,705) |
| Total operating expenses | (17,706) | (116,852) | — | (134,558) |
| **Operating income (loss)** | 4,622 | (116,852) | — | (112,230) |
| Change in fair value of digital assets held in Fund | (114,908) | 114,908 | — | — |
| Other non-operating income (loss) | 1,400 | — | — | 1,400 |
| Interest expense | (1) | — | — | (1) |
| **Income (loss) before income taxes** | (108,887) | (1,944) | — | (110,831) |
| Income tax benefit (expense) | 2 | — | — | 2 |
| **Net income (loss)** | $ (108,885) | $ (1,944) | $ — | $ (110,829) |
| | | | | |
| **Net loss per share, basic and diluted:** | $ (1.09) | $ (0.02) | $ — | $ (1.11) |
| **Weighted average shares outstanding, basic and diluted:** | 99,466,946 | 99,466,946 | 99,466,946 | 99,466,946 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | — | — | — | — |
| **Comprehensive income (loss)** | $ (108,885) | $ (1,944) | $ — | $ (110,829) |

94

**For the six months ended**
**June 30, 2021**

| (in thousands, except share and per share data) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
|---|---|---|---|---|
| Total revenues | $ 38,475 | $ — | $ — | $ 38,475 |
| | | | | |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (5,724) | — | — | (5,724) |
| Cost of revenues - depreciation and amortization | (3,676) | — | — | (3,676) |
| Total cost of revenues | (9,400) | — | — | (9,400) |
| **Operating expenses** | | | | |
| General and administrative expenses | (59,768) | (408) | — | (60,176) |
| Impairment of digital assets | (11,741) | (2,148) | — | (13,889) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 1 | — | — | 1 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | — | 17,323 | — | 17,323 |
| Total operating expenses | (71,508) | 14,767 | — | (56,741) |
| **Operating income (loss)** | (42,433) | 14,767 | — | (27,666) |
| Change in fair value of digital assets held in Fund | 16,915 | (16,915) | — | — |
| Other non-operating income (loss) | (8) | — | — | (8) |
| Interest expense | (2) | — | — | (2) |
| **Income (loss) before income taxes** | (25,528) | (2,148) | — | (27,676) |
| Income tax benefit (expense) | 1 | — | — | 1 |
| **Net income (loss)** | $ (25,527) | $ (2,148) | $ — | $ (27,675) |
| | | | | |
| Net loss per share, basic and diluted: | $ (0.26) | $ (0.02) | $ — | $ (0.29) |
| Weighted average shares outstanding, basic and diluted: | 96,922,964 | 96,922,964 | 96,922,964 | 96,922,964 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | — | — | — | — |
| **Comprehensive income (loss)** | (25,527) | (2,148) | — | (27,675) |

**For the three months ended**
**September 30, 2021**

| (in thousands, except share and per share data) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
|---|---|---|---|---|
| Total revenues | $ 51,707 | $ 624 | $ — | $ 52,331 |
| | | | | |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (5,923) | (624) | — | (6,547) |
| Cost of revenues - depreciation and amortization | (4,340) | — | — | (4,340) |
| Total cost of revenues | (10,263) | (624) | — | (10,887) |
| **Operating expenses** | | | | |
| General and administrative expenses | (98,999) | (237) | (428) | (99,664) |

| | | | | |
|---|---|---|---|---|
| Impairment of digital assets | (6,732) | 551 | 1,593 | (4,588) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 8 | — | (392) | (384) |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | — | 42,087 | — | 42,087 |
| Total operating expenses | (105,723) | 42,401 | 773 | (62,549) |
| **Operating income (loss)** | (64,279) | 42,401 | 773 | (21,105) |
| Change in fair value of digital assets held in Fund | 41,850 | (41,850) | — | — |
| Other non-operating income (loss) | 253 | — | — | 253 |
| **Income (loss) before income taxes** | (22,176) | 551 | 773 | (20,852) |
| Income tax benefit (expense) | 3 | — | — | 3 |
| **Net income (loss)** | $ (22,173) | $ 551 | $ 773 | $ (20,849) |
| | | | | |
| **Net loss per share, basic and diluted:** | $ (0.22) | $ 0.01 | $ 0.01 | $ (0.21) |
| **Weighted average shares outstanding, basic and diluted:** | 100,803,809 | 100,803,809 | 100,803,809 | 100,803,809 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | — | — | — | — |
| **Comprehensive income (loss)** | (22,173) | 551 | 773 | (20,849) |

