264

# EXHIBIT T

**264**

| Date | Open Price | High Price | Low Price | Last Price | Percentage Change Close-Close |
|------|-----------|------------|-----------|-----------|-------------------------------|
| 3/31/2023 | 7.92 | 8.74 | 7.83 | 8.72 | 11.37% |
| 3/30/2023 | 8.1 | 8.15 | 7.5976 | 7.83 | -1.51% |
| 3/29/2023 | 7.57 | 8.14 | 7.49 | 7.95 | 10.42% |
| 3/28/2023 | 7.01 | 7.21 | 6.8723 | 7.2 | 1.27% |
| 3/27/2023 | 8.035 | 8.038 | 7.1 | 7.11 | -8.96% |
| 3/24/2023 | 8.23 | 8.3 | 7.57 | 7.81 | -7.68% |
| 3/23/2023 | 8.03 | 8.93 | 7.9 | 8.46 | 8.74% |
| 3/22/2023 | 8.88 | 9.12 | 7.75 | 7.78 | -12.29% |
| 3/21/2023 | 7.88 | 8.92 | 7.73 | 8.87 | 12.99% |
| 3/20/2023 | 8.48 | 8.5 | 7.61 | 7.85 | -3.92% |
| 3/17/2023 | 8.4 | 8.51 | 7.66 | 8.17 | 7.08% |
| 3/16/2023 | 7.06 | 7.74 | 7 | 7.63 | 7.62% |
| 3/15/2023 | 7.13 | 7.48 | 6.61 | 7.09 | -0.56% |
| 3/14/2023 | 7.45 | 7.83 | 6.74 | 7.13 | 6.42% |
| 3/13/2023 | 5.7 | 6.955 | 5.35 | 6.7 | 25.70% |
| 3/10/2023 | 5.48 | 5.66 | 5.13 | 5.33 | -3.27% |
| 3/9/2023 | 6.03 | 6.2276 | 5.5 | 5.51 | -10.84% |
| 3/8/2023 | 6.01 | 6.22 | 5.88 | 6.18 | 1.48% |
| 3/7/2023 | 6.29 | 6.42 | 6.04 | 6.09 | -3.64% |
| 3/6/2023 | 6.4 | 6.85 | 6.18 | 6.32 | -0.94% |
| 3/3/2023 | 6.02 | 6.62 | 5.94 | 6.38 | 1.92% |
| 3/2/2023 | 6.25 | 6.42 | 5.98 | 6.26 | -3.84% |
| 3/1/2023 | 7.18 | 7.25 | 6.38 | 6.51 | -8.31% |
| 2/28/2023 | 7.05 | 7.7899 | 7.03 | 7.1 | -0.14% |
| 2/27/2023 | 6.97 | 7.14 | 6.8 | 7.11 | 6.60% |
| 2/24/2023 | 6.98 | 7.1682 | 6.51 | 6.67 | -8.38% |
| 2/23/2023 | 7.27 | 7.42 | 7.0126 | 7.28 | 1.25% |
| 2/22/2023 | 7.02 | 7.4286 | 6.84 | 7.19 | 0.84% |
| 2/21/2023 | 7.38 | 7.75 | 7.03 | 7.13 | -7.40% |
| 2/17/2023 | 7.45 | 7.87 | 7.05 | 7.7 | 6.80% |
| 2/16/2023 | 7.68 | 8.66 | 7.15 | 7.21 | -9.31% |
| 2/15/2023 | 7.02 | 8.02 | 6.86 | 7.95 | 18.30% |
| 2/14/2023 | 5.82 | 6.83 | 5.69 | 6.72 | 14.87% |
| 2/13/2023 | 5.76 | 6.03 | 5.58 | 5.85 | -1.18% |
| 2/10/2023 | 5.84 | 5.94 | 5.51 | 5.92 | -0.50% |
| 2/9/2023 | 6.89 | 6.9 | 5.83 | 5.95 | -12.63% |
| 2/8/2023 | 6.91 | 7.4 | 6.72 | 6.81 | -4.08% |
| 2/7/2023 | 7.082 | 7.24 | 6.51 | 7.1 | 0.28% |
| 2/6/2023 | 6.92 | 7.27 | 6.65 | 7.08 | 0.14% |
| 2/3/2023 | 7.51 | 7.9164 | 6.98 | 7.07 | -11.63% |
| 2/2/2023 | 8 | 8.56 | 7.735 | 8 | 6.38% |
| 2/1/2023 | 7.17 | 7.865 | 6.83 | 7.52 | 4.30% |
| 1/31/2023 | 7.41 | 7.5 | 7.1 | 7.21 | |

**265**