**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>Defendants. | Case No. 2:23-cv-00470-RFB-DJA<br><br>**DECLARATION OF JONATHAN D. PARK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS (ECF NO. 83)** |

I, Jonathan D. Park, declare the following under penalty of perjury based upon my knowledge, information and belief:

1.      I am a member of the Bar of the State of New York. I am Of Counsel with the law firm of Pomerantz LLP, Court-appointed Co-Lead Counsel and counsel to Co-Lead Plaintiffs Todd Langer, Mary Barida, and Jacks Way LLC ("Plaintiffs") in this action. I have been admitted to appear *pro hac vice* in this action. ECF No. 53.

2.      I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint.

3.      Attached as Exhibit A hereto are true and correct excerpts of the fiscal year 2021 annual report on Form 10-K that Defendant Marathon Digital Holdings Inc. filed with the U.S. Securities and Exchange Commission on March 10, 2022.

Executed on: August 1, 2025                    */s/ Jonathan D. Park*

**POMERANTZ LLP**
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jpark@pomlaw.com