AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jaime R. Moreno

JUDGMENT IN A CIVIL CASE

Plaintiff,

v.

Case Number: 2:23-cv-00470-RFB-DJA

Marathon Digital Holdings, Inc. et al

Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

⨯ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

JUDGMENT entered in favor of Defendant's, Marathon Digital Holdings, Inc., Merrick Okamoto, Frederick G. Thiel, Simeon Salzman, Hugh J. Gallagher and against Plaintiff, Jacks Way LLC, Mary Barida, Todd Langer.

04/07/2026

Date

DEBRA K. KEMPI

Clerk

/s/ JG

Deputy Clerk