**MUEHLBAUER LAW OFFICE, LTD.**
ANDREW R. MUEHLBAUER
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email:  andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
        ahood@pomlaw.com
        jpark@pomlaw.com

*Attorneys for Co-Lead Plaintiffs Todd Langer,*
*Mary Barida, and Jacks Way LLC*

[additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TODD LANGER, MARY BARIDA, AND JACKS WAY LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., MERRICK OKAMOTO, FREDERICK G. THIEL, SIMEON SALZMAN, and HUGH J. GALLAGHER,<br><br>Defendants. | Case No. 2:23-cv-00470-RFB-DJA<br><br>**PLAINTIFFS TODD LANGER, MARY BARIDA, AND JACKS WAY LLC'S NOTICE OF APPEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, under 28 U.S.C. § 1291, Co-Lead Plaintiffs Todd Langer, Mary Barida, and Jacks Way LLC (together, "Plaintiffs") in the above-captioned action, which was first filed in the United States District Court for the District of Nevada on March 30, 2023, appeal to the United States Court of Appeals for the Ninth Circuit from the Minute Order (Dkt. No. 94), entered March 31, 2026, and the Judgment (Dkt. No. 95), entered April 7, 2026.

The fee for this appeal has been paid.

In compliance with Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2, Plaintiffs submit the attached Representation Statement.

Dated: April 30, 2026                    Respectfully submitted,

**MUEHLBAUER LAW OFFICE, LTD.**

*/s/ Andrew R. Muehlbauer*
Andrew R. Muehlbauer
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

*Counsel for Co-Lead Plaintiffs and Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
        ahood@pomlaw.com
        jpark@pomlaw.com

**THE SCHALL FIRM**
Brian Schall (*pro hac vice*)
Brian England (*pro hac vice*)
Rina Restaino (*pro hac vice*)

1

2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Email: brian@schallfirm.com
      briane@schallfirm.com
      rina@schallfirm.com

*Counsel for Co-Lead Plaintiffs and Co-Lead Counsel for the Class*