95

**For the nine months ended**
**September 30, 2021**

| (in thousands, except share and per share data) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
|---|---|---|---|---|
| Total revenues | 90,182 | 624 | — | 90,806 |
| | | | | |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (11,647) | (624) | — | (12,271) |
| Cost of revenues - depreciation and amortization | (8,016) | — | — | (8,016) |
| Total cost of revenues | (19,663) | (624) | — | (20,287) |
| **Operating expenses** | | | | |
| General and administrative expenses | (158,767) | — | (428) | (159,840) |
| Impairment of digital assets | (18,473) | (1,597) | 1,593 | (18,477) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 9 | — | (392) | (383) |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | — | 59,410 | — | 59,410 |
| Total operating expenses | (177,231) | 57,168 | 773 | (119,290) |
| **Operating income (loss)** | (106,712) | 57,168 | 773 | (48,771) |
| Change in fair value of digital assets held in Fund | 58,765 | (58,765) | — | — |
| Other non-operating income (loss) | 245 | — | — | 245 |
| Interest expense | (2) | — | — | (2) |
| **Income (loss) before income taxes** | (47,704) | (1,597) | 773 | (48,528) |
| Income tax benefit (expense) | 4 | — | — | 4 |
| **Net income (loss)** | (47,700) | (1,597) | 773 | (48,524) |
| | | | | |
| **Net loss per share, basic and diluted:** | $ (0.49) | $ (0.02) | $ 0.01 | $ (0.49) |
| **Weighted average shares outstanding, basic and diluted:** | 98,230,795 | 98,230,795 | 98,230,795 | 98,230,795 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | — | — | — | — |
| **Comprehensive income (loss)** | (47,700) | (1,597) | 773 | (48,524) |

**For the three months ended**
**December 31, 2021**

| (in thousands, except share and per share data) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
|---|---|---|---|---|
| Total Revenues | $ 60,282 | $ 8,075 | $ — | $ 68,357 |
| | | | | |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (7,145) | (8,075) | — | (15,220) |
| Cost of revenues - depreciation and amortization | (6,888) | — | — | (6,888) |
| Total cost of revenues | (14,033) | (8,075) | — | (22,108) |
| **Operating expenses** | | | | |
| General and administrative expenses | (13,536) | (557) | (423) | (14,516) |

| | | | | |
|---|---|---|---|---|
| Impairment of digital assets | (11,080) | (851) | 78 | (11,853) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | 5 | — | 935 | 940 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | — | 15,286 | — | 15,286 |
| Total operating expenses | (24,611) | 13,878 | 590 | (10,143) |
| **Operating income (loss)** | 21,638 | 13,878 | 590 | 36,106 |
| Change in fair value of digital assets held in Fund | 15,013 | (15,013) | — | — |
| Other non-operating income (loss) | (552) | — | 19 | (533) |
| Interest expense | (1,567) | — | — | (1,567) |
| **Income (loss) before income taxes** | 34,532 | (1,135) | 609 | 34,006 |
| Income tax benefit (expense) | (23,006) | 781 | (354) | (22,579) |
| **Net income (loss)** | $ 11,526 | $ (354) | $ 255 | $ 11,427 |
| | | | | |
| **Net income per share, basic:** | $ 0.11 | $ — | $ — | $ 0.11 |
| **Net income per share, diluted:** | $ 0.10 | $ — | $ — | $ 0.10 |
| **Weighted average shares outstanding, basic:** | 102,620,749 | 102,620,749 | 102,620,749 | 102,620,749 |
| **Weighted average shares outstanding, diluted:** | 113,402,577 | 113,402,577 | 113,402,577 | 113,402,577 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | — | (451) | — | (451) |
| **Comprehensive income (loss)** | 11,526 | (805) | 255 | 10,976 |

96

**For the three months ended March 31, 2022**

| (in thousands, except share and per share data) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
|---|---|---|---|---|
| Total revenues | $ 51,718 | $ 5 | $ — | $ 51,723 |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (12,517) | (5) | — | (12,522) |
| Cost of revenues - depreciation and amortization | (13,877) | — | — | (13,877) |
| Total cost of revenues | (26,394) | (5) | — | (26,399) |
| **Operating expenses** | | | | |
| General and administrative expenses | (13,980) | (214) | (1,322) | (15,516) |
| Impairment of digital assets | (19,551) | (3,756) | 5,660 | (17,647) |
| Impairment of patents | (919) | — | — | (919) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | — | — | (461) | (461) |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | — | (5,328) | — | (5,328) |
| Total operating expenses | (34,450) | (9,298) | 3,877 | (39,871) |
| Operating income ( loss) | (9,126) | (9,298) | 3,877 | (14,547) |
| Change in fair value of digital assets held in Fund | (5,542) | 5,542 | — | — |
| Other non-operating income (loss) | 227 | 20 | — | 247 |
| Interest expense | (2,814) | — | — | (2,814) |
| **Income (loss) before income taxes** | (17,255) | (3,736) | 3,877 | (17,114) |
| Income tax benefit (expense) | 4,296 | 930 | (965) | 4,261 |
| **Net income (loss)** | $ (12,959) | $ (2,806) | $ 2,912 | $ (12,853) |
| **Net loss per share, basic and diluted:** | $ (0.13) | $ (0.03) | $ 0.03 | $ (0.12) |
| **Weighted average shares outstanding, basic and diluted:** | 103,102,596 | 103,102,596 | 103,102,596 | 103,102,596 |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | — | — | — | — |
| **Comprehensive income (loss)** | (12,959) | (2,806) | 2,912 | (12,853) |

**For the three months ended June 30, 2022**

| (in thousands, except share and per share data) | As Reported | Restatement Adjustments | Accounting Policy Adjustments | As Restated |
|---|---|---|---|---|
| Total revenues | $ 24,922 | $ 1 | $ — | $ 24,923 |
| **Costs and expenses** | | | | |
| **Cost of revenues** | | | | |
| Cost of revenues - energy, hosting and other | (16,685) | (1) | — | (16,686) |
| Cost of revenues - depreciation and amortization | (24,710) | — | — | (24,710) |
| Total cost of revenues | (41,395) | (1) | — | (41,396) |
| **Operating expenses** | | | | |

| | | | | |
|---|---:|---:|---:|---:|
| General and administrative expenses | (12,420) | (221) | 2,173 | (10,468) |
| Impairment of digital assets | (127,590) | (6,797) | 6,586 | (127,801) |
| Realized and unrealized gains (losses) on digital assets loan receivable and digital assets | — | — | (13,999) | (13,999) |
| Gain on sale of equipment, net of disposals | 58,182 | (4,122) | — | 54,060 |
| Realized and unrealized gains (losses) on digital assets held within Investment Fund | — | (79,689) | — | (79,689) |
| Total operating expenses | (81,828) | (90,829) | (5,240) | (177,897) |
| **Operating income (loss)** | (98,301) | (90,829) | (5,240) | (194,370) |
| Change in fair value of digital assets held in Fund | (79,910) | 79,910 | — | — |
| Other non-operating income (loss) | 165 | (30) | — | 135 |
| Interest expense | (3,748) | — | — | (3,748) |
| **Income (loss) before income taxes** | (181,794) | (10,949) | (5,240) | (197,983) |
| Income tax benefit (expense) | (9,852) | (577) | (54) | (10,483) |
| **Net income (loss)** | $ (191,646) | $ (11,526) | $ (5,294) | $ (208,466) |
| | | | | |
| **Net loss per share, basic and diluted:** | $ (1.75) | $ (0.11) | $ (0.05) | $ (1.90) |
| **Weighted average shares outstanding, basic and diluted:** | 109,437,293 | 109,437,293 | 109,437,293 | 109,437,293 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustments | — | — | — | — |
| **Comprehensive income (loss)** | (191,646) | (11,526) | (5,294) | (208,466) |

